Robert F. Kramer (SBN 181706)
rkramer@krameralberti.com
David Alberti (SBN 220625)
dalberti@krameralberti.com
Sal Lim (SBN 211836)
slim@krameralberti.com
Russell S. Tonkovich (SBN 233280)
rtonkovich@krameralberti.com
KRAMER ALBERTI LIM
& TONKOVICH LLP
577 Airport Blvd., Suite 250
Burlingame, California 94010
Tel: (650) 825-4300
Fax: (650) 460-8443

*Attorneys for Plaintiff*
Polaris PowerLED Technologies, LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., NEWEGG, INC., AVNET, INC., ZONES, LLC, and PRIVATE LABEL PC, LLC,<br><br>Defendants. | Case No. 2:24-cv-02864<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (L.R. 7.1-1) AND 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

CERTIFICATION OF INTERESTED PARTIES & 7.1 DISCLOSURE

1     Pursuant to L.R. 7.1-1, Plaintiff Polaris PowerLED Technologies, LLC certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION/INTEREST |
|---|---|
| Polaris PowerLED Technologies, LLC | Plaintiff |
| Burford Capital Ltd. | Capital Provider |
| Western Digital Corporation | Defendant |
| Western Digital Technologies, Inc. | Defendant |
| Newegg, Inc. | Defendant |
| Avnet, Inc. | Defendant |
| Zones, LLC | Defendant |
| Private Label PC, LLC | Defendant |

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Polaris PowerLED Technologies, LLC states that is has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: April 9, 2024

KRAMER ALBERTI LIM
& TONKOVICH LLP

By: */s/ Robert F. Kramer*
    Robert F. Kramer

*Attorneys for Plaintiff*
Polaris PowerLED Technologies, LLC