UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:24-cv-02864-ODW (MARx) | Date | June 8, 2026 |
|---|---|---|---|
| Title | *Polaris PowerLED Technologies, LLC v. Western Digital Corporation et al* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**          **In Chambers**

The Court **CONTINUES** the claim construction hearing in this matter to **JULY 20, 2026, at 11:00 a.m.**, in Courtroom 5D.  All other dates and deadlines, including the July 7 date on which the parties shall submit their technology tutorial, remain the same.

**IT IS SO ORDERED.**

_____  :  ___00___

Initials of Preparer    SE