Robert F. Kramer (SBN 181706)
rkramer@kramerllp.com
303 Twin Dolphin Drive, Suite 600
Redwood City, CA  94065
Telephone: (415) 419-1895

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| POLARIS POWERLED TECHNOLOGIES, LLC, <br><br> PLAINTIFF(S) <br><br> v. <br><br> WESTERN DIGITAL CORPORATION, and WESTERN DIGITAL TECHNOLOGIES, INC., <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:24-cv-02864-ODW-MAR <br><br> **NOTICE OF MANUAL FILING OR LODGING** |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  ☑ Lodged:  (**List Documents**)

1) Plaintiff's Memorandum Summarizing Technology Tutorial
2) Plaintiff's Technology Tutorial - MP4 file
3) Plaintiff's Technology Tutorial - PDF files

**Reason:**

☐  Under Seal

☐  In Camera

☐  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐  Per Court order dated: _____

☑  Other:

Per joint stipulation of parties (Dkt. 117) and Court Minute Order (Dkt. 118)

July 7, 2026 _____
Date

Robert F. Kramer _____
Attorney Name

Polaris PowerLED Technologies, LLC _____
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                                        NOTICE OF MANUAL FILING OR LODGING