Aseem Mehta
amehta@keker.com
633 Battery Street
San Francisco, CA 94111-1809
(415) 676-2326

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>PLAINTIFF(S)<br>v.<br>WESTERN DIGITAL CORPORATION and<br>WESTERN DIGITAL TECHNOLOGIES, INC.,<br>DEFENDANT(S). | CASE NUMBER:<br><br>2:24-cv-02864-ODW-MAR<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing,

and will therefore be manually ☐ Filed ☑ Lodged: (**List Documents**)

1) Defendants' Technology Tutorial - MP4 File
2) Defendants' Technology Tutorial - PDF File
3) Defendants' Technology Tutorial Transcript - PDF File

**Reason:**

☐ Under Seal

☐ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☑ Other:

Per joint stipulation of parties (Dkt. 117) and Court Minute Order (Dkt. 118)

| | |
|---|---|
| July 7, 2026 | Aseem Mehta |
| Date | Attorney Name |
| | WESTERN DIGITAL CORPORATION and WEST ⊞ |
| | Party Represented |

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*