

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

415 391 5400
keker.com

**Erin E. Meyer**
(415) 676-2252
emeyer@keker.com

July 15, 2026

**ELECTRONIC ECF FILING**

Honorable Otis D. Wright, II
United States District Court
Central District of California
350 West First Street
Courtroom 5D, 5th Floor
Los Angeles, CA  90012

Re:     *Polaris PowerLED Technologies, LLC v. Western Digital Corp., et al.,*
         Case No. 2:24-cv-02864-ODW-MAR

Your Honor:

In the interest of narrowing the issues in dispute to be considered at the July 20, 2026 *Markman* hearing, Defendants Western Digital Corporation and Western Digital Technologies, Inc. respectfully submit this letter to advise the Court of a simplification to Defendants' proposed construction of the claim term "interrupt vector state" in U.S. Patent No. 8,554,968.

Defendants previously proposed that "interrupt vector state" be construed as "**Current conditions associated with an interrupt vector in the host processing unit used to determine whether to send an interrupt**." In the interest of reducing the disputes for the Court's consideration, Defendants now shorten their proposed construction to: "**Current conditions associated with an interrupt vector**." For ease of reference, Defendants have summarized this modification in a table at the end of this letter.

This modification narrows the dispute to the issue that is the focus of the parties' briefing.

Defendants have provided notice of this modification to Plaintiff. Defendants respectfully request that the Court consider Defendants' shortened proposed construction of "interrupt vector state" at the July 20, 2026 *Markman* hearing.

Respectfully submitted,

Erin E. Meyer

6264269.v2

July 15, 2026
Page 2

## DEFENDANTS' PROPOSED MODIFICATION

| U.S. Patent No. 8,554,968 | | | |
|---|---|---|---|
| **Claims** | **Claim Term** | **Defendant's Initial Proposed Construction** | **Defendants' Narrowed Proposed Construction** |
| 1, 6, 8, 14, 16 | "interrupt vector state" | Current conditions associated with an interrupt vector in the host processing unit used to determine whether to send an interrupt | Current conditions associated with an interrupt vector |

6264269.v2