UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-02864-ODW(MARx) | Date | July 20, 2026 |
|---|---|---|---|
| Title | Polaris PowerLED Technologies, LLC v. Western Digital Corporation et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Sheila English | Court Smart |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Safraz Ishmael | Amrutha Dorai |
| Jeffrey Ahdoot | Aseem Mehta |
| Margaret E Dayton | Eric B Hanson |
| Robert Francois Kramer-**ZOOM** | Ryan K.M. Wong |

**Proceedings:**         CLAIM CONSTRUCTION HEARING

Case called, appearances made. The Court having carefully considered the papers, and having heard oral argument of counsel, the matter stands submitted. A final order will issue.

|  | 2 | : | 10 |
|---|---|---|---|
| Initials of Preparer | | se | |