KEKER, VAN NEST & PETERS LLP
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
ERIC HANSON #254570
ehanson@keker.com
ASEEM MEHTA #338020
amehta@keker.com
AMRUTHA DORAI #352697
adorai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

Attorneys for Defendants
WESTERN DIGITAL
CORPORATION AND WESTERN
DIGITAL TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION and WESTERN DIGITAL TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 2:24-cv-02864-ODW-MAR<br><br>**NOTICE OF LODGING OF DEFENDANTS' SLIDES PRESENTED DURING CLAIM CONSTRUCTION HEARING**<br><br>Dept:      Courtroom 5D, 5th Floor<br>Judge:     Hon. Otis D. Wright II<br><br>Date Filed:  April 9, 2024<br>Trial Date:  June 1, 2027 |

6281721

On July 20, 2026, the Court held a claim construction hearing, during which Defendants presented slides in support of their positions. Attached hereto as Exhibit A is a copy of Defendants' slides presented during the hearing, in PDF format.

Respectfully submitted,

Dated: July 21, 2026                    KEKER, VAN NEST & PETERS LLP


                                        By:  /s/ Aseem Mehta
                                             RYAN K. WONG
                                             ERIN E. MEYER
                                             ERIC HANSON
                                             ASEEM MEHTA
                                             AMRUTHA DORAI

                                             Attorneys for Defendants
                                             WESTERN DIGITAL CORPORATION and
                                             WESTERN DIGITAL TECHNOLOGIES,
                                             INC.

NOTICE OF LODGING OF DEFENDANTS' SLIDES
Case No. 2:24-cv-02864-ODW-MAR

6281721