# EXHIBIT A

# Western Digital's Claim Construction Presentation

Polaris PowerLED Technologies, LLC,

v.

Western Digital Corporation et al.

*(Case No. 2:24-cv-02864-ODW-MAR, C.D. Cal.)*

# '968 Patent



**Claims 1, 6-10, 14-15**

**"interrupt manager" / "interrupt manager controller"**

**Claims 1, 7-9, 11, 15-16**

**"completion queue state"**

**Claims 1, 6, 8, 14, 16**

**"interrupt vector state"**

**Claims 1, 8, 16**

**Order of Steps**

2

# 968 Patent, Claim 1

[PRE] A nonvolatile memory controller for alerting a host processing unit to an unprocessed completion status contained in a completion queue of the host processing unit, the nonvolatile memory controller comprising

**Western Digital's Construction**

The preamble is limiting.

**Polaris's Construction**

The preamble is not limiting other than the phrase "nonvolatile memory controller," which should be given its plain and ordinary meaning.

3

# Preamble Supplies Antecedent Basis for Multiple Limitations

1. **A** nonvolatile memory controller for alerting **a** host processing unit to **an** unprocessed completion status contained in **a** completion queue of the host processing unit, the nonvolatile memory controller comprising:

an interrupt manager configured to generate a completion queue state for indicating the occurrence of a completion queue event associated with the completion queue, generate an interrupt vector state based on the completion queue state, determine **the** completion queue of the host processing unit contains an unprocessed completion status based on the interrupt vector state, and generate an interrupt message packet for triggering an interrupt in the host processing unit to alert **the** host processing unit of **the** unprocessed completion status in the completion queue, and wherein the completion queue state includes a doorbell update status indicating whether the host processing unit has performed a doorbell update event in which the host processing unit updates a head pointer stored in **the** nonvolatile memory controller for the completion queue.

'968 Patent at 29:23-42

4

Preamble is limiting where "[t]he language relied upon for antecedent basis in the preamble at issue is intertwined with the rest of the preamble."

*Bio-Rad Lab'ys, Inc. v. 10X Genomics Inc.*, 967 F.3d 1353, 1371 (Fed. Cir. 2020).

A method for conducting **a** reaction in plugs in **a** microfluidic system, comprising the steps of:

  providing **the** microfluidic system comprising at least two channels having at least one junction;
  continuously flowing an aqueous fluid containing at least one biological molecule and at least one reagent for conducting.
  **the** reaction between the biological molecule and the at least one reagent through a first channel of the at least two channels;

U.S. Patent No. 8,329,407 at 78:54-65

5

Preamble is limiting where "[t]he language relied upon for antecedent basis in the preamble at issue is intertwined with the rest of the preamble."

*Bio-Rad Lab'ys, Inc. v. 10X Genomics Inc*., 967 F.3d 1353, 1371 (Fed. Cir. 2020).

A method for conducting **a** reaction in plugs in **a** microfluidic system, comprising the steps of:

providing **the** microfluidic system comprising at least two channels having at least one junction;
continuously flowing an aqueous fluid containing at least one biological molecule and at least one reagent for conducting **the** reaction between the biological molecule and the at least one reagent through a first channel of the at least two channels;

U.S. Patent No. 8,329,407 at 78:54-65

6

# Antecedent Basis Terms Are Intertwined With Rest of Preamble:

1. ==A== nonvolatile memory controller for alerting ==a== host processing unit to ==an== unprocessed completion status contained in ==a== completion queue of the host processing unit, the nonvolatile memory controller comprising:

> an interrupt manager configured to generate a completion queue state for indicating the occurrence of a completion queue event associated with the completion queue, generate an interrupt vector state based on the completion queue state, determine ==the== completion queue of the host processing unit contains an unprocessed completion status based on the interrupt vector state, and generate an interrupt message packet for triggering an interrupt in the host processing unit to alert ==the== host processing unit of ==the== unprocessed completion status in the completion queue, and wherein the completion queue state includes a doorbell update status indicating whether the host processing unit has performed a doorbell update event in which the host processing unit updates a head pointer stored in ==the== nonvolatile memory controller for the completion queue.

'968 Patent at 29:23-42

7

# Antecedent Basis Terms Are Intertwined With Rest of Preamble:

1. **A** nonvolatile memory controller for alerting **a** host processing unit to **an** unprocessed completion status contained in **a** completion queue of the host processing unit, the nonvolatile memory controller comprising:

an interrupt manager configured to generate a completion queue state for indicating the occurrence of a completion queue event associated with the completion queue, generate an interrupt vector state based on the completion queue state, determine that **the** completion queue of the host processing unit contains an unprocessed completion status based on the interrupt vector state, and generate an interrupt message packet for triggering an interrupt in the host processing unit to alert **the** host processing unit to **the** unprocessed completion status in the completion queue, and wherein the completion queue state includes a doorbell update status indicating whether the host processing unit has performed a doorbell update event in which the host processing unit updates a head pointer stored in **the** nonvolatile memory controller for the completion queue.

**'968 Patent at 29:23-42**

8

# No such intertwining    *TomTom, Inc. v. Adolph, 790 F.3d 1315 (Fed. Cir. 2015)*

A method for generating and updating data for use in a destination tracking system of at least one mobile unit comprising:

generating and storing traveled distance data in at least one storage device provided in said mobile unit at least at predetermined time intervals, wherein the traveled distance data represent traveled sections by at least a series of nodes $P_i$ and to each node $P_i$ geographical coordinates $x_i$ and $y_i$ are assigned;

generating and storing section data in the storage device provided in the mobile unit, said section data being generated by selecting, from the traveled distance data, nodes $P_j$ and $P_k$, which define contiguous sections $P_jP_k$, to which at least their geographical starting point and end point are assigned; and

generating a section data file from the section data and storing the section data file in the storage device provided in the mobile unit, said section data file being continuously supplemented and/or updated with section data newly generated by the mobile unit.

U.S. Patent No. 6,356,836 at 17:36-55

9

# 968 Patent, Claims 1, 6–10, 14–15

[Claims 1, 6-10, 14-15] **"interrupt manager" / "interrupt manager controller"**

| **Western Digital's Construction** | **Polaris's Construction** |
|---|---|
| Hardware and/or software within the nonvolatile memory controller for alerting the host processing unit to an unprocessed completion status. | Plain and ordinary meaning, which is hardware and/or software configured to generate an interrupt message packet for triggering an interrupt in the host processing unit to alert the host processing unit of an unprocessed completion status. |

10

# '968 Patent, Claims 1, 6–10, 14–15

[Claims 1, 6-10, 14-15] **"interrupt manager" / "interrupt manager controller"**

**Western Digital's Construction**

Hardware and/or software within the nonvolatile memory controller for alerting the host processing unit to an unprocessed completion status.

**Polaris's Construction**

Plain and ordinary meaning, which is hardware and/or software configured to generate an interrupt message packet for triggering an interrupt in the host processing unit to alert the host processing unit of an unprocessed completion status.

11

# Polaris Admits The Interrupt Manager Must Be At Least *Partially* Within The Nonvolatile Memory Controller



**Polaris' Reply Brief**

> At bottom, the claims permit an interrupt manager that resides partly within and partly outside the nonvolatile memory controller and do not confine it completely within the controller.



**Polaris' Reply Brief at 4**

# Interrupt Manager Must Be Within the Nonvolatile Memory Controller



**Claim 1**



A nonvolatile memory controller for alerting a host processing unit to an unprocessed completion status contained in a completion queue of the host processing unit, the **nonvolatile memory controller** <mark>comprising</mark>:

**an interrupt manager** configured to generate a completion queue state ….

'968 Patent at 29:23-28



**Claim 8**



**A nonvolatile memory controller** <mark>comprising:</mark>
….
**an interrupt manager controller** coupled to the completion queue state memory and the interrupt vector state memory …

'968 Patent at 30:5-15

13

# Interrupt Manager Must Be Within the Nonvolatile Memory Controller

In various embodiments, a nonvolatile memory controller includes a processor and an interrupt manager. *1:39-40*

A nonvolatile memory controller, in accordance with one embodiment, includes an interrupt manager. *1:56–57*

A nonvolatile memory controller, in accordance with one embodiment, includes a completion queue state memory, an interrupt vector state memory, and an interrupt manager controller. *2:3–6*

In various embodiments, the interrupt manager **1040** in the host controller interface **120** of the nonvolatile memory controller **105** selectively generates interrupt message packets based on the interrupt statuses **1330** of the interrupt vector states **1125**. *22:16–20*

In various embodiments, the interrupt manager **1040** in the host controller interface **120** of the nonvolatile memory controller **105** determines whether the interrupt status **1330** is set in the interrupt vector state **1125** (i.e., the selected interrupt vector state **1125**). *28:18–22*

In various embodiments, the interrupt manager **1040** in the host controller interface **120** of the nonvolatile memory controller **105** determines whether an additional interrupt vector state **1125** is to be processed. *28:63–67*

'968 Patent

14

# Interrupt Manager Must Be Within the Nonvolatile Memory Controller



**Completion manager** ✓

**Interrupt manager**

FIG. 10

# Interrupt Manager Must Be Within the Nonvolatile Memory Controller



**FIG. 8**

# Interrupt Manager Must Be Within the Nonvolatile Memory Controller



**FIG. 1**

# Polaris Has Disclaimed Any Argument That the Interrupt Manager May Reside Within the Host

Since Borchers uses *the host* to monitor its queues and manage interrupts, it does not disclose a nonvolatile memory controller or interrupt manager to alert the host of an unprocessed completion queue status, as the claims require

*2026 05 29 Appendix C, at 7-8*

Borchers does not use its interrupt processor 124 as a manager because that function is performed by the host.

*2026 05 29 Appendix C, at 31*

By using *an interrupt manager in the nonvolatile memory controller* to alert the host about an unprocessed completion status, the host would no longer need to monitor its queue

*2026 05 29 Appendix C, at 7*

**2026 05 29 Appendix C**

18

# Polaris's Proposed Construction is Redundant with Claim Language



**Claim 1**

an interrupt manager configured to … generate an interrupt message packet for triggering an interrupt in the host processing unit to alert the host processing unit of the unprocessed completion status …



'968 Patent at 29:26-36



**Claim 8**

"an interrupt manager controller … configured to … generate an interrupt message packet based on the interrupt vector state for triggering an interrupt in the host processing unit to alert the host processing unit of the unprocessed completion status …"



'968 Patent at 30:14-28

19

# '968 Patent, Claims 1, 7–9, 11, 15–16

[Claims 1, 7-9, 11, 15-16] **"completion queue state"**

**Western Digital's Construction**

Current conditions of a completion queue.

**Polaris's Construction**

Plain and ordinary meaning, which is data stored in memory or a register that contains one or more indicators of events affecting a completion queue.

# The "Completion Queue State" Refers to the Current State of the Event Indicators

- A "state" refers to an object's conditions at a point in time.

- "The completion queue state . . . indicates the occurrence of completion queue events associated with the completion queue[.]" '968 Patent at 15:17-19.

- These completion queue events, such as doorbell update status and event count, are updated in the completion queue state from time to time. Id. at 17:65–18:18.



**FIG. 12**

# The "Completion Queue State" Refers to the Current State of the Event Indicators

The claims involve actions taken based on the **current** conditions of the completion queue, not some older conditions from the past

"generate an interrupt vector state based on the completion queue state" (claim 1)

"generate the interrupt vector state based on each completion queue state" (claim 8)

# '968 Patent, Claims 1, 7–9, 11, 15–16

[Claims 1, 7-9, 11, 15-16] **"completion queue state"**

### Western Digital's Construction

Current conditions of a completion queue.

### Polaris's Construction

Plain and ordinary meaning, which is data stored in memory or a register that contains one or more indicators of events affecting a completion queue.

23

Case 2:24-cv-02864-ODW-MAR    Document 123-1    Filed 07/21/26    Page 25 of 47    Page ID #:3290



The scoreboard is updated when a run is scored

The displayed score remains the current score, even if no update occurs for several innings.

24

# Polaris's "Data Stored in Memory" Requirement Violates the Doctrine of Claim Differentiation

"a **completion queue state** for indicating the occurrence of a completion queue event associated with the completion queue"

(claim 1)

"a **completion queue state memory** configured to store a plurality of completion queue states"

(claim 8)

25

# 968 Patent, Claims 1, 6, 8, 14, 16

[Claims 1, 6, 8, 14, 16] **"interrupt vector state"**

**Western Digital's Construction**

Current conditions associated with an interrupt vector.

**Polaris's Construction**

Plain and ordinary meaning, which is data stored in memory or a register that contains one or more indicators of events affecting an interrupt vector.

26

# The "Interrupt Vector State" Refers to the Current Conditions Associated with an Interrupt Vector

- A "state" refers to an object's conditions at a point in time.

- "The interrupt vector state. . . indicates whether one or more completion queues. . . associated with the interrupt vector state. . . contain an unprocessed completion status[.]" '968 Patent at 15:28-30.

- These conditions are updated in the interrupt vector state from time to time. Id. at 18:47–52.



**FIG. 13**

# The "Interrupt Vector State" Refers to the Current State of the Indicators/Variables

The claims involve actions taken based on the **current** conditions associated with the interrupt vector, not some older conditions from the past

"generate an interrupt vector state based on the completion queue state" (claim 1)

"generate the interrupt vector state based on each completion queue state" (claim 8)

# 968 Patent, Claims 1, 6, 8, 14, 16

[Claims 1, 6, 8, 14, 16] **"interrupt vector state"**

**Western Digital's Construction**

Current conditions associated with an interrupt vector.

**Polaris's Construction**

Plain and ordinary meaning, which is data stored in memory or a register that contains one or more indicators of events affecting an interrupt vector.

# The Most Recent Updates to the <u>Interrupt Vector Indicators and Variables</u> are its *Current Conditions*

Case 2:24-cv-02864-ODW-MAR   Document 123-1   Filed 07/21/26   Page 31 of 47   Page ID #:3296



The scoreboard is updated when a run is scored

The displayed score remains the current score, even if no update occurs for several innings.

# Polaris's "Data Stored in Memory" Requirement Violates the Doctrine of Claim Differentiation

"generate an **interrupt vector state** based on the completion queue state"

(claim 1)

"an **interrupt vector state memory** configured to store a plurality of interrupt vector states"

(claim 8)

31

# '968 Patent, Claims 1, 8, 16

[Claims 1, 8, 16] **"Order of Steps"**

**Western Digital's Construction**

Steps must be performed in order.

**Polaris's Construction**

Plain and ordinary meaning.

# Steps Must Be Performed in Order as a Matter of Logic and Grammar:

[1] **generate** a completion queue state for indicating the occurrence of a completion queue event associated with the completion queue,

[2] **generate** **an** interrupt vector state **based on** **the** completion queue state,

[3] **determine** the completion queue of the host processing unit contains **an** unprocessed completion status **based on** **the** interrupt vector state, and

[4] **generate an interrupt message packet** for triggering an interrupt in the host processing unit **to alert the host processing unit of** **the** unprocessed completion status in the completion queue

**'968 Patent at 29:27-37 (Claim 1)**

33

# Steps Must Be Performed in Order as a Matter of Logic and Grammar:

[1] **generating** a completion queue state by a nonvolatile memory controller for indicating the occurrence of a completion queue event associated with a completion queue in a host processing unit, …

[2] **generating** an interrupt vector state by the nonvolatile memory controller **based on the** completion queue state, the interrupt vector state associated with an interrupt vector in the host processing unit;

[3] **determining** by the nonvolatile memory controller **based on the** interrupt vector state that the completion queue contains an unprocessed completion status; and

[4] **generating an interrupt message packet** by a nonvolatile memory interface for triggering an interrupt in the host processing unit **to alert the host processing unit of the** unprocessed completion status in the completion queue.

'968 Patent at 31:5-32:7 (Claim 16)

34

# Structural Requirements of Claim 8's Memory Controller



A nonvolatile memory controller comprising:

a completion queue state memory configured to store a plurality of completion queue states corresponding to a plurality of completion queues in a host processing unit;

==an interrupt vector state memory configured to store a plurality of interrupt vector states== corresponding to a plurality of interrupt vectors in the host processing unit; and

an interrupt manager controller coupled to the completion queue state memory and the interrupt vector state memory, the interrupt manager controller configured to …

**'968 Patent**

35

# Steps Must Be Performed in Order as a Matter of Logic and Grammar:

[1] map at least one completion queue state of the plurality of completion queue states to an interrupt vector state of the plurality of interrupt vector states,

[2] **generate** the interrupt vector state based on each completion queue state mapped to the interrupt vector state,

[3] **determine** a completion queue corresponding to a completion queue state mapped to the interrupt vector state contains an unprocessed completion status **based on** the interrupt vector state, and to

[4] **generate an interrupt message packet** based on the interrupt vector state for triggering an interrupt in the host processing unit **to alert the host processing unit** of the unprocessed completion status in the completion queue.

'968 Patent at 30:17-29 (Claim 8)

36

# 968 Patent, Figures 17 & 18

Figures 17 & 18 **do not** illustrate the steps of Claim 1
(i.e., generating an interrupt vector state)



**FIG. 17**



**FIG. 18**

# '085 Patent



**Claims 1, 15**

## "ECC schemes" / "error correction coding  (ECC) scheme(s)"

**Claims 1, 15**

## "Gear"

38

# 085 Patent, Claims 1, 15

## "gear"

### Western Digital's Construction

A set of predefined error correction coding parameters providing a level of error correction coding strength.

### Polaris' Construction

Plain and ordinary meaning, which is a set of parameter(s) specifying an error correction coding scheme, including one or more of the payload capacity, the type and parameters of each component code, the interleaving scheme, and parameters used for determining whether the gear is appropriate for a particular situation.

39

# To the extent lexicography controls, the entire definition of "gear" should be used



DEFINITIONS

Gear: In the context of this disclosure, a "gear" is a set of parameter(s) specifying an error correction coding scheme, including one or more of the payload capacity, the type and parameters of each component code, the interleaving scheme, and parameters used for determining whether the gear is appropriate for a particular situation. For example, the "Gear 1" sections of Tables III, IV, and V, plus the Threshold G1, collectively define Gear 1.

'085 Patent at 20:18-25.

40

# 085 Patent, Claims 1, 15

## "ECC schemes" / "error correction coding  (ECC) scheme(s)"

**Western Digital's Construction**

An approach to applying ECC to encode data for storage and decode the encoded data to recover the original data.

**Polaris' Construction**

An approach to applying ECC to encode data for storage and/or decode the encoded data to recover the original data.

41

# 085 Patent, Claims 1, 15

## "ECC schemes" / "error correction coding  (ECC) scheme(s)"

**Western Digital's Construction**

An approach to applying ECC to encode data for storage and decode the encoded data to recover the original data.

**Polaris' Construction**

An approach to applying ECC to encode data for storage **and**/**or** decode the encoded data to recover the original data.

42

# Polaris Agrees that ECC Schemes Apply to Both Encoding And Decoding

## Polaris' Opening Brief

Polaris's construction . . . reflect[s] the ==dual-purpose use of ECC== as set forth in the definition. ==ECC "is a class of techniques" used both to encode== ("add[]" parity to information bits) *and* to ==decode== ("recover[]" the original information bits when errors are subsequently introduced).

The entire purpose of adding parity is to enable recovery, and patentee's definition ==the== specification expressly recognizes both sides of that process (storing and recovery).



**Polaris' Opening brief at 24**

## Polaris' Reply Brief

Second, WD objects to Polaris's use of "store and/or recover" in the construction. But ==Polaris's construction is anchored in the patentee's definition of ECC, which expressly contemplates== both adding parity (to encode and store) and recovering the original information bits (to decode): "redundant information (parity) is added . . . in such a way that if errors are subsequently introduced, the original information bits can be recovered." (Ex. B, 19:26–37.) ==Polaris's construction thus already encompasses both encoding/storage and decoding/recovery.==



**Polaris' Reply brief at 12**

43

Case 2:24-cv-02864-ODW-MAR   Document 123-1   Filed 07/21/26   Page 45 of 47   Page ID #:3610



**Polaris' Reply Brief**



The remaining differences are narrow. The "and/or" is necessary in the construction, to convey that the "ECC scheme" can store and recover, but also to make clear that in the claims as written, <u>the ECC scheme can be used to store but need not be used to recover (even if capable of recovering), and vice versa</u>.

Polaris' Reply brief at 12.

44

# Each ECC Scheme / Gear Is Configured to Both Encode and Decode



*FIG. 11*

# "ECC schemes" / "error correction coding (ECC) scheme(s)"

**Western Digital's Construction**

An approach to applying ECC to encode data for storage and decode the encoded data to recover the original data.

46