KRAMER LLP
Robert F. Kramer (SBN 181706)
rkramer@kramerllp.com
Robert S. McArthur (SBN 204604
rmcarthur@kramerllp.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@kramerllp.com
303 Twin Dolphin Drive, Suite 600
Redwood City, CA  94065
Telephone: (415) 419-1895

Safraz Ishmael (*pro hac vice*)
sishmael@kramerllp.com
131 Dartmouth Street, 3rd Floor
Boston, MA  02116
Telephone: (212) 631-7565

Robert Mattson (*pro hac vice*)
rmattson@kramerllp.com
2121 Eisenhower Avenue, Suite 304
Alexandria, VA  22314
Telephone: (917) 720-0295

*Additional Counsel listed below*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION, and WESTERN DIGITAL TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 2:24-cv-02864-ODW-MAR<br><br>*Hon. Otis D. Wright*<br><br>**NOTICE OF LODGING OF PLAINTIFF'S MARKMAN HEARING SLIDES**<br><br>Date filed:  July 22, 2026 |

*Additional Counsel:*

Jeffrey Ahdoot (*pro hac vice*)
jahdoot@kramerllp.com
1133 Broadway, Suite 1510
New York, NY 10010
Telephone: (917) 563-4794

Nicole Glauser (*pro hac vice* forthcoming)
nglauser@kramerllp.com
500 W. 2nd Street, Suite 1900
Austin, TX 78701
Telephone: (212) 363-1492

UMHOFER, MITCHELL & KING LLP
Margaret E. Dayton (SBN 274353)
peggy@umklaw.com
767 S. Alameda Street, Suite 270
Los Angeles, CA 90021
Telephone: (213) 394-7979

Attorneys for Plaintiff
POLARIS POWERLED
TECHNOLOGIES, LLC

*NOTICE OF LODGING PLAINTIFF'S SLIDES*

<u>**NOTICE OF LODGING**</u>

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff hereby files as Exhibit 1 a PDF version of slides presented in support of its positions at the July 20, 2026 Claim Construction Hearing before this Court. Plaintiff is lodging a copy of same with the Court.

Dated:  July 22, 2026

Respectfully submitted,

By:  */s/ Margaret E. Dayton*
UMHOFER, MITCHELL & KING LLP
Margaret E. Dayton (SBN 274353)
peggy@umklaw.com
767 S. Alameda Street, Suite 270
Los Angeles, CA 90021
Telephone: (213) 394-7979

KRAMER LLP
Robert F. Kramer (SBN 181706)
rkramer@kramerllp.com
Robert S. McArthur (SBN 204604
rmcarthur@kramerllp.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@kramerllp.com
303 Twin Dolphin Drive, Suite 600
Redwood City, CA  94065
Telephone: (415) 419-1895

Safraz Ishmael (*pro hac vice*)
sishmael@kramerllp.com
131 Dartmouth Street, 3rd Floor
Boston, MA  02116
Telephone: (212) 631-7565

Robert Mattson (*pro hac vice*)
rmattson@kramerllp.com
2121 Eisenhower Avenue, Suite 304
Alexandria, VA  22314
Telephone: (917) 720-0295

Jeffrey Ahdoot (*pro hac vice*)
jahdoot@kramerllp.com
1133 Broadway, Suite 1510
New York, NY 10010
Telephone: (917) 563-4794

1

*NOTICE OF LODGING PLAINTIFF'S SLIDES*

Nicole Glauser (*pro hac vice* forthcoming)
nglauser@kramerllp.com
500 W. 2nd Street, Suite 1900
Austin, TX  78701
Telephone: (212) 363-1492

Attorneys for Plaintiff
POLARIS POWERLED
TECHNOLOGIES, LLC

2

*NOTICE OF LODGING PLAINTIFF'S SLIDES*