# EXHIBIT 1

# Polaris PowerLED Technologies, LLC,

v.

# Western Digital Corporation, et al.

_____

PLAINTIFF'S CLAIM CONSTRUCTION PRESENTATION

July 20, 2026

Case No. 2:24-cv-02864

Central District of California

**Hon. Otis D. Wright II**

1

# The Asserted Patents



## U.S. 8,554,968

*Oct. 08, 2013*

**Interrupt technique for a nonvolatile memory controller**



## U.S. 9,183,085

*Nov. 10, 2015*

**Systems and methods for adaptively selecting from among a plurality of error correction coding schemes in a flash drive for robustness and low latency**



## U.S. 8,601,346

*Dec. 03, 2013*

**System and method for generating parity data in a nonvolatile memory controller by using a distributed processing technique**

2

# U.S. 8,554,968



'968 Patent

1. A nonvolatile memory controller for alerting a host processing unit to an unprocessed completion status contained in a completion queue of the host processing unit, the nonvolatile memory controller comprising:

an interrupt manager configured to generate a completion queue state for indicating the occurrence of a completion queue event associated with the completion queue, generate an interrupt vector state based on the completion queue state, determine the completion queue of the host processing unit contains an unprocessed completion status based on the interrupt vector state, and generate an interrupt message packet for triggering an interrupt in the host processing unit to alert the host processing unit of the unprocessed completion status in the completion queue, and wherein the completion queue state includes a doorbell update status indicating whether the host processing unit has performed a doorbell update event in which the host processing unit updates a head pointer stored in the nonvolatile memory controller for the completion queue.

3

# U.S. 9,183,085



(10) **Patent No.:**     US 9,183,085 B1
(45) **Date of Patent:**     Nov. 10, 2015

(54) **SYSTEMS AND METHODS FOR ADAPTIVELY SELECTING FROM AMONG A PLURALITY OF ERROR CORRECTION CODING SCHEMES IN A FLASH DRIVE FOR ROBUSTNESS AND LOW LATENCY**

'085 Patent

**1.** A method of selecting an error correction coding (ECC) scheme, the method comprising:

determining a bit error rate associated with a region comprising a fixed number of two or more flash memory pages or integer fractions thereof, wherein the two or more flash memory pages of a region can be read simultaneously, wherein the region stores at least data payload and primary and secondary ECC parity symbols corresponding to the data payload of the region;

comparing the determined bit error rate to one or more predetermined thresholds corresponding to a set of predefined gears comprising at least a first gear and a second gear, wherein the predefined gears correspond to different predefined ECC schemes, wherein the first gear has a different data payload size and correction capability than the second gear, wherein the amount of memory space allocated for the storage of data payload within the region varies between the first gear and the second gear to accommodate a varying number of parity symbols between the first gear and the second gear; and

selecting a gear from the set for the region based at least partly on the comparisons to the one or more predetermined thresholds;

wherein determining, comparing, and selecting are performed by an integrated circuit.

4

# U.S. 8,601,346



## (10) Patent No.: US 8,601,346 B1
## (45) Date of Patent: Dec. 3, 2013

## (54) SYSTEM AND METHOD FOR GENERATING PARITY DATA IN A NONVOLATILE MEMORY CONTROLLER BY USING A DISTRIBUTED PROCESSING TECHNIQUE

'346 Patent

**1**. A nonvolatile memory controller for performing a data stripe operation on a plurality of data blocks, the nonvolatile memory controller comprising:

a plurality of command processing units, each command processing unit of the plurality of command processing units configured to receive a command of a plurality of commands for performing the data stripe operation, the plurality of commands including a plurality of data update commands and a parity write command, each command processing unit of the plurality of command processing units receiving a data update command of the plurality of data update commands configured to request a data block of the plurality of data blocks based on the data update command, receive the data block in response to the request, and write the data block to a nonvolatile memory device; and

a parity calculator coupled to the plurality of command processing units, the parity calculator further comprising a context memory including a page frame, the parity calculator configured to receive the plurality of data blocks as a sequence of data blocks, to generate a parity block by storing a first data block of the sequence of data blocks into the page frame and updating the data block stored in the page frame with each data block following the first data block in the sequence of data blocks, without storing each data block in a data buffer, the command processing unit receiving the parity write command configured to write the parity block to a nonvolatile memory based on the parity write command.

5

# Terms-in-Dispute

## The Disputed Terms of the '968 Patent

A. "A nonvolatile memory controller for alerting a host processing unit to an unprocessed completion status contained in a completion queue of the host processing unit, the nonvolatile memory controller comprising:" (Claim 1)

B. "interrupt manager"/ "interrupt manager controller" (Claims 1, 6-10, 14-15)

C. "completion queue state" (Claims 1, 7-9, 11, 15-16)

D. "interrupt vector state" (Claims 1, 6, 8, 14, 16)

E. "generate a completion queue state for indicating the occurrence of a completion queue event associated with the completion queue . . ." (Claim 1)

F. "map at least one completion queue state of the plurality of completion queue states to an interrupt vector state of the plurality of interrupt vector states . . ." (Claim 8)

G. "generating a completion queue state by a nonvolatile memory controller for indicating the occurrence of a completion queue event associated with a completion queue in a host processing unit . . ." (Claim 16)

Order of Steps Terms

## The Disputed Terms of the '085 Patent

A. "gear" (Claims 1, 15)

B. "ECC schemes"/ "error correction coding (ECC) scheme(s)" (Claims 1-15)

6



**"A nonvolatile memory controller for alerting a host processing unit to an unprocessed completion status contained in a completion queue of the host processing unit, the nonvolatile memory controller comprising"**

---

'968 Patent, Claim 1

7

# "A nonvolatile memory controller…" (Preamble)

**'968 Patent, Claim 1**

1. A nonvolatile memory controller for alerting a host processing unit to an unprocessed completion status contained in a completion queue of the host processing unit, the nonvolatile memory controller comprising:

an interrupt manager configured to generate a completion queue state for indicating the occurrence of a completion queue event associated with the completion queue, generate an interrupt vector state based on the completion queue state, determine the completion queue of the host processing unit contains an unprocessed completion status based on the interrupt vector state, and generate an interrupt message packet for triggering an interrupt in the host processing unit to alert the host processing unit of the unprocessed completion status in the completion queue, and wherein the completion queue state includes a doorbell update status indicating whether the host processing unit has performed a doorbell update event in which the host processing unit updates a head pointer stored in the nonvolatile memory controller for the completion queue.

## Polaris's Construction

The preamble is not limiting other than the phrase "nonvolatile memory controller," which should be given its plain and ordinary meaning.

## Western Digital's Construction

The preamble is limiting.

8



district court thus properly construed the entire preamble." Appellee's Br. 34–35.

[5] [6] [7] If a preamble "recites essential structure or steps, or if it is 'necessary to give life, meaning, and vitality' to the claim," then the preamble can limit the scope of a claim. *Catalina Mktg. Int'l, Inc. v. Coolsavings.com, Inc.,* 289 F.3d 801, 808 (Fed.Cir.2002) (citation omitted). "Conversely, a preamble is not limiting 'where a patentee defines a structurally complete invention in the claim body and uses the preamble only to state a purpose or intended use for the invention.' " *Id.* (quoting *Rowe v. Dror,* 112 F.3d 473, 478 (Fed.Cir.1997)). " '[W]hether to

*TomTom, Inc. v. Adolph, 790 F.3d 1315, 1323 (Fed. Cir. 2015)*

9

# The preamble is not limiting…

**'968 Patent, Claim 1**

1. A nonvolatile memory controller for alerting a host processing unit to an unprocessed completion status contained in a completion queue of the host processing unit, the nonvolatile memory controller comprising:

an interrupt manager configured to generate a completion queue state for indicating the occurrence of a completion queue event associated with the completion queue, generate an interrupt vector state based on the completion queue state, determine the completion queue of the host processing unit contains an unprocessed completion status based on the interrupt vector state, and generate an interrupt message packet for triggering an interrupt in the host processing unit to alert the host processing unit of the unprocessed completion status in the completion queue, and wherein the completion queue state includes a doorbell update status indicating whether the host processing unit has performed a doorbell update event in which the host processing unit updates a head pointer stored in the nonvolatile memory controller for the completion queue.

**INTENDED PURPOSE**

**STRUCTURALLY COMPLETE INVENTION**

10

# The preamble is not limiting…

**'968 Patent, Claim 1**

1. A nonvolatile memory controller for alerting a host processing unit to an unprocessed completion status contained in a completion queue of the host processing unit, the nonvolatile memory controller comprising:

an interrupt manager configured to generate a completion queue state for indicating the occurrence of a completion queue event associated with the completion queue, generate an interrupt vector state based on the completion queue state, determine the completion queue of the host processing unit contains an unprocessed completion status based on the interrupt vector state, and generate an interrupt message packet for triggering an interrupt in the host processing unit to alert the host processing unit of the unprocessed completion status in the completion queue, and wherein the completion queue state includes a doorbell update status indicating whether the host processing unit has performed a doorbell update event in which the host processing unit upd stored in the nonvolatile memory completion queue

**The same language is in the body of the claim**

the host processing unit to alert the host processing unit of the unprocessed completion status in the completion queue, and wherein the completion queue state includes

11

# WD's antecedent argument fails

**'968 Patent, Claim 1**

1. A nonvolatile memory controller for alerting a host processing unit to an unprocessed completion status contained in a completion queue of the host processing unit, the nonvolatile memory controller comprising:

an interrupt manager configured to generate a completion queue state for indicating the occurrence of a completion queue event associated with the completion queue, generate an interrupt vector state based on the completion queue state, determine the completion queue of the host processing unit contains an unprocessed completion status based on the interrupt vector state, and generate an interrupt message packet for triggering an interrupt in the host processing unit to alert the host processing unit of the unprocessed completion status in the completion queue, and wherein the completion queue state includes a doorbell update status indicating whether the host processing unit has performed a doorbell update event in which the host processing unit updates a head pointer stored in the nonvolatile memory controller for the completion queue.

Without those preamble terms, the corresponding claim-body references would lack antecedent basis. *Bio-Rad Lab'ys, Inc. v. 10X Genomics Inc.*, 967 F.3d 1353, 1369, 1371–72 (Fed. Cir. 2020).

WD's Response Brief, 4-5

❌ Antecedent basis is not automatically limiting

❌ Preamble does not provide antecedent basis for components of the nonvolatile memory controller

❌ The terms are not necessary structural parts of the nonvolatile memory controller

❌ The terms do not add life, meaning, and vitality to the claim

# WD's antecedent argument masks its true goal

**'968 Patent, Claim 1**

1. A nonvolatile memory controller for alerting a host processing unit to an unprocessed completion status contained in a completion queue of the host processing unit, the nonvolatile memory controller comprising:

an interrupt manager configured to generate a completion queue state for indicating the occurrence of a completion queue event associated with the completion queue, generate an interrupt vector state based on the completion queue state, determine the completion queue of the host processing unit contains an unprocessed completion status based on the interrupt vector state, and generate an interrupt message packet for triggering an interrupt in the host processing unit to alert the host processing unit of the unprocessed completion status in the completion queue, and wherein the completion queue state includes a doorbell update status indicating whether the host processing unit has performed a doorbell update event in which the host processing unit updates a head pointer stored in the nonvolatile memory controller for the completion queue.

13



# "interrupt manager"

# "interrupt manager controller"

---

'968 Patent, Claims 1, 6-10, 14-15

14

# "interrupt manager" / "interrupt manager controller"

## '968 Patent, Claim 1

1. A nonvolatile memory controller for alerting a host processing unit to an unprocessed completion status contained in a completion queue of the host processing unit, the nonvolatile memory controller comprising: an interrupt manager configured to generate a completion queue state for indicating the occurrence of a completion queue event associated with the completion queue, generate an interrupt vector state based on the completion queue state, determine the completion queue of the host processing unit contains an unprocessed completion status based on the interrupt vector state, and generate an interrupt message packet for triggering an interrupt in the host processing unit to alert the host processing unit of the unprocessed completion status in the completion queue, and wherein the completion queue state includes a doorbell update status indicating whether the host processing unit has performed a doorbell update event in which the host processing unit updates a head pointer stored in the nonvolatile memory controller for the completion queue.

## Polaris's Construction

Plain and ordinary meaning, which is hardware and/or software configured to generate an interrupt message packet for triggering an interrupt in the host processing unit to alert the host processing unit of an unprocessed completion status

## Western Digital's Construction

Hardware and/or software within the nonvolatile memory controller for alerting the host processing unit to an unprocessed completion status

15

# Western Digital improperly adds a physical location requirement

**'968 Patent, Claim 1**

1. A nonvolatile memory controller for alerting a host processing unit to an unprocessed completion status contained in a completion queue of the host processing unit, the nonvolatile memory controller comprising: an interrupt manager configured to generate a completion queue state for indicating the occurrence of a completion queue event associated with the completion queue, generate an interrupt vector state based on the completion queue state, determine the completion queue of the host processing unit contains an unprocessed completion status based on the interrupt vector state, and generate an interrupt message packet for triggering an interrupt in the host processing unit to alert the host processing unit of the unprocessed completion status in the completion queue, and wherein the completion queue state includes a doorbell update status indicating whether the host processing unit has performed a doorbell update event in which the host processing unit updates a head pointer stored in the nonvolatile memory controller for the completion queue.

## Polaris's Construction

Plain and ordinary meaning, which is

hardware and/or software configured to generate an interrupt message packet for triggering an interrupt in the host processing unit to alert the host processing unit of an unprocessed completion status

## Western Digital's Construction

Hardware and/or software within the nonvolatile memory controller for alerting the host processing unit to an unprocessed completion status

16

# Western Digital improperly adds a physical location requirement

**'968 Patent, Claim 1**

1. A nonvolatile memory controller for alerting a host processing unit to an unprocessed completion status contained in a completion queue of the host processing unit, ==the nonvolatile memory controller comprising:== ==an interrupt manager== configured to generate a completion queue state for indicating the occurrence of a completion queue event associated with the completion queue, generate an interrupt vector state based on the completion queue state, determine the completion queue of the host processing unit contains an unprocessed completion status based on the interrupt vector state, and generate an interrupt message packet for triggering an interrupt in the host processing unit to alert the host processing unit of the unprocessed completion status in the completion queue, and wherein the completion queue state includes a doorbell update status indicating whether the host processing unit has performed a doorbell update event in which the host processing unit updates a head pointer stored in the nonvolatile memory controller for the completion queue.

 "In the patent claim context the term 'comprising' is well understood to mean 'including but not limited to'" and "comprising" is "open-ended"

*CIAS, Inc. v. Alliance Gaming Corp.,* 504 F.3d 1356, 1360–61 (Fed. Cir. 2007)

## Western Digital's Construction

Hardware and/or software ==within the nonvolatile memory== controller for alerting the host processing unit to an unprocessed completion status

# Western Digital improperly adds a physical location requirement



FIG. 11

controller **105** that generated the completion message packet read from the message input queue **1015**.

FIG. **11** illustrates the interrupt manager **1040**, in accordance with an embodiment of the present invention. The interrupt manager **1040** includes an interrupt manager controller **1100**, a completion queue state memory **1105**, and an

**2205-2230** may be performed more than once in the portion of the method **1700** illustrated in FIG. **22**.

Although the invention has been described with reference to particular embodiments thereof, it will be apparent to one of ordinary skill in the art that modifications to the described embodiment may be made without departing from the spirit of the invention. Accordingly, the scope of the invention will be defined by the attached claims not by the above detailed description.

What is claimed is:

**1.** A nonvolatile memory controller for alerting a host

'968 Patent, Fig. 11; 15:1-6; 19:13-22

18

# Western Digital improperly adds a physical location requirement



FIG. 1



FIG. 11

BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings are included to provide a further understanding of the invention, and are incorporated in and constitute a part of this specification. The drawings illustrate embodiments of the invention, and together with the description, serve to explain the principles of the invention.

FIG. 1 is a block diagram of a computing system, in accordance with an embodiment of the present invention.

FIG. 2 is a block diagram of a network module, in accordance with an embodiment of the present invention.

FIG. 3 is a block diagram of a computing system, in accordance with an embodiment of the present invention.

FIG. 4 is a block diagram of a processor, in accordance with an embodiment of the present invention.

FIG. 5 is a block diagram of a host processing unit, in accordance with an embodiment of the present invention.

FIG. 6 is a block diagram of a submission queue, in accordance with an embodiment of the present invention.

FIG. 7 is a block diagram of a completion queue, in accordance with an embodiment of the present invention.

FIG. 8 is a block diagram of a host controller interface, in accordance with an embodiment of the present invention.

FIG. 9 is a block diagram of a submission manager, in accordance with an embodiment of the present invention.

FIG. 10 is a block diagram of a completion manager, in accordance with an embodiment of the present invention.

FIG. 11 is a block diagram of an interrupt manager, in accordance with an embodiment of the present invention.

FIG. 12 is a block diagram of a completion queue state, in accordance with an embodiment of the present invention.

FIG. 13 is a block diagram of an interrupt vector state, in accordance with an embodiment of the present invention.

FIG. 14 is a block diagram of an aggregate time indicator, in accordance with an embodiment of the present invention.

FIG. 17 is a flow chart for a method of alerting a host processing unit of an unprocessed completion status, in accordance with an embodiment of the present invention.

FIG. 18 is a flow chart for a method of alerting a host processing unit of an unprocessed completion status, in accordance with an embodiment of the present invention.

FIG. 19 is a flow chart for a portion of a method of alerting a host processing unit of an unprocessed completion status, in accordance with an embodiment of the present invention.

FIG. 20 is a flow chart for a portion of a method of alerting a host processing unit of an unprocessed completion status, in accordance with an embodiment of the present invention.

FIG. 21 is a flow chart for a portion of a method of alerting a host processing unit of an unprocessed completion status, in accordance with an embodiment of the present invention.

FIG. 22 is a flow chart for a portion of a method of alerting a host processing unit of an unprocessed completion status, in accordance with an embodiment of the present invention.

'968 Patent, Figs. 1, 11; 2:43-3:28

19

# Western Digital improperly adds a physical location requirement



906–08; *Teleflex*, 299 F.3d at 1327; *SRI Int'l v. Matsushita Elec. Corp. of Am.*, 775 F.2d 1107, 1121 (Fed.Cir.1985). In particular, we have expressly rejected the contention that if a patent describes only a single embodiment, the claims of the patent must be construed as being limited to that embodiment. *Gemstar–TV Guide*, 383 F.3d at 1366. That is not just because section 112 of

*Phillips v. AWH Corp.*, 415 F.3d 1303, 1320 *(Fed. Cir. 2005) (en banc)*

20

# Polaris's Arguments at the Patent Office



Borchers does not use its interrupt processor 124 as a manager because that function is performed by the host. In Borchers, *the host* 106 manages when the interrupt processor 124 generates interrupts. EX1005, ¶36. For example, "the host 106 may use one or more different interrupt mechanisms, including a combination of different mechanisms, to provide information to the interrupt processor 124 regarding interrupt processing." EX1005, ¶36. The host 106 also sets interrupt parameters. EX1005, ¶37. The host 106 may "poll the response buffer 123 to determine if there are responses ready for processing." EX1005, ¶40. The host 106 may also "poll ahead and avoid interrupts from the interrupt processor 124." EX1005, ¶37. And the host 106 may use a group interrupt mechanism to dictate

when the interrupt processor 124 generates and sends interrupts. EX1005, 38. In contrast to the host 106, which is in charge of interrupt processing, the interrupt processor 124 merely executes instructions and/or parameters set by the host 106. *See* EX1005, ¶59.

Borchers' interrupt processor does not "manage" but merely executes instructions, so it cannot disclose the "interrupt manager" or "interrupt manager controller" in claims 1 and 8. Nor does Borchers' interrupt processor satisfy Petitioners' own district-court construction for "interrupt manager" and "interrupt manager controller" because it does not "alert" the host processing unit to an unprocessed completion status, as explained in the next section.

Petition for *Inter Partes Review*, IPR2025-00517, Paper 11, at 25-26

21

# "interrupt manager" / "interrupt manager controller"

**'968 Patent, Claim 1**

> 1. A nonvolatile memory controller for alerting a host processing unit to an unprocessed completion status contained in a completion queue of the host processing unit, the nonvolatile memory controller comprising:
> an interrupt manager configured to generate a completion queue state for indicating the occurrence of a completion queue event associated with the completion queue, generate an interrupt vector state based on the completion queue state, determine the completion queue of the host processing unit contains an unprocessed completion status based on the interrupt vector state, and generate an interrupt message packet for triggering an interrupt in the host processing unit to alert the host processing unit of the unprocessed completion status in the completion queue, and wherein the completion queue state includes a doorbell update status indicating whether the host processing unit has performed a doorbell update event in which the host processing unit updates a head pointer stored in the nonvolatile memory controller for the completion queue.

## Polaris's Construction

Plain and ordinary meaning, which is

hardware and/or software configured to generate an interrupt message packet for triggering an interrupt in the host processing unit to alert the host processing unit of an unprocessed completion status

## Western Digital's Construction

Hardware and/or software within the nonvolatile memory controller for alerting the host processing unit to an unprocessed completion status

# Polaris's Construction is Consistent with the Patent Specification

**'968 Patent, 1:37-55**

### SUMMARY

In various embodiments, a nonvolatile memory controller includes a processor and an interrupt manager. The processor processes a nonvolatile memory command. Additionally, the processor generates a completion status based on the nonvolatile memory command for storage of the completion status in a completion queue of a host processing unit. The interrupt manager determines the completion queue in the host processing unit includes an unprocessed completion status. Further, the interrupt manager generates an interrupt message packet for triggering an interrupt in the host processing unit. In this way, the nonvolatile memory controller alerts the host processing unit to the unprocessed completion status in the completion queue. Because the interrupt manager alerts the host processing unit of the unprocessed completion status in the completion queue, the host processing unit need not include resources for monitoring the completion queue for an unprocessed completion status.

**Polaris's Construction**

hardware and/or software configured to generate an interrupt message packet for triggering an interrupt in the host processing unit to alert the host processing unit of an unprocessed completion status

**PLAIN LANGUAGE FROM THE SUMMARY OF THE INVENTION**

23



# "completion queue state"

---

'968 Patent, Claims 1, 7-9, 11, 15-16

# "completion queue state"

## '968 Patent, Claim 1

1. A nonvolatile memory controller for alerting a host processing unit to an unprocessed completion status contained in a completion queue of the host processing unit, the nonvolatile memory controller comprising:

an interrupt manager configured to generate a completion queue state for indicating the occurrence of a completion queue event associated with the completion queue, generate an interrupt vector state based on the completion queue state, determine the completion queue of the host processing unit contains an unprocessed completion status based on the interrupt vector state, and generate an interrupt message packet for triggering an interrupt in the host processing unit to alert the host processing unit of the unprocessed completion status in the completion queue, and wherein the completion queue state includes a doorbell update status indicating whether the host processing unit has performed a doorbell update event in which the host processing unit updates a head pointer stored in the nonvolatile memory controller for the completion queue.

## Polaris's Construction

Plain and ordinary meaning

## Western Digital's Construction

Current conditions of a completion queue

25

# "completion queue state" / No Construction is Necessary

1. A nonvolatile memory controller for alerting a host processing unit to an unprocessed completion status contained in a completion queue of the host processing unit, the nonvolatile memory controller comprising:

an interrupt manager configured to generate a completion queue state for indicating the occurrence of a completion queue event associated with the completion queue, gen-

4. The nonvolatile memory controller of claim 3, wherein completion queue state includes an event count indicating a number of completion message packets received by the host controller interface for the completion queue associated with the completion queue state.

7. The nonvolatile memory controller of claim 3, wherein the completion queue state includes an empty queue indicator for indicating whether the completion queue is empty, and wherein the interrupt manager is inhibited from generating an

8. A nonvolatile memory controller comprising:
a completion queue state memory configured to store a plurality of completion queue states corresponding to a plurality of completion queues in a host processing unit;

11. The nonvolatile memory controller of claim 8, wherein a completion queue state of the plurality of completion queue states includes a doorbell update status indicating whether the host processing unit has performed a doorbell update event in which the host processing unit updates a head pointer stored in the nonvolatile memory controller for the completion queue.

12. The nonvolatile memory controller of claim 8, wherein a completion queue state of the plurality of completion queue states includes an event count indicating a number of completion message packets received by a host controller interface and including a completion status for the completion queue associated with the completion queue state.

15. The nonvolatile memory controller of claim 8, wherein a completion queue state of the plurality of completion queue states includes an empty queue indicator for indicating whether the completion queue is empty, and wherein the

'968 Patent, claims 1, 4, 7, 8, 11, 12, 15

26



## John Berg











– **35+ years experience** in the semiconductor industry

– **Design experience:** microcontrollers, nonvolatile memory access, error correction, and interrupt management

– **Led development of** CMOS sensors, embedded nonvolatile memory, programmable logic devices, NAND FLASH integration, and advanced semiconductor processes

  – **Chief Technologist -** American Semiconductor,

  – **Managing Director -** Cypress Semiconductor,

  – **V.P. of Technology Development -** Zilog,

  – **Engineering Director,** Standard Microsystems.

– **B.S. Massachusetts Institute of Technology**, 1980

# "completion queue state" / No Construction is Necessary



## Mr. Berg

28.   Accordingly, the meaning of "completion queue state," would have been readily apparent to a POSITA at the time of the invention from reading the claims and specification, and it is my opinion that the term requires no express construction and should be given its plain and ordinary meaning.

29.   In contrast, WD's proposed construction does not comport with how a POSITA would have understood the invention.

Berg Decl., ¶¶ 28-29; 25-27

25.   Based on these disclosures in the specification, a POSITA would understand that "completion queue state" refers to data stored in memory or a register that contains one or more indicators of events affecting a completion queue.

26.   A POSITA would also understand that completion queue states are stored in memory or configuration registers to ensure they can be accessed, updated, and utilized for decision-making processes, such as triggering interrupts or managing completion queues.

27.   This understanding is entirely consistent with the way in which states are used in the specification. States are used to monitor and manage the behavior of the nonvolatile memory controller and its interaction with the host processing unit, and to help determine when to generate interrupt message packets, which can be used to ensure efficient and controlled communication between the memory controller and the host processing unit. The type of monitoring and management of information claimed in the '968 patent involves a synchronous interaction between the host computer and nonvolatile memory controller, which a POSITA would have understood could not be possible without that information being stored.

# Western Digital Conflates the Completion Queue with the Completion Queue <u>State</u>



FIG. 5



FIG. 11

## Western Digital's Construction



Current conditions of a completion queue

29

# The "Completion Queue State" Includes Event Indicators That Can Be Reset to Zero

mechanism executing computing instructions to perform the same function.

FIG. **12** illustrates the completion queue state **1115**, in accordance with an embodiment of the present invention. The completion queue state **1115** includes one or more completion queue event indicators **1200**. In the embodiment of FIG. **12**, the completion queue event indicators **1200** include a doorbell update status **1205** and an event count **1210**.

\* \* \*

The doorbell update status **1205** indicates whether the host processing unit **110** has performed a doorbell update event since the last time the interrupt manager **1040** cleared the completion queue state **1115**. In the doorbell update event, the host processing unit **110** updates the completion queue head

\* \* \*

packet. In these embodiments, the event count **1210** in the completion queue state **1115** associated with the completion queue **525** indicates a number of completion packets generated by the processors **150** in which a completion queue event flag is set since the last time the interrupt manager **1040** cleared the completion queue state **1115**. Moreover, the



FIG. 12

'968 Patent, 17:64-18:2; 18:3-7; 18:23-28; Fig. 12

30

# "Completion Queue State 1115" Does Not Necessarily Reflect Current Conditions of "Completion Queue 525"



FIG. 5

FIG. 12

FIG. 11

'968 Patent, Figs. 5, 12, 11

31

# "Completion Queue State" Does <u>Not</u> Necessarily Reflect Current Conditions of "Completion Queue 525"



COMPLETION QUEUE

COMPLETION QUEUE STATE

32

# Western Digital Conflates the Completion Queue with the Completion Queue <u>State</u>

'968 at 15:17–19. These completion queue events, such as doorbell update status and event count, are updated in the completion queue state from time to time. *Id.* at 17:65–18:18. The critical question here is: do the '968 patent claims use "the completion queue state" to refer to the <mark>*current* state of the event indicators</mark> (*e.g.*, the up-to-date event count), or some different, older state in the past?

Western Digital Resp. Br., at 9



FIG. 5

FIG. 12

'968 Patent, Figs. 5, 12

33

# "completion queue state"

## Western Digital's Construction

 Current conditions of a completion queue

 Ignores that "completion queue state" can be cleared

 Ambiguous – anything could be considered a "condition"

34



# "interrupt vector state"

'968 Patent, Claims 1, 6, 8, 14, 16

# "interrupt vector state"

## '968 Patent, Claim 1

1. A nonvolatile memory controller for alerting a host processing unit to an unprocessed completion status contained in a completion queue of the host processing unit, the nonvolatile memory controller comprising:

an interrupt manager configured to generate a completion queue state for indicating the occurrence of a completion queue event associated with the completion queue, generate an interrupt vector state based on the completion queue state, determine the completion queue of the host processing unit contains an unprocessed completion status based on the interrupt vector state, and generate an interrupt message packet for triggering an interrupt in the host processing unit to alert the host processing unit of the unprocessed completion status in the completion queue, and wherein the completion queue state includes a doorbell update status indicating whether the host processing unit has performed a doorbell update event in which the host processing unit updates a head pointer stored in the nonvolatile memory controller for the completion queue.

## Polaris's Construction

Plain and ordinary meaning

## Western Digital's Revised Construction

Current conditions associated with an interrupt vector ~~in the host processing unit used to determine whether to send an interrupt~~

36

# "interrupt vector state" / No Construction Necessary

1. A nonvolatile memory controller for alerting a host processing unit to an unprocessed completion status contained in a completion queue of the host processing unit, the nonvolatile memory controller comprising:
an interrupt manager configured to generate a completion queue state for indicating the occurrence of a completion queue event associated with the completion queue, generate an interrupt vector state based on the completion queue state, determine the completion queue of the host processing unit contains an unprocessed completion status based on the interrupt vector state, and generate an interrupt message packet for triggering an interrupt in

5. The nonvolatile memory controller of claim 4, wherein the interrupt vector state includes an aggregate event count for aggregating event counts of the completion queue state over a plurality of update operations, and wherein the interrupt manager is inhibited from generating an interrupt message packet if the aggregate event count is below an aggregate event count threshold.
6. The nonvolatile memory controller of claim 3, wherein the interrupt vector state includes an aggregate time indicator for indicating, a time period between the last time the interrupt manager generated an interrupt message packet for the completion queues associated with the interrupt vector state.

8. A nonvolatile memory controller comprising:
a completion queue state memory configured to store a plurality of completion queue states corresponding to a plurality of completion queues in a host processing unit;
an interrupt vector state memory configured to store a plurality of interrupt vector states corresponding to a plurality of interrupt vectors in the host processing unit; and

14. The nonvolatile memory controller of claim 8, wherein the interrupt vector state includes an aggregate time indicator for indicating a time period between the last time the interrupt manager generated an interrupt message packet for the completion queues associated with the interrupt vector state, and wherein the interrupt manager is inhibited from generating an interrupt message packet if the aggregate time indicator is below an aggregate time threshold.

16. A method comprising:
generating a completion queue state by a nonvolatile memory controller for indicating the occurrence of a completion queue event associated with a completion queue in a host processing unit, the completion queue state including a doorbell update status indicating whether the host processing unit has performed a doorbell update event in which the host processing unit updates a head pointer stored in the nonvolatile memory controller for the completion queue;
generating an interrupt vector state by the nonvolatile memory controller based on the completion queue state, the interrupt vector state associated with an interrupt vector in the host processing unit;

'968 Patent, claims 1, 5, 6, 8, 14, 16

37

# "interrupt vector state" / No Construction Necessary



FIG. 11          '968 Patent, Figs. 11, 13

# "interrupt vector state" / No Construction Necessary



**Mr. Berg**

39.    Based on these disclosures in the specification, a POSITA would have understood that "interrupt vector state" refers to data stored in memory or a register that contains one or more indicators of events affecting an interrupt vector.

40.    A POSITA would also have understood that interrupt vector states are stored in memory or configuration registers to ensure they can be accessed, updated, and utilized for decision-making processes, such as triggering interrupts or managing completion queues.

41.    This understanding is entirely consistent with the way in which states are taught in the specification. States are described as being used to monitor and manage the behavior of the nonvolatile memory controller and its interaction with the host processing unit, and to help determine when to generate interrupt message packets, which can be used to ensure efficient and controlled communication between the memory controller and the host processing unit. The type of monitoring and management of information claimed in the '968 patent involves a synchronous interaction between the host computer and nonvolatile memory controller, which a POSITA would have understood could not be possible without that information being stored.

Berg Decl., ¶¶ 39-41

39

# "Interrupt Vector State" Only Updated From Time to Time

1210 to indicate an completion queue update event has occurred.

FIG. 13 illustrates the interrupt vector state 1125, in accordance with an embodiment of the present invention. The interrupt vector state 1125 includes one or more interrupt event indicators 1300, an aggregate time indicator 1325, and an interrupt status 1330. In the embodiment of FIG. 13, the interrupt event indicators 1300 include an empty queue indicator 1310, an aggregate doorbell update status 1315, and an aggregate event count 1320.

The interrupt status 1330 indicates a state of the interrupt associated with the interrupt vector state 1125. The interrupt

'968 Patent, 18:35-46; Fig. 13

The aggregate time indicator 1325 indicates a time period between the last time the interrupt manager 1040 generated an interrupt message packet for all completion queues 525 associated with an interrupt vector state 1125. In various embodiments, the interrupt manager 1040 does not set the interrupt status 1330 to the pending state if the aggregate time indicator 1325 is enabled but has not reached an aggregate time threshold. In this way, the interrupt manager 1040 is inhibited from generating an interrupt message packet. In various embodiments, the interrupt manager 1040 sets the aggregate doorbell update status 1315 to indicate the host processing unit 110 has updated the completion queue head pointer 1025 for all completion queues 525 associated with the interrupt vector state 1125 since the last time the interrupt manager 1040 processed the interrupt vector state 1125.

'968 Patent, 19:34-48



FIG. 13

40

# "interrupt vector state"

**Western Digital's Construction**

Current conditions associated with an interrupt vector

❌ Ignores that the interrupt vector state may only be updated from time to time

❌ Ambiguous – anything could be considered a "condition"

41

# Order of Steps Terms





"generate a completion queue state for indicating the occurrence of a completion queue event…"

'968 Patent, Claim 1

——————

"map at least one completion queue state …"

'968 Patent, Claim 18

——————

"generating a completion queue state by a nonvolatile memory controller for indicating the occurrence of a completion queue event…"

'968 Patent, Claim 16

# Order-of-Steps Terms

## '968 Patent, Claim 1

1. A nonvolatile memory controller for alerting a host processing unit to an unprocessed completion status contained in a completion queue of the host processing unit, the nonvolatile memory controller comprising:
an interrupt manager configured to generate a completion queue state for indicating the occurrence of a completion queue event associated with the completion queue, generate an interrupt vector state based on the completion queue state, determine the completion queue of the host processing unit contains an unprocessed completion status based on the interrupt vector state, and generate an interrupt message packet for triggering an interrupt in the host processing unit to alert the host processing unit of the unprocessed completion status in the completion queue, and wherein the completion queue state includes a doorbell update status indicating whether the host processing unit has performed a doorbell update event in which the host processing unit updates a head pointer stored in the nonvolatile memory controller for the completion queue.

## Claim 8

8. A nonvolatile memory controller comprising:
a completion queue state memory configured to store a plurality of completion queue states corresponding to a plurality of completion queues in a host processing unit;
an interrupt vector state memory configured to store a plurality of interrupt vector states corresponding to a plurality of interrupt vectors in the host processing unit; and
an interrupt manager controller coupled to the completion queue state memory and the interrupt vector state memory, the interrupt manager controller configured to map at least one completion queue state of the plurality of completion queue states to an interrupt vector state of the plurality of interrupt vector states, generate the interrupt vector state based on each completion queue state mapped to the interrupt vector state, determine a completion queue corresponding to a completion queue state mapped to the interrupt vector state contains an unprocessed completion status based on the interrupt vector state, and to generate an interrupt message packet based on the interrupt vector state for triggering an interrupt in the host processing unit to alert the host processing unit of the unprocessed completion status in the completion queue.

## Claim 16

16. A method comprising:
generating a completion queue state by a nonvolatile memory controller for indicating the occurrence of a completion queue event associated with a completion queue in a host processing unit, the completion queue state including a doorbell update status indicating whether the host processing unit has performed a doorbell update event in which the host processing unit updates a head pointer stored in the nonvolatile memory controller for the completion queue;
generating an interrupt vector state by the nonvolatile memory controller based on the completion queue state, the interrupt vector state associated with an interrupt vector in the host processing unit;
determining by the nonvolatile memory controller based on the interrupt vector state that the completion queue contains an unprocessed completion status; and
generating an interrupt message packet by a nonvolatile memory interface for triggering an interrupt in the host processing unit to alert the host processing unit of the unprocessed completion status in the completion queue.

## Polaris's Construction

Plain and ordinary meaning

## Western Digital's Construction

Steps must be performed in order.

43

# Claims 1, 16 – The Claim Language Does Not Require Order

**'968 Patent, Claim 1**



1. A nonvolatile memory controller for alerting a host processing unit to an unprocessed completion status contained in a completion queue of the host processing unit, the nonvolatile memory controller comprising:

an interrupt manager configured to generate a completion queue state for indicating the occurrence of a completion queue event associated with the completion queue, generate an interrupt vector state based on the completion queue state, determine the completion queue of the host processing unit contains an unprocessed completion status based on the interrupt vector state, and generate an interrupt message packet for triggering an interrupt in the host processing unit to alert the host processing unit of the unprocessed completion status in the completion queue, and wherein the completion queue state includes a doorbell update status indicating whether the host processing unit has performed a doorbell update event in which the host processing unit updates a head pointer stored in the nonvolatile memory controller for the completion queue.

**The interrupt manager can generate an interrupt message packet at any point**

44



[22] [23] We agree with IGE. As the district court noted, the only way that claim 1 can be limited to embodiments in which the information is predelivered and prestored is if at least the first and fourth steps of the method have to be performed in order. Unless the steps of a method actually recite an order, the steps are not ordinarily construed to require one. *See Loral Fairchild Corp. v. Sony Corp.,* 181 F.3d 1313, 1322, 50 USPQ2d 1865, 1870 (Fed.Cir.1999)

*Interactive Gift Exp., Inc. v. Compuserve Inc.*, 256 F.3d 1323, 1342 (Fed. Cir. 2001)

45

# Claims 1, 16 – The Specification Does Not Require Order



'968 Patent, Fig. 17

In various embodiments, the method **1700** illustrated in FIG. **17** may include more or fewer than the steps **1705-1715** illustrated in FIG. **17** and described above. In some embodiments, the steps **1705-1715** of the method **1700** illustrated in FIG. **17** may be performed in a different order than the order illustrated in FIG. **17** and described above. In some embodiments, some of the steps **1705-1715** of the method **1700** illustrated in FIG. **17** may be performed in parallel or substantially simultaneously. For example, step **1715** may be performed in parallel with steps **1705** and **1710**. In various embodiments, one or more of the steps **1705-1715** may be performed more than once in the method **1700** illustrated in FIG. **17**.

'968 Patent, 22:29-41



'968 Patent, Fig. 18

46

# Claims 1, 16 – The Specification Does Not Require Order

**'968 Patent, Claim 1**

1. A nonvolatile memory controller for alerting a host processing unit to an unprocessed completion status contained in a completion queue of the host processing unit, the nonvolatile memory controller comprising:

an interrupt manager configured to generate a completion queue state for indicating the occurrence of a completion queue event associated with the completion queue, generate an interrupt vector state based on the completion queue state, determine the completion queue of the host processing unit contains an unprocessed completion status based on the interrupt vector state, and generate an interrupt message packet for triggering an interrupt in the host processing unit to alert the host processing unit of the unprocessed completion status in the completion queue, and wherein the completion queue state includes a doorbell update status indicating whether the host processing unit has performed a doorbell update event in which the host processing unit updates a head pointer stored in the nonvolatile memory controller for the completion queue.

FIG. **17** illustrates a method **1700** of alerting a host processing unit of an unprocessed completion status, in accordance with an embodiment of the present invention. In step **1705**, interrupt event indicators of interrupt vector states are updated based on the completion queue states. In various

'968 Patent, 21:46-50; Fig. 17

47

# Claims 1, 16 – No Order of Steps Required



**Mr. Berg**

50.    Based on the express language of the claim, a POSITA would not have understood that these capabilities of the interrupt manager are steps that must be performed in order. There is nothing in the language of the fourth capability – "generate an interrupt message packet for triggering an interrupt in the host processing unit to alert the host processing unit of the unprocessed completion status in the completion queue" – that relies on any other capability.

51.    I understand WD could argue that the fourth capability references "the unprocessed completion status" that is determined by the third capability ("determine"). However, a POSITA would have understood that the "unprocessed completion status" is a state of the system that can exist prior to the "determine" capability. A POSITA would have understood that it is technologically possible for the "determine" capability to be performed before or at the same time as "generating a message packet" because an "interrupt message packet" may be stored and then later used "to alert the host processing unit of the unprocessed competition status" after it is "determine[d]" that there is an "unprocessed completion status."

Berg Decl., ¶¶ 50-51

48

# Claim 8 – Capability [4] Can Occur First in Order Because "Interrupt Vector State" Already Exists in Memory

**'968 Patent, Claim 8**

8. A nonvolatile memory controller comprising:
a completion queue state memory configured to store a plurality of completion queue states corresponding to a plurality of completion queues in a host processing unit;
an interrupt vector state memory configured to store a plurality of interrupt vector states corresponding to a plurality of interrupt vectors in the host processing unit; and
an interrupt manager controller coupled to the completion queue state memory and the interrupt vector state memory, the interrupt manager controller configured to map at least one completion queue state of the plurality of completion queue states to an interrupt vector state of the plurality of interrupt vector states, generate the interrupt vector state based on each completion queue state mapped to the interrupt vector state, determine a completion queue corresponding to a completion queue state mapped to the interrupt vector state contains an unprocessed completion status based on the interrupt vector state, and to generate an interrupt message packet based on the interrupt vector state for triggering an interrupt in the host processing unit to alert the host processing unit of the unprocessed completion status in the completion queue.



49

# Claim 8 – No Order of Steps Required



**Mr. Berg**

- "generate the interrupt vector state based on each completion queue state mapped to the interrupt vector state" (claim 8).

60.   Based on the claim language and specification, a POSITA would understand that an interrupt vector state can correspond to a plurality of completion queue states because multiple completion queue states are mapped to a single interrupt vector state, and the interrupt vector state is updated based on the multiple completion queue states mapped to it.

61.   The nonvolatile memory controller of claim 8 also comprises "an interrupt vector state memory … to store interrupt vector states." A POSITA would

Berg Decl., ¶ 60

50

# Claim 8 – No Order of Steps Required

**'968 Patent, Claim 8**



**Mr. Berg**

8. A nonvolatile memory controller comprising:

a completion queue state memory configured to store a plurality of completion queue states corresponding to a plurality of completion queues in a host processing unit;

an interrupt vector state memory configured to store a plurality of interrupt vector states corresponding to a plurality of interrupt vectors in the host processing unit; and

an interrupt manager controller coupled to the completion queue state memory and the interrupt vector state memory, the interrupt manager controller configured to map at least one completion queue state of the plurality of completion queue states to an interrupt vector state of the plurality of interrupt vector states, generate the interrupt vector state based on each completion queue state mapped to the interrupt vector state, determine a completion queue corresponding to a completion queue state mapped to the interrupt vector state contains an unprocessed completion status based on the interrupt vector state, and to generate an interrupt message packet based on the interrupt vector state for triggering an interrupt in the host processing unit to alert the host processing unit of the unprocessed completion status in the completion queue.

61.    The nonvolatile memory controller of claim 8 also comprises "an interrupt vector state memory … to store interrupt vector states." A POSITA would have understood that an "interrupt vector state" in claim 8 would have already existed before it is updated in capability (2): "generate the interrupt vector state based on each completion queue state mapped to the interrupt vector state" portion of the claim.  Also, capability (4): "generate an interrupt message packet … based on the interrupt vector state," can technologically take place prior to (or in parallel to) capability (2) because an "interrupt vector state" would have already existed prior to capability (2) being performed.

Berg Decl., ¶ 61

51



# "gear"

---

'085 Patent, Claims 1, 15

1. A method of selecting an error correction coding (ECC) scheme, the method comprising:

determining a bit error rate associated with a region comprising a fixed number of two or more flash memory pages or integer fractions thereof, wherein the two or more flash memory pages of a region can be read simultaneously, wherein the region stores at least data payload and primary and secondary ECC parity symbols corresponding to the data payload of the region;

comparing the determined bit error rate to one or more predetermined thresholds corresponding to a set of predefined gears comprising at least a first gear and a second gear, wherein the predefined gears correspond to different predefined ECC schemes, wherein the first gear has a different data payload size and correction capability than the second gear, wherein the amount of memory space allocated for the storage of data payload within the region varies between the first gear and the second gear to accommodate a varying number of parity symbols between the first gear and the second gear; and

selecting a gear from the set for the region based at least partly on the comparisons to the one or more predetermined thresholds;

wherein determining, comparing, and selecting are performed by an integrated circuit.

## Polaris's Construction

Plain and ordinary meaning, which is

a set of parameter(s) specifying an error correction coding scheme, including one or more of the payload capacity, the type and parameters of each component code, the interleaving scheme, and parameters used for determining whether the gear is appropriate for a particular situation

## Western Digital's Construction

A set of predefined error correction coding parameters providing a level of error correction coding strength

# "Gear" is expressly defined in the specification

### DEFINITIONS

The following definitions may be helpful in understanding the specification.

* * *

Gear: In the context of this disclosure, a "gear" is a set of parameter(s) specifying an error correction coding scheme, including one or more of the payload capacity, the type and parameters of each component code, the interleaving scheme, and parameters used for determining whether the gear is appropriate for a particular situation. For example, the "Gear 1" sections of Tables III, IV, and V, plus the Threshold G1, collectively define Gear 1.

'085 Patent, 19:10-14; 20:18-25

54



[9] [10] Consistent with that general principle, our cases recognize that the specification may reveal a special definition given to a claim term by the patentee that differs from the meaning it would otherwise possess. In such cases, the inventor's lexicography governs. *See CCS Fitness, Inc. v. Brunswick Corp.*, 288 F.3d 1359, 1366 (Fed.Cir.2002). In other cases, the specification may

*Phillips v. AWH Corp., 415 F.3d 1303, 1316 (Fed. Cir. 2005)*

55

# Defendants have relied on the same definition

## Defendant's Definition in IPR2025-00515

**A. "*gear*" (claim 1)**

A POSITA would have understood that "*gear*" is defined by the specification as follows:

In the context of this disclosure, a "gear" is a set of parameter(s) specifying an error correction coding scheme, including one or more of the payload capacity, the type and parameters of each component code, the interleaving scheme, and parameters used for determining whether the gear is appropriate for a particular situation. For example, the "Gear 1" sections of Tables III, IV, and V, plus the Threshold G1, collectively define Gear 1.

Ex.1001, 20:18-25; Ex.1003, ¶¶57-58.

**=**

## '085 Patent

### DEFINITIONS

The following definitions may be helpful in understanding the specification.

\* \* \*

Gear: In the context of this disclosure, a "gear" is a set of parameter(s) specifying an error correction coding scheme, including one or more of the payload capacity, the type and parameters of each component code, the interleaving scheme, and parameters used for determining whether the gear is appropriate for a particular situation. For example, the "Gear 1" sections of Tables III, IV, and V, plus the Threshold G1, collectively define Gear 1.

'085 Patent, 19:10-14; 20:18-25

Petition for *Inter Partes Review*, IPR2025-00515, Paper 3, at 10

56

# "gear"

> But the law requires a patentee's lexicography to appear "with *reasonable clarity, deliberateness, and precision*" before adoption as a construction. *See Renishaw*, 158 F.3d at 1249 (citations omitted) (emphases added). Here, while the patentee's attempt to define "gear" appears deliberate, the definition lacks reasonable clarity and precision because it is circular—*i.e.*, the definition of "gear" references and includes the term "gear" itself—and introduces more ambiguity than it resolves.

WD's Response Brief, 20-21

❌ Mischaracterizes the law

❌ Admits patentee's intent was deliberate

❌ There is no circularity in patentee's definition

❌ WD's disagreement with the definition is irrelevant

57

# WD mischaracterizes the law

But the law requires a patentee's lexicography to appear "with *reasonable clarity, deliberateness, and precision*" before adoption as a construction. *See Renishaw*, 158 F.3d at 1249 (citations omitted) (emphases added). Here, while the patentee's attempt to define "gear" appears deliberate, the definition lacks reasonable clarity and precision because it is circular—*i.e.*, the definition of "gear" references and includes the term "gear" itself—and introduces more ambiguity than it resolves.

WD's Response Brief, 20-21

*In re Paulsen*

[11] [12] [13] Although an inventor is indeed free to define the specific terms used to describe his or her invention, this must be done with reasonable clarity, deliberateness, and precision. "Where an inventor chooses to be his own lexicographer and to give terms uncommon meanings, he must set out his uncommon definition in some manner within the patent disclosure" so as to give one of ordinary skill in the art notice of the change. *See Intellicall, Inc., v. Phonometrics, Inc.,* 952 F.2d 1384, 1387–88, 21 USPQ2d 1383, 1386 (Fed.Cir.1992). Here, the specification of the '456 patent does not clearly redefine the term "computer" such that one of ordinary skill in the art would deem it to be different from its common meaning. The specification merely describes in a general fashion certain features and capabilities desirable in a portable computer. This description, however, is far from establishing a specialized definition restricting the claimed invention to a computer having a specific set of characteristics and capabilities.

*Renishaw*

[7] [8] [9] The other clear point provided by these two canons covers the situation in which a patent applicant has elected to be a lexicographer by providing an explicit definition in the specification for a claim term. In such a case, the definition selected by the patent applicant controls. The patentee's lexicography must, of course, appear "with reasonable clarity, deliberateness, and precision" before it can affect the claim. *In re Paulsen,* 30 F.3d 1475, 1480, 31 USPQ2d 1671, 1674 (Fed.Cir.1994); *see Intellicall, Inc. v.*

*Renishaw*, 158 F.3d at 1249

*In re Paulsen,* 30 F.3d 1475, 1480 (Fed. Cir. 1994)

58



# "ECC schemes" /

# "error correction coding (ECC) scheme(s)"

---

'085 Patent, Claims 1, 15

## '085 Patent, Claim 1

# "ECC schemes" / "error correction coding (ECC) scheme(s)"

1. A method of selecting an error correction coding (ECC) scheme, the method comprising:

determining a bit error rate associated with a region comprising a fixed number of two or more flash memory pages or integer fractions thereof, wherein the two or more flash memory pages of a region can be read simultaneously, wherein the region stores at least data payload and primary and secondary ECC parity symbols corresponding to the data payload of the region;

comparing the determined bit error rate to one or more predetermined thresholds corresponding to a set of predefined gears comprising at least a first gear and a second gear, wherein the predefined gears correspond to different predefined ECC schemes, wherein the first gear has a different data payload size and correction capability than the second gear, wherein the amount of memory space allocated for the storage of data payload within the region varies between the first gear and the second gear to accommodate a varying number of parity symbols between the first gear and the second gear; and

selecting a gear from the set for the region based at least partly on the comparisons to the one or more predetermined thresholds;

wherein determining, comparing, and selecting are performed by an integrated circuit.

### Polaris's Construction

Plain and ordinary meaning, which is

an approach to applying error correction coding (ECC) to store and/or recover the original data, where ECC is a class of techniques in which redundant information (parity) is added to information (information bits) in such a way that if errors are subsequently introduced, the original information bits can be recovered

### Western Digital's Construction

a way to encode payload data and primary and secondary parity symbols specified by parameters

*or, alternatively*

an approach to applying ECC to encode data for storage and decode the encoded data to recover the original data

60

# '085 Patent, Claim 1

# "ECC schemes" / "error correction coding (ECC) scheme(s)"

1. A method of selecting an error correction coding (ECC) scheme, the method comprising:

determining a bit error rate associated with a region comprising a fixed number of two or more flash memory pages or integer fractions thereof, wherein the two or more flash memory pages of a region can be read simultaneously, wherein the region stores at least data payload and primary and secondary ECC parity symbols corresponding to the data payload of the region;

comparing the determined bit error rate to one or more predetermined thresholds corresponding to a set of predefined gears comprising at least a first gear and a second gear, wherein the predefined gears correspond to different predefined ECC schemes, wherein the first gear has a different data payload size and correction capability than the second gear, wherein the amount of memory space allocated for the storage of data payload within the region varies between the first gear and the second gear to accommodate a varying number of parity symbols between the first gear and the second gear; and

selecting a gear from the set for the region based at least partly on the comparisons to the one or more predetermined thresholds;

wherein determining, comparing, and selecting are performed by an integrated circuit.

### Polaris's Alternative Construction

an approach to applying ECC to encode data for storage and/or decode the encoded data to recover the original data

### Western Digital's Alternative Construction

an approach to applying ECC to encode data for storage and decode the encoded data to recover the original data

61

# Decoding is not always necessary

## DEFINITIONS

The following definitions may be helpful in understanding the specification.

* * *

ECC: Error Correction Coding is a class of techniques in which redundant information (parity) is added to information (information bits) in such a way that if errors are subsequently introduced, the original information bits can be recovered. ECC can also stand for error correction code, corresponding to the parity symbols themselves. An ECC has a correction capability, which represents its ability to correct errors. In the simplest form, this may be a certain number of bits T per ECC codeword length N, but in complex codes the correction capability can be hard to represent succinctly, and is often expressed in statistical terms, such as the RBER (for random errors) that can be reduced to a desired UBER.

'968 Patent, 19:10-14; 19:26-37

62

# Polaris PowerLED Technologies, LLC,

v.

# Western Digital Corporation, et al.

————————————————

PLAINTIFF'S CLAIM CONSTRUCTION PRESENTATION

July 20, 2026

Case No. 2:24-cv-02864

Central District of California

**Hon. Otis D. Wright II**