KRAMER LLP
Robert F. Kramer (SBN 181706)
rkramer@kramerllp.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@kramerllp.com
303 Twin Dolphin Drive, Suite 600
Redwood City, CA  94065
Telephone: (415) 419-1895

Safraz Ishmael (*pro hac vice*)
sishmael@kramerllp.com
131 Dartmouth Street, 3rd Floor
Boston, MA  02116
Telephone: (212) 631-7565

Robert Mattson (*pro hac vice*)
rmattson@kramerllp.com
Jay Guiliano (*pro hac vice* forthcoming)
jguiliano@kramerllp.com
Jeffrey Ahdoot (*pro hac vice*)
jahdoot@kramerllp.com
2121 Eisenhower Avenue, Suite 304
Alexandria, VA  22314
Telephone: (917) 720-0295

Nicole Glauser (*pro hac vice* forthcoming)
nglauser@kramerllp.com
500 W. 2nd Street, Suite 1900
Austin, TX  78701
Telephone: (212) 363-1492

*Additional counsel listed below*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION, and WESTERN DIGITAL TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 2:24-cv-02864-ODW-MAR<br><br>**PLAINTIFF'S NOTICE OF PROPOSED AMENDED CLAIM CONSTRUCTION**<br><br>Judge: Hon. Otis D. Wright<br>Courtroom: 5D |

PLAINTIFF'S NOTICE OF PROPOSED AMEDNED CLAIM CONSTRUCTION — 2:24-CV-02864-ODW-MAR

*Additional Counsel:*

UMHOFER, MITCHELL & KING LLP
Margaret E. Dayton (SBN 274353)
peggy@umklaw.com
767 S. Alameda Street, Suite 270
Los Angeles, CA 90021
Telephone:   (213) 394-7979

Attorneys for Plaintiff
POLARIS POWERLED
TECHNOLOGIES, LLC

Plaintiff Polaris PowerLED Technologies, LLC ("Polaris") hereby notifies the Court of its proposed amended claim construction for the term "ECC schemes"/"error correction coding (ECC) scheme(s)" in U.S. Patent No. 9,183,085 (collectively, "ECC schemes").

Polaris's original proposed construction of "ECC schemes" was:

**"Plain and ordinary meaning, which is an approach to applying error correction coding (ECC) to store and/or recover the original data, where ECC is a class of techniques in which redundant information (parity) is added to information (information bits) in such a way that if errors are subsequently introduced, the original information bits can be recovered"**

In its responsive claim construction brief, Defendants offered the following alternate construction for the term "ECC schemes": "[a]n approach to applying ECC to encode data for storage and decode the encoded data to recover the original data." Dkt. 113, at 22. Prior to the July 20, 2026 *Markman* hearing, in light of Defendants' alternate construction, Polaris offered the following proposed amended construction as a compromise:

**"[a]n approach to applying ECC to encode data for storage and/or decode the encoded data to recover the original data."**

Although the parties could not reach agreement on the term, Polaris proceeded during the *Markman* hearing with its proposed amended construction. Accordingly, pursuant to the Court's request following the hearing, Polaris respectfully notifies the Court of its proposed amended construction. A chart of the modified construction is provided below:

//

//

//

//

//

1

| Claims | Claim Term | Original Construction | Amended Construction |
|---|---|---|---|
| 1, 15 | "ECC schemes"/ "error correction coding (ECC) scheme(s)" | Plain and ordinary meaning, which is an approach to applying error correction coding (ECC) to store and/or recover the original data, where ECC is a class of techniques in which redundant information (parity) is added to information (information bits) in such a way that if errors are subsequently introduced, the original information bits can be recovered | An approach to applying ECC to encode data for storage and/or decode the encoded data to recover the original data. |

Dated:  July 22, 2026

Respectfully submitted,

By: */s/ Margaret E. Dayton*
UMHOFER, MITCHELL & KING LLP
Margaret E. Dayton (SBN 274353)
peggy@umklaw.com
767 S. Alameda Street, Suite 270
Los Angeles, CA 90021
Telephone: (213) 394-7979

KRAMER LLP
Robert F. Kramer (SBN 181706)
rkramer@kramerllp.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@kramerllp.com
303 Twin Dolphin Drive, Suite 600
Redwood City, CA  94065
Telephone: (415) 419-1895

Safraz Ishmael (*pro hac vice*)
sishmael@kramerllp.com
131 Dartmouth Street, 3rd Floor
Boston, MA  02116
Telephone: (212) 631-7565

Robert Mattson (*pro hac vice*)
rmattson@kramerllp.com
Jay Guiliano (*pro hac vice* forthcoming)
jguiliano@kramerllp.com
Jeffrey Ahdoot (*pro hac vice*)
jahdoot@kramerllp.com
2121 Eisenhower Avenue, Suite 304
Alexandria, VA  22314
Telephone: (917) 720-0295

2

PLAINTIFF'S NOTICE OF PROPOSED AMENDED CLAIM CONSTRUCTION — 2:24-CV-02864-ODW-MAR

Nicole Glauser (*pro hac vice* forthcoming)
nglauser@kramerllp.com
500 W. 2nd Street, Suite 1900
Austin, TX  78701
Telephone: (212) 363-1492

Attorneys for Plaintiff
POLARIS POWERLED
TECHNOLOGIES, LLC

3