KRAMER LLP
Robert F. Kramer (SBN 181706)
rkramer@kramerllp.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@kramerllp.com
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (415) 419-1895

Safraz Ishmael (*pro hac vice*)
sishmael@kramerllp.com
131 Dartmouth Street, 3rd Floor
Boston, MA 02116
Telephone: (212) 631-7565

Robert Mattson (*pro hac vice*)
rmattson@kramerllp.com
Jay Guiliano (*pro hac vice* forthcoming)
jguiliano@kramerllp.com
Jeffrey Ahdoot (*pro hac vice*)
jahdoot@kramerllp.com
2121 Eisenhower Avenue, Suite 304
Alexandria, VA 22314
Telephone: (917) 720-0295

Nicole Glauser (*pro hac vice* forthcoming)
nglauser@kramerllp.com
500 W. 2nd Street, Suite 1900
Austin, TX 78701
Telephone: (212) 363-1492

*Attorneys for Plaintiff*
*Polaris PowerLED Technologies, LLC*

KEKER, VAN NEST & PETERS LLP
Ryan K. Wong (SBN 267189)
rwong@keker.com
Erin E. Meyer (SBN 274244)
emeyer@keker.com
Eric Hanson (SBN 254570)
ehanson@keker.com
Aseem Mehta (SBN 338020)
amehta@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

*Attorneys for Defendants*
*WESTERN DIGITAL CORPORATION*
*and WESTERN DIGITAL*
*TECHNOLOGIES, INC.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION and WESTERN DIGITAL TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 2:24-cv-02864-ODW-MAR<br><br>**JOINT STATUS REPORT REGARDING CONSTRUCTION OF CLAIM TERMS**<br><br>Judge:          Hon. Otis D. Wright II<br>Discovery Cutoff:   October 16, 2026<br>Pretrial Conf:    May 10, 2027<br>Trial:         June 1, 2027 |

1

Further to the parties' discussions at the July 20, 2026 claim construction hearing, and the directions entered by the Court on July 29, 2026 (Dkt. No. 129), Plaintiff Polaris PowerLED Technologies, LLC and Defendants Western Digital Corporation and Western Digital Technologies, Inc., hereby notify the Court that the parties narrowed their dispute as to the  construction of the following two claim terms from U.S. Patent No. 8,554,968 ("'968 Patent"). The disputed language requiring resolution by the Court appears in red:

| '968 Patent Claims | Claim Term | Plaintiff's Proposal | Defendants' Proposal |
|---|---|---|---|
| 1, 7-9, 11, 15-16 | "completion queue state" | data representative of one or more indicators of completion queue event/events associated with a completion queue | data representing one or more indicators of completion queue event/events associated with a completion queue |
| 1, 6, 8, 14, 16 | "interrupt vector state" | data representative of one or more indicators of interrupt event/events or conditions associated with an interrupt vector | data representing one or more indicators of interrupt event/events or conditions associated with an interrupt vector |

2

Respectfully submitted,

Dated: July 31, 2026          By:  */s/ Robert F. Kramer*

Robert F. Kramer (SBN 181706)
rkramer@kramerllp.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@kramerllp.com
KRAMER LLP
303 Twin Dolphin Drive, Suite 600
Redwood City, CA  94065
Telephone: (415) 419-1895

Safraz Ishmael (*pro hac vice*)
sishmael@kramerllp.com
KRAMER LLP
131 Dartmouth Street, 3rd Floor
Boston, MA  02116
Telephone: (212) 631-7565

Robert Mattson (*pro hac vice*)
rmattson@kramerllp.com
Jeffrey Ahdoot (*pro hac vice*)
jahdoot@kramerllp.com
Jay Guiliano (*pro hac vice* forthcoming)
jguiliano@kramerllp.com
KRAMER LLP
2121 Eisenhower Avenue, Suite 304
Alexandria, VA  22314
Telephone: (917) 720-0295

Nicole Glauser (*pro hac vice* forthcoming)
nglauser@kramerllp.com
KRAMER LLP
500 W. 2nd Street, Suite 1900
Austin, TX  78701
Telephone: (212) 363-1492

Margaret E. Dayton (SBN 274353)
peggy@umklaw.com
UMHOFER, MITCHELL & KING LLP
767 S. Alameda Street, Suite 270
Los Angeles, CA 90021
Telephone:  (213) 394-7979

Attorneys for Plaintiff
POLARIS POWERLED
TECHNOLOGIES, LLC

3

Dated: July 31, 2026                    By:  /s/ *Aseem Mehta*

Ryan K. Wong (SBN 267189)
rwong@keker.com
Erin E. Meyer (SBN 274244)
emeyer@keker.com
Eric Hanson (SBN 254570)
ehanson@keker.com
Aseem Mehta (SBN 338020)
amehta@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   (415) 391-5400
Facsimile:   (415) 397-7188

Attorneys for Defendants
WESTERN DIGITAL CORPORATION and
WESTERN DIGITAL TECHNOLOGIES, INC.

### L.R. 5-4.3.4(a)(2)(i) Attestation

I hereby attest that all signatories listed above, on whose behalf this document is submitted, concur in the filing's content and have authorized the filing.

*/s/ Robert F. Kramer*
Robert F. Kramer

4