# EXHIBIT 1

**From:** Eric B. Hanson
**To:** Rachael Chan; KramerLLP-Polaris-WesternDigital; Peggy Dayton; Safraz Ishmael
**Cc:** Aseem Mehta; PPOWER-KVP
**Subject:** RE: Polaris PowerLED Technologies, LLC v. Western Digital Corporation et al., Case No. 2:24-cv-02864 (C.D. Cal.)
**Date:** Wednesday, September 2, 2026 7:02:42 PM
**Attachments:** image001.png

Hi Rachael,

Sandisk is available to meet and confer with Polaris on Tuesday, September 8, which is 10 days after Polaris' Friday afternoon service of its deficiency letter. *See* Fed. R. Civ. P. 6(a)(1)(C). Please let us know a time between 1:30 and 2:30pm Pacific that works for you.

Relatedly, as we have previously indicated, this week Sandisk will produce documents and source-code related files responsive to many of the categories Polaris raises in its letter, which we expect will address most if not all of Polaris' concerns.

Thanks,

Eric

**Eric B. Hanson**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2349 direct | 415 391 5400 main
ehanson@keker.com | keker.com

**From:** Rachael Chan <rchan@kramerllp.com>
**Sent:** Tuesday, September 1, 2026 4:13 PM
**To:** Eric B. Hanson <EHanson@keker.com>; KramerLLP-Polaris-WesternDigital <kramerllp-polaris-westerndigital@kramerllp.com>; Peggy Dayton <peggy@umklaw.com>; Safraz Ishmael <sishmael@kramerllp.com>
**Cc:** Aseem Mehta <AMehta@keker.com>; PPOWER-KVP <PPOWERKVP@keker.com>
**Subject:** Re: Polaris PowerLED Technologies, LLC v. Western Digital Corporation et al., Case No. 2:24-cv-02864 (C.D. Cal.)

**[EXTERNAL]**

Eric,

Thank you for your response. L.R. 37-1 requires the parties to meet and confer within 10 days of service of the letter. Given that timing, we should get a meet and confer on the calendar. Accordingly, please provide your team's availability for a meet and confer this