# EXHIBIT 5

Kenneth G. Parker, SBN 182911
Ken.parker@haynesboone.com
David B. Clark, SBN 275204
David.clark@haynesboone.com
**HAYNES AND BOONE, LLP**
600 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
T: (949) 202-3000 | F: (949) 202-3001

Stephanie N. Sivinski*
Stephanie.sivinski@haynesboone.com
Caroline W. Fox*
Caroline.fox@haynesboone.com
Marron E. Frith*
Marron.frith@haynesboone.com
**HAYNES AND BOONE, LLP**
2801 N. Harwood Street, Suite 2300
Dallas, TX 75201
T: (214) 651-5000 | F: (214) 651-5940
**Admitted Pro Hac Vice*

Attorneys for Defendants
*WESTERN DIGITAL CORPORATION,*
*WESTERN DIGITAL TECHNOLOGIES, INC.,*
*NEWEGG, INC., ZONES, LLC,*
*AND PRIVATE LABEL PC, LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., NEWEGG, INC., ZONES, LLC, AND PRIVATE LABEL PC, LLC,<br><br>Defendants, | CASE NO. 2:24-cv-02864-ODW-MAR<br><br>**WESTERN DIGITAL CORPORATION AND WESTERN DIGITAL TECHNOLOGIES, INC.'S RESPONSES TO PLAINTIFF POLARIS POWERLED TECHNOLOGIES, LLC'S FIRST SET OF INTERROGATORIES (NOS. 1-5)**<br><br>Hon. Otis D. Wright |

Date: November 22, 2024

HAYNES AND BOONE, LLP

*/s/ Marron E. Frith*
Kenneth G. Parker
David B. Clark
Stephanie N. Sivinski
Caroline W. Fox
Marron E. Frith

WESTERN DIGITAL CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., NEWEGG, INC., ZONES, LLC, AND PRIVATE LABEL PC, LLC.