# EXHIBIT 8

| Production Date | Bates Range | No. of Docs |
|---|---|---|
| 11/22/2024 | WDTECH00000001 - WDTECH00000278 | 12 |
| 12/16/2024 | WD_INV00000001 - WD_INV00003741 | 47 |
| 12/16/2024 | WDTECH00000279-WDTECH00006266 | 66 |
| 4/4/2025 | WDTECH00006267 – WDTECH00009477 | 647 |
| 5/5/2025 | WDTECH00009478 - WDTECH00009844 | 21 |
| 5/9/2025 | WDTECH00009845 - WDTECH00009870 | 7 |
| 3/5/2026 | WDTECH00009871 - WDTECH00009967 | 47 |
| 4/29/2026 | WDTECH00009968-WDTECH00009970 | 3 |
| 5/18/2026 | WDTECH00009971–WDTECH00009973 | 3 |
| 6/25/2026 | WDTECH00009974 - WDTECH00010251 | 24 |
| 7/8/20026 | WDTECH00010252 - WDTECH00013081 | 46 |
| 7/17/2026 | WDTECH00013082 - WDTECH00018207 | 45 |
| 7/30/2026 | WDTECH00018208 - WDTECH00018412 | 13 |
| 8/21/2026 | WDTECH00018413 - WDTECH00022918 | 143 |