# EXHIBIT 11

kramer

Jay Guiliano | Counsel
Direct: +1 (703) 304-1698
jguiliano@kramerllp.com

April 30, 2026

VIA EMAIL

Samuel F. Koenig
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
skoenig@keker.com

**Re:** ***Polaris PowerLED Technologies, LLC v. Western Digital Corporation et al.*, Case No. 2:24-cv-02864 (C.D. Cal.)**

**DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**

Dear Samuel:

We write regarding Western Digital's document production obligations under the N.D. Cal. P.L.R. 3-4(a) (as incorporated into Judge Wright's rules) and the relevant Polaris Document Requests. Pursuant to these obligations, Western Digital should have provided, pursuant to at least N.D. Cal. P.L.R. 3-4(a), the "[s]ource code, specifications, schematics, flow charts, artwork, formulas, or other documentation sufficient to show the operation of any aspects or elements of an Accused Instrumentality" concurrent with its Preliminary Invalidity Contentions for each of U.S. Patent Nos. 8,554,968 ("the '968 Patent"), 9,183,085 ("the '085 Patent"), and 8,601,346 ("the '346 Patent").

We seek the following overdue and/or supplement discovery: (1) source code be made available for inspection as to all Accused Instrumentalities Polaris identified for the '085 Patent and the '346 Patent and (2) information summarized below be supplemented for the only codebase currently provided, that code provided for the '968 Patent. We ask that this information be provided by **<u>May 11, 2026</u>**, or that you advise us in advance by May 7, 2026 whether your client is agreeable to this request. In the event that your client is not agreeable to meeting the May 11, 2026 proposed date, we ask for a meet and confer to discuss these ongoing deficiencies in advance, on or before **<u>May 7, 2026</u>**.

As to the first general deficiency, source code should have been made available for inspection as to all the Accused Instrumentalities identified for the '085 Patent and the '346 Patent, but no code has been provided for inspection. When this new source code is produced, we request that it be inspectable to avoid the gaps detailed below for the '968 Patent codebase.

Second, as detailed below, we summarize the outstanding issues regarding Western Digital's source code production, specifically the Western Digital codebase made available for inspection that concerns the Accused Instrumentalities of the '968 Patent.

**<u>Source Code Production Deficiencies (re the '968 Patent)</u>**

We have considered the initial production of source code made available for inspection pursuant to the Local Patent Rules and as requested in our Document Requests related to the '968 Patent. Following our review of the Western Digital source code production, the source code contains an extensive number of gaps and it appears that most of the relevant code was not produced.

Some of the gaps we have identified so far relate to the codebase structure and functional references provided in the current codebase. The functional references relate to header files [redacted] referenced in the reviewed current codebase. The referral statements are contained in the [redacted] and the various subfolders of that directory. Within the [redacted] directory (and various sub-directories), the gaps as to functional implementations surfaced. By way of example, the [redacted] directory is identified to include the [redacted] subdirectory, with the [redacted] subdirectory spawning implementations that upon review include code-based features by file name not included in the current codebase made available for inspection. The sub-subdirectories of the [redacted] (WDTECH00000350 excerpt), located within the [redacted] subdirectory, are shown below for illustration purposes.

[redacted]

More specifically certain functional implementations referenced in the subdirectories of the [redacted] directory illustrated above are completely missing from the production. The missing code, without limitation, include the following:

1) **Header Files (.h files)**. Header files are referenced in the source code within the directory identified as [redacted] We have currently identified more than 100 missing header files that were not accessible during out review, yet the files remain

relevant to our understanding of aspects of the produced source code. The header file names are identified in Appendix A, attached to this letter.

2) **Missing Function Implementations** [redacted] The current codebase production does not provide details for several functions called by functions present in the codebase. Without these called functions, it is difficult to trace the code flow and understand how the code implements a particular functionality. For example, the file named [redacted]

[redacted]

3) **Other Missing Function Implementations**. Other functions referenced in the current codebase production are missing. The missing implementations for any called function obscures how to assess the features of the [redacted] directory as made currently available by Western Digital. We believe that a code trace can be easily performed by Western digital to expose the missing function calls specified in the current codebase, but not yet available for inspection.

We are continuing to investigate the nature and extent of the code production deficiencies (as well as Western Digital's other discovery deficiencies) and will follow up with you on this. In the meantime, we request a response to this prior to **May 7, 2026**. We remain available to meet and confer to address these requests at your earliest convenience.

Sincerely,

*/s/ Jay Guiliano*

## APPENDIX A – MISSING HEADER FILES

[redacted]