# EXHIBIT 12

kramer

Jay Guiliano | Counsel
Direct: +1 (703) 304-1698
jguiliano@kramerllp.com

July 8, 2026

VIA EMAIL

Samuel F. Koenig
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
skoenig@keker.com

**Re: *Polaris PowerLED Technologies, LLC v. Western Digital Corporation et al.*, Case No. 2:24-cv-02864 (C.D. Cal.)**

**DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**

Dear Sam:

Our source code review expert has now spent several days with the supplemented source code production added onto the review computer in June. At least two issues from that review need to be addressed, and both concern files that Western Digital has not produced.

First, the supplemented code production includes [redacted]. [redacted] but not reduced as "source code." Section 7.4 of the Protective Order is specific about what may be designated as source code, and these files do not qualify. They should have been produced in Western Digital's regular document production as part of the local patent rules disclosures. Please re-produce, within 7 days, all files made available as part of the source code production that are not source code files (i.e., all files other than [redacted] and similar code files) as Bates-stamped documents in the regular document production under the appropriate confidentiality designation.

Second, the design documents on the review computer identify other design documents that were never produced. Consistent with ordinary engineering design practice, these documents contain related-documents sections that identify other design documents by name, and in many instances by the specific repository location where the document lives at Western Digital or SanDisk. Appendix A to this letter lists by way of example 42 such documents recorded during our expert's inspection. None of these documents appear in the source code production or in any of Western Digital's document productions. The repository locations recorded in Appendix A are Western Digital's own systems maintained within a repository, including:

[redacted]

[redacted]

Because Western Digital's own produced documents identify these files by name and location, there should be no difficulty locating them. Please produce the documents listed in Appendix A, and please collect and produce the related design documents from these repositories for the accused controller families. The related-documents sections reviewed so far indicate that the 42 documents in Appendix A are a small portion of the referenced documents that were never produced. A complete search will likely reveal many other relevant documents that should have already been provided.

Our expert's review of the supplemented production is ongoing, and we reserve all further requests, including as to portions of the code tree that appear to have been removed.

Please confirm by **Monday, July 13, 2026**, that Western Digital will (1) re-produce the non-source-code files in the regular document production within 7 days and (2) produce the documents listed in Appendix A. If Western Digital will not so confirm, please let us know times next week when we may meet and confer on this matter.

Sincerely,

*/s/ Jay Guiliano*

## APPENDIX A - REFERENCED DOCUMENTS NOT PRODUCED

[redacted]

[redacted]

**Washington, D.C.**
2121 Eisenhower Ave. • Suite 304 • Alexandria, VA • 22314