# EXHIBIT 13

**From:** Kelly S. Kaufman
**To:** Safraz Ishmael; Aseem Mehta; Jeffrey Ahdoot; Amrutha D. Dorai; Eric B. Hanson; Erin E. Meyer; Ryan K. Wong; PPOWER-KVP
**Cc:** KramerLLP-Polaris-WesternDigital; Peggy Dayton
**Subject:** RE: Polaris PowerLED Technologies, LLC v. Western Digital Corporation et al., Case No. 2:24-cv-02864 (C.D. Cal.)
**Date:** Thursday, September 3, 2026 1:13:14 AM

---

Safraz,

I am following up regarding deposition scheduling for Henrietta Suen, Chao Sun, Dejan Vucinic, and Mike James.

- Thank you confirming Ms. Suen's deposition for September 22, proceeding remotely. We request that the deposition start at 10 a.m. PT and end by 4 p.m. PT to accommodate Ms. Suen's childcare needs. Please let us know if you can accommodate this request.

- Chao Sun and Dejan Vucinic are available on October 7 for their depositions. We propose scheduling one deposition in the morning and another in the afternoon. Please confirm whether the depositions will take place near San Jose or proceed remotely.

- Mike James is available for his deposition on Friday, October 9 in Denver, Colorado. Please confirm whether the deposition will take place in Denver or proceed remotely.

Regards,
Kelly

**Kelly S. Kaufman**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2339 direct | 415 391 5400 main
kkaufman@keker.com | vcard | keker.com

---

**From:** Kelly S. Kaufman
**Sent:** Wednesday, September 2, 2026 10:26 AM
**To:** Safraz Ishmael <sishmael@kramerllp.com>; Aseem Mehta <AMehta@keker.com>; Jeffrey Ahdoot <jahdoot@kramerllp.com>; Amrutha D. Dorai <ADorai@keker.com>; Eric B. Hanson <EHanson@keker.com>; Erin E. Meyer <EMeyer@keker.com>; Ryan K. Wong <RWong@keker.com>; PPOWER-KVP <PPOWERKVP@keker.com>