# EXHIBIT 14

**From:** Aseem Mehta
**To:** Safraz Ishmael; PPOWER-KVP
**Cc:** KramerLLP-Polaris-WesternDigital; Peggy Dayton
**Subject:** RE: Polaris PowerLED Technologies, LLC v. Western Digital Corporation et al., Case No. 2:24-cv-02864 (C.D. Cal.)
**Date:** Wednesday, August 26, 2026 6:39:58 PM
**Attachments:** image001.png

Safraz,

Defendants' source code production is consistent with the scope of discovery and complies with the terms of the protective order. The points set forth in your email do not establish otherwise.

First, Defendants have produced source code relevant to the accused functionalities after conducting a reasonable search. Defendants are under no obligation to produce source code that relates to unaccused functionalities. *See, e.g.*, *Blue Spike, LLC v. Vizio, Inc.*, No. 8:17-cv-01172-DOC-KESX, 2018 WL 8646476, at *5 (C.D. Cal. July 3, 2018).

Second, Defendants complied with Section 9(c) of the Protective which provides that source code be "made available for inspection as it is kept in the ordinary course of business (including but not limited to in native form and in the file-naming and directory structure in which it is ordinarily kept)." Defendants' production preserves the file-naming and directory structure as it is ordinarily kept. Section 9(c), however, does **not** obligate Defendants to produce all source code for an accused product without regards to relevance, nor does it require production of source code unrelated to the accused functionalities merely because it resides within the same broader directory tree.

Third, with respect to the [redacted] referenced in your email, we note that only a small subset of NVMe functionality has been accused of infringement in this case. Indeed, the NVMe specification covers a broad range of architectural, management, and transport features, the majority of which are not in dispute in this case. Accordingly, the labeling of a source code sub-directory with [redacted] does not, standing alone, render *all* files within that directory relevant or discoverable.

That said, to the extent Polaris or its experts believe specific subdirectories or files relevant to the accused functionalities are missing from the production (for example, tracing through the code leads to a missing file or function that is being called), please identify them to us with particularity. Defendants will promptly investigate any such specific identification.

Regards,
Aseem

**Aseem Mehta** (he/him)
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2326 direct | 415 391 5400 main
amehta@keker.com | vcard | keker.com

**From:** Safraz Ishmael <sishmael@kramerllp.com>
**Sent:** Wednesday, August 26, 2026 8:50 AM

**To:** Aseem Mehta <AMehta@keker.com>; PPOWER-KVP <PPOWERKVP@keker.com>
**Cc:** KramerLLP-Polaris-WesternDigital <kramerllp-polaris-westerndigital@kramerllp.com>; Peggy Dayton <peggy@umklaw.com>
**Subject:** Re: Polaris PowerLED Technologies, LLC v. Western Digital Corporation et al., Case No. 2:24-cv-02864 (C.D. Cal.)

**[EXTERNAL]**

---

Aseem:

While we are still investigating this issue of the source code deficiencies, as an initial matter, it appears that portions of the folder structures and files from the source code were improperly omitted from the source code production, frustrating the ability of our experts to review the complete source code.

For example, defendants' document production at WDTECH00000346 shows the code directory structure for the [redacted] code, a reproduction of which is below. In the code produced on the review computer, however, the following folders appear to have been removed from the code set:

[redacted]

This is especially concerning since in a typical code production, folders such as [redacted] often contain highly relevant information on the source code as a whole. And moreover, defendants have an obligation to produce the code as it exists and was organized in the regular course of business, rather than pick and choose which subfolders of a code set to produce.

*Excerpt from WDTECH00000346:*

[redacted]

Similarly, while it appears some source code files were produced under the [redacted] folders, the files under [redacted] also appear to be partially produced and improperly pruned. For example, [redacted] has only a few files in each of only the [redacted] folders, when it appears that a substantially larger amount of files should have been in those folders.

These deficiencies have been prejudicial to our review of the source code as our reviewing experts have spent a substantial amount of time reviewing the code only to uncover dead ends due to code that appears to have been removed from the production. As you know, source

code files are highly interconnected and the files often depend on each other, so it is very problematic in a source code production if files are removed from folders in a manner that changes the organization of the files as they were kept in the ordinary course of business.

We ask that defendants remedy these deficiencies prior to our next source code review.

Best,

Safraz.

**Safraz Ishmael** | Partner
**Kramer LLP**
560 Harrison Avenue, Suite 214
Boston, MA 02118
(D) 617.510.4871
sishmael@kramerllp.com | kramerllp.com | biography
Silicon Valley • New York • Austin • Boston • Washington, D.C.

Confidentiality Notice: This communication is for the intended recipient only and may be privileged. Unauthorized use is prohibited.

---

**From:** Aseem Mehta <AMehta@keker.com>
**Sent:** Friday, August 21, 2026 6:26 PM
**To:** Safraz Ishmael <sishmael@kramerllp.com>; KramerLLP-Polaris-WesternDigital <kramerllp-polaris-westerndigital@kramerllp.com>; Peggy Dayton <peggy@umklaw.com>
**Cc:** PPOWER-KVP <PPOWERKVP@keker.com>
**Subject:** RE: Polaris PowerLED Technologies, LLC v. Western Digital Corporation et al., Case No. 2:24-cv-02864 (C.D. Cal.)

Safraz,

Thank you for your response. We are reviewing and reserve the right to address your letter in full. As an immediate matter, we write to inquire about the following statement at page 2 of your letter:

> "The source code production still appears to be substantially incomplete; for example, portions of the source code tree made available for inspection appear to have been removed."

This is the first we have heard from Polaris on this point and we are not aware of what this is referring to. Please specifically identify any relevant portions of source code Polaris believes are missing and Polaris's basis for this belief.

Thank you,
Aseem

**Aseem Mehta** (he/him)
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2326 direct | 415 391 5400 main

amehta@keker.com | vcard | keker.com

---

**From:** Safraz Ishmael <sishmael@kramerllp.com>
**Sent:** Friday, August 21, 2026 2:43 PM
**To:** Aseem Mehta <AMehta@keker.com>; KramerLLP-Polaris-WesternDigital <kramerllp-polaris-westerndigital@kramerllp.com>; Peggy Dayton <peggy@umklaw.com>
**Cc:** PPOWER-KVP <PPOWERKVP@keker.com>
**Subject:** Re: Polaris PowerLED Technologies, LLC v. Western Digital Corporation et al., Case No. 2:24-cv-02864 (C.D. Cal.)

**[EXTERNAL]**

---

Aseem:

Please see the attached correspondence.

**Safraz Ishmael** | Partner
**Kramer LLP**
560 Harrison Avenue, Suite 214
Boston, MA 02118
(D) 617.510.4871
sishmael@kramerllp.com | kramerllp.com | biography
Silicon Valley • New York • Austin • Boston • Washington, D.C.

Confidentiality Notice: This communication is for the intended recipient only and may be privileged. Unauthorized use is prohibited.

---

**From:** Aseem Mehta <AMehta@keker.com>
**Sent:** Wednesday, August 19, 2026 7:58 PM
**To:** KramerLLP-Polaris-WesternDigital <kramerllp-polaris-westerndigital@kramerllp.com>; Peggy Dayton <peggy@umklaw.com>
**Cc:** PPOWER-KVP <PPOWERKVP@keker.com>
**Subject:** RE: Polaris PowerLED Technologies, LLC v. Western Digital Corporation et al., Case No. 2:24-cv-02864 (C.D. Cal.)

Counsel,

Please see the attached letter.

Regards,
Aseem

---

**Aseem Mehta** (he/him)
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2326 direct | 415 391 5400 main
amehta@keker.com | vcard | keker.com

**From:** Aseem Mehta <AMehta@keker.com>
**Sent:** Wednesday, August 12, 2026 2:00 PM
**To:** KramerLLP-Polaris-WesternDigital <kramerllp-polaris-westerndigital@kramerllp.com>; Peggy Dayton <peggy@umklaw.com>
**Cc:** PPOWER-KVP <PPOWERKVP@keker.com>
**Subject:** RE: Polaris PowerLED Technologies, LLC v. Western Digital Corporation et al., Case No. 2:24-cv-02864 (C.D. Cal.)

Counsel,

Please see the attached letter.

And, following up on my August 10 email, please provide an update on the status of the letter and supplemental responses referenced in your July 31 email.

Regards,
Aseem

**Aseem Mehta** (he/him)
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2326 direct | 415 391 5400 main
amehta@keker.com | vcard | keker.com

**From:** Aseem Mehta <AMehta@keker.com>
**Sent:** Monday, August 10, 2026 3:11 PM
**To:** Jeremiah Armstrong <jarmstrong@kramerllp.com>; Erin E. Meyer <EMeyer@keker.com>; PPOWER-KVP <PPOWERKVP@keker.com>
**Cc:** KramerLLP-Polaris-WesternDigital <kramerllp-polaris-westerndigital@kramerllp.com>
**Subject:** RE: Polaris PowerLED Technologies, LLC v. Western Digital Corporation et al., Case No. 2:24-cv-02864 (C.D. Cal.)

Counsel,

We are following up regarding the status of the letter and supplemental responses referenced in your July 31 email. Please provide an update.

Regards,
Aseem

**Aseem Mehta** (he/him)
Keker, Van Nest & Peters LLP

633 Battery Street
San Francisco, CA 94111-1809
415 676 2326 direct | 415 391 5400 main
amehta@keker.com | vcard | keker.com

---

**From:** Aseem Mehta <AMehta@keker.com>
**Sent:** Friday, July 31, 2026 4:32 PM
**To:** Jeremiah Armstrong <jarmstrong@kramerllp.com>; Erin E. Meyer <EMeyer@keker.com>; PPOWER-KVP <PPOWERKVP@keker.com>
**Cc:** KramerLLP-Polaris-WesternDigital <kramerllp-polaris-westerndigital@kramerllp.com>
**Subject:** RE: Polaris PowerLED Technologies, LLC v. Western Digital Corporation et al., Case No. 2:24-cv-02864 (C.D. Cal.)

Thank you, Jeremiah. We will look out for your letter and update.

Regards,
Aseem

---

**Aseem Mehta** (he/him)
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2326 direct | 415 391 5400 main
amehta@keker.com | vcard | keker.com

---

**From:** Jeremiah Armstrong <jarmstrong@kramerllp.com>
**Sent:** Friday, July 31, 2026 4:29 PM
**To:** Aseem Mehta <AMehta@keker.com>; Erin E. Meyer <EMeyer@keker.com>; PPOWER-KVP <PPOWERKVP@keker.com>
**Cc:** KramerLLP-Polaris-WesternDigital <kramerllp-polaris-westerndigital@kramerllp.com>
**Subject:** Re: Polaris PowerLED Technologies, LLC v. Western Digital Corporation et al., Case No. 2:24-cv-02864 (C.D. Cal.)

**[EXTERNAL]**

---

Hi Aseem,

I am in receipt of your July 27 email. I am preparing a follow up letter to address RFP Nos. 7 and 11, and plan to get that to you early next week. Likewise, I am working on preparing supplemental responses to those interrogatories as stated in our letter and will update you on a timeline for those shortly.

Thank you,

**Jeremiah Armstrong** | Of Counsel
**Kramer LLP**
303 Twin Dolphin Drive
Suite 600
Redwood City, CA 94065
(D) 213.985.2950
jarmstrong@kramerllp.com | kramerllp.com | biography
Silicon Valley • New York • Austin • Boston • Washington, D.C.
Confidentiality Notice: This communication is for the intended recipient only and may be privileged. Unauthorized use is prohibited.

---

**From:** Aseem Mehta <AMehta@keker.com>
**Date:** Monday, July 27, 2026 at 5:22 PM
**To:** Jeremiah Armstrong <jarmstrong@kramerllp.com>; Erin E. Meyer <EMeyer@keker.com>; PPOWER-KVP <PPOWERKVP@keker.com>
**Cc:** KramerLLP-Polaris-WesternDigital <kramerllp-polaris-westerndigital@kramerllp.com>
**Subject:** RE: Polaris PowerLED Technologies, LLC v. Western Digital Corporation et al., Case No. 2:24-cv-02864 (C.D. Cal.)

Counsel,

I am writing with regards to two issues in your July 16, 2026 letter, issued in response to Defendants' June 10, 2026 letter about deficiencies in Polaris's discovery responses.

1. **Defendants' RFP Nos. 7 & 11**: Defendants' June 10 letter identified deficiencies in Polaris's responses to Defendants' RFP Nos. 7 & 11. Polaris's July 16 letter includes a header purporting to address the deficiencies in Polaris's response to these RFPs, among others. *See* July 16 letter at 3. However, the content that follows that header *does not* address the deficiencies specific to these RFPs. Please correct the deficiencies in Polaris's responses to Defendants' RFP Nos. 7 & 11 no later than Friday, July 31.

2. **Defendants' Interrogatories 1, 4, and 8:** To address the deficiencies Defendants' identified in Polaris's responses to interrogatories 1, 4 and 8, Polaris represented that it would amend and supplement its responses. Please provide Polaris's amended responses to these interrogatories by Friday, July 31.

Thank you,
Aseem

---

**Aseem Mehta** (he/him)
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2326 direct | 415 391 5400 main
amehta@keker.com | vcard | keker.com

---

**From:** Jeremiah Armstrong <jarmstrong@kramerllp.com>
**Sent:** Thursday, July 16, 2026 9:30 AM
**To:** Aseem Mehta <AMehta@keker.com>; Erin E. Meyer <EMeyer@keker.com>; PPOWER-KVP <PPOWERKVP@keker.com>
**Cc:** KramerLLP-Polaris-WesternDigital <kramerllp-polaris-westerndigital@kramerllp.com>
**Subject:** RE: Polaris PowerLED Technologies, LLC v. Western Digital Corporation et al., Case No. 2:24-cv-02864 (C.D. Cal.)

**[EXTERNAL]**

---

Counsel,

Please see the attached letter.

**Jeremiah Armstrong** | Of Counsel
**Kramer LLP**
303 Twin Dolphin Drive
Suite 600
Redwood City, CA 94065
(D) 213.985.2950
jarmstrong@kramerllp.com | kramerllp.com | biography
Silicon Valley • New York • Austin • Boston • Washington, D.C.

Confidentiality Notice: This communication is for the intended recipient only and may be privileged. Unauthorized use is prohibited.

---

**From:** Aseem Mehta <AMehta@keker.com>
**Sent:** Tuesday, July 14, 2026 12:45 PM
**To:** Jeremiah Armstrong <jarmstrong@kramerllp.com>; Erin E. Meyer <EMeyer@keker.com>; PPOWER-KVP <PPOWERKVP@keker.com>
**Cc:** KramerLLP-Polaris-WesternDigital <kramerllp-polaris-westerndigital@kramerllp.com>
**Subject:** RE: Polaris PowerLED Technologies, LLC v. Western Digital Corporation et al., Case No. 2:24-cv-02864 (C.D. Cal.)

Jeremiah,

I am following up again regarding Polaris's overdue response to the outstanding issues raised in Defendants' June 10, 2026 letter. As reflected in the prior correspondence, Defendants requested that Polaris either provide supplemental responses and documents by June 26, 2026, or provide availability to meet and confer by June 19, 2026. Polaris did not provide meet-and-confer availability by that date, and Defendants subsequently requested confirmation that Polaris would produce additional documents by June 26 or, alternatively, provide meet-and-confer availability by July 1.

On June 25, you stated that Polaris had been investigating the issues raised in Defendants' June 10 letter and would provide a written response "within the next couple of days." Defendants followed up again on July 7 seeking an update, but Polaris still has not provided the promised response.

Please provide Polaris's status update and written response no later than Friday, July 17. If Polaris does not provide a response by then, Defendants will consider the parties at an impasse on these issues and will consider all available options to address Polaris's continued failure to respond, including seeking relief from the Court.

Regards,
Aseem

**Aseem Mehta** (he/him)
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2326 direct | 415 391 5400 main
amehta@keker.com | vcard | keker.com

---

**From:** Aseem Mehta <AMehta@keker.com>
**Sent:** Tuesday, July 7, 2026 4:56 PM
**To:** Jeremiah Armstrong <jarmstrong@kramerllp.com>; Samuel F. Koenig <SKoenig@keker.com>; Erin E. Meyer <EMeyer@keker.com>; PPOWER-KVP <PPOWERKVP@keker.com>
**Cc:** KramerLLP-Polaris-WesternDigital <kramerllp-polaris-westerndigital@kramerllp.com>
**Subject:** RE: Polaris PowerLED Technologies, LLC v. Western Digital Corporation et al., Case No. 2:24-cv-02864 (C.D. Cal.)

Jeremiah,

Do you have an update on Polaris's response to the issues raised in Defendants' June 10, 2026 letter?

Regards,
Aseem

**Aseem Mehta** (he/him)
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2326 direct | 415 391 5400 main
amehta@keker.com | vcard | keker.com

---

**From:** Jeremiah Armstrong <jarmstrong@kramerllp.com>
**Sent:** Thursday, June 25, 2026 12:09 PM
**To:** Samuel F. Koenig <SKoenig@keker.com>; Erin E. Meyer <EMeyer@keker.com>; Aseem Mehta <AMehta@keker.com>; PPOWER-KVP <PPOWERKVP@keker.com>
**Cc:** KramerLLP-Polaris-WesternDigital <kramerllp-polaris-westerndigital@kramerllp.com>
**Subject:** Re: Polaris PowerLED Technologies, LLC v. Western Digital Corporation et al., Case No. 2:24-

cv-02864 (C.D. Cal.)

**[EXTERNAL]**

---

Hi Sam,

We have been investigating the issues raised in your June 10 letter and will have a written response to those matters within the next couple of days.

Thank you,
—Jeremiah

**Jeremiah Armstrong** | Of Counsel
**Kramer LLP**
303 Twin Dolphin Drive
Suite 600
Redwood City, CA 94065
(D) 213.985.2950
jarmstrong@kramerllp.com | kramerllp.com | biography
Silicon Valley • New York • Austin • Boston • Washington, D.C.
Confidentiality Notice: This communication is for the intended recipient only and may be privileged. Unauthorized use is prohibited.

---

**From:** Samuel F. Koenig <SKoenig@keker.com>
**Date:** Tuesday, June 23, 2026 at 9:24 PM
**To:** Safraz Ishmael <sishmael@kramerllp.com>; KramerLLP-Polaris-WesternDigital <kramerllp-polaris-westerndigital@kramerllp.com>
**Cc:** PPOWER-KVP <PPOWERKVP@keker.com>; Erin E. Meyer <EMeyer@keker.com>; Aseem Mehta <AMehta@keker.com>
**Subject:** RE: Polaris PowerLED Technologies, LLC v. Western Digital Corporation et al., Case No. 2:24-cv-02864 (C.D. Cal.)
Counsel:

In our correspondence on June 10, we requested that you either provide supplemental responses and documents by June 26, or that you provide your availability to meet and confer by June 19. You did not provide your availability to meet and confer by that date. Please confirm that you will be producing additional documents by June 26; otherwise, please provide your availability to meet and confer by July 1.

Best,
Sam

---

**Samuel F. Koenig**
Keker, Van Nest & Peters LLP

633 Battery Street
San Francisco, CA 94111-1809
415 676 2322 direct | 415 391 5400 main
skoenig@keker.com | keker.com

---

**From:** Aseem Mehta <AMehta@keker.com>
**Sent:** Wednesday, June 10, 2026 7:51 PM
**To:** Safraz Ishmael <sishmael@kramerllp.com>; KramerLLP-Polaris-WesternDigital <kramerllp-polaris-westerndigital@kramerllp.com>
**Cc:** PPOWER-KVP <PPOWERKVP@keker.com>; Erin E. Meyer <EMeyer@keker.com>
**Subject:** Polaris PowerLED Technologies, LLC v. Western Digital Corporation et al., Case No. 2:24-cv-02864 (C.D. Cal.)

Counsel,

Please see the attached correspondence.

Regards,
Aseem

---

**Aseem Mehta** (he/him)
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2326 direct | 415 391 5400 main
amehta@keker.com | vcard | keker.com