# EXHIBIT 15

kramer

Jay Guiliano | Counsel
Direct: +1 (703) 304-1698
jguiliano@kramerllp.com

May 21, 2026

VIA EMAIL

Samuel F. Koenig
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
skoenig@keker.com

**Re:** ***Polaris PowerLED Technologies, LLC v. Western Digital Corporation et al.*****,**
**Case No. 2:24-cv-02864 (C.D. Cal.)**

**DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY**

Dear Sam:

Western Digital's overall document production in this litigation is missing a voluminous number of relevant documents. For example, there are number of documents in Western Digital's production describing controllers and/or architectures that are referred to by the codename, [redacted] These documents are as follows:

[redacted]

These [redacted] documents reference many other related documents that are found nowhere in the document production. Please produce the complete set of [redacted] documents.

Even more problematic is that there are a large number of relevant controllers and/or architectures with different codenames for which little or no documents were produced. These codenames appear in Western Digital's recent document production at WDTECH00009968-WDTECH00009970. For example, we have seen very little or no documents in the production for the following relevant code names:

[redacted]

For each of these codenames, we expected to see in the production, at the very minimum, a similar set of document as was produced for [redacted]. Please produce a complete set of documents for each of these 15 codenames.

Additionally, in responding to my April 30, 2026 letter that pointed out extensive deficiencies in Western Digital's source code production, your May 7, 2026 email committed to supplementing Western Digital's source code production. It has been 14 days since that email and Western Digital has made no such source code supplementation.

Please provide by **Tuesday, May 26, 2026**, a date certain when the source code supplementation will be made, and if and when Western Digital will supplement its document production as requested above. If you will not be able to provide a date certain for supplementation of both the source code production and document production, please let us know times next week when we may meet and confer on this matter.

Sincerely,

*/s/ Jay Guiliano*