# EXHIBIT 16

kramer

Rachael Chan | Counsel
Direct: +1 (212) 835-6771
rchan@kramerllp.com

August 21, 2026

VIA EMAIL

Samuel F. Koenig
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

**Re:** ***Polaris PowerLED Technologies, LLC v. Western Digital Corporation et al.*, Case No. 2:24-cv-02864 (C.D. Cal.)**

Dear Mr. Koenig:

I write to follow up on Western Digital's document production. We understand that there is a forthcoming production from Western Digital intended for today. The below provides additional information to guide Western Digital's ongoing discovery obligations to the extent it has not already produced this information.

First, Western Digital's production contains technical documents that internally reference certain other key documents that appear to be highly relevant to Polaris's claims, but that do not appear to have been produced. For example, WDTECH00009258, which is titled [redacted] identifies two [redacted] Please promptly produce the documents listed below:

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Second, the technical specifications documents that have been produced appear to be versions primarily from [redacted], with a few exceptions. For at least those documents indicated in the table below (and any other technical specifications documents where the latest versions were not produced), please produce all later versions, *i.e.* all versions from between the last produced version and the present.

| Bates Number | Latest Version Produced |
| --- | --- |
| WDTECH00000699 | [redacted] |
| WDTECH00000716 | |
| WDTECH00002873 | |
| WDTECH00005778 | |
| WDTECH00006114 | |
| WDTECH00006267 | |
| WDTECH00006360 | |
| WDTECH00006402 | |
| WDTECH00006886 | |
| WDTECH00009013 | |
| WDTECH00009089 | |
| WDTECH00009184 | |
| WDTECH00009230 | |
| WDTECH00009258 | |
| WDTECH00009357 | |
| WDTECH00011135 | |

| Bates Number | Latest Version Produced |
|---|---|
| WDTECH00011164 | [redacted] |
| WDTECH00011245 | |
| WDTECH00011558 | |
| WDTECH00011653 | |
| WDTECH00011677 | |
| WDTECH00011835 | |
| WDTECH00012130 | |
| WDTECH00012934 | |
| WDTECH00012966 | |
| WDTECH00013439 | |
| WDTECH00013463 | |
| WDTECH00013506 | |
| WDTECH00013580 | |
| WDTECH00016462 | |

Third, as you know, we have requested that Western Digital provide information to allow Polaris to match up controllers with the accused products. Last week, you represented that Western Digital would send information aligning controllers to accused SKUs that would supersede current xls files. To the extent that information is not produced today, please promptly produce it.

Please confirm by Wednesday, August 26, 2026 that Western Digital will promptly: (1) produce the internally referenced documents identified in the above bullet point list; (2) produce the later versions, as requested, of the documents identified in the above table; and (3) provide the information aligning controllers to accused SKUs. Otherwise, please provide dates and times for next week that you are available to meet and confer on these items.

Sincerely,

*/s/ Rachael Chan*

Rachael Chan