# EXHIBIT 17

**From:** Aseem Mehta
**To:** Jay Guiliano; Samuel F. Koenig
**Cc:** PPOWER-KVP; KramerLLP-Polaris-WesternDigital
**Subject:** RE: Other deficiencies - Polaris letter to Western Digital re Noted other Source Code Deficiencies
**Date:** Monday, July 13, 2026 8:31:36 PM

Counsel,

We are in receipt of your letter.

First, we are diligently reviewing the documents referenced in your first request. We intend to produce to you relevant documents appropriate for regular document production under the appropriate confidentiality designations once our review is complete.

Second, we are conducting a search for the documents listed in Appendix A of your letter. We are additionally conducting a search of the repositories identified in your second request. We intend to produce to you relevant documents under the appropriate confidentiality designations once those searches are completed.

Thank you,
Aseem

**Aseem Mehta** (he/him)
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2326 direct | 415 391 5400 main
amehta@keker.com | vcard | keker.com

**From:** Jay Guiliano <jguiliano@kramerllp.com>
**Sent:** Wednesday, July 8, 2026 2:39 PM
**To:** Samuel F. Koenig <SKoenig@keker.com>
**Cc:** PPOWER-KVP <PPOWERKVP@keker.com>; KramerLLP-Polaris-WesternDigital <kramerllp-polaris-westerndigital@kramerllp.com>
**Subject:** Other deficiencies - Polaris letter to Western Digital re Noted other Source Code Deficiencies

**[EXTERNAL]**

Sam - please see the attached. Please call to discuss at your earliest convenience.

Let’s discuss soon,
Jay

Jay Guiliano | Counsel
**Kramer LLP**

2121 Eisenhower Ave.
Suite 304
Alexandria, VA 22314
Direct: (703) 304-1698
jguiliano@kramerllp.com | kramerllp.com | biography
**Silicon Valley • New York • Austin • Boston • Washington, D.C.**
NOTICE — This communication may contain confidential and privileged information that is for the sole use of the intended recipient. Any viewing, copying or distribution of, or reliance on this message by unintended recipients is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and permanently deleting it from your computer. Thank you.

---

**From:** Jay Guiliano <jguiliano@kramerllp.com>
**Date:** Thursday, May 21, 2026 at 11:53 AM
**To:** Samuel F. Koenig <SKoenig@keker.com>
**Cc:** PPOWER-KVP <PPOWERKVP@keker.com>; KramerLLP-Polaris-WesternDigital <kramerllp-polaris-westerndigital@kramerllp.com>
**Subject:** Re: Polaris letter to Western Digital re Source Code Deficiencies

Sam - please see the attached. Please call to discuss at your earliest convenience.

Cheers,
Jay

Jay Guiliano | Counsel
**Kramer LLP**
2121 Eisenhower Ave.
Suite 304
Alexandria, VA 22314
Direct: (703) 304-1698
jguiliano@kramerllp.com | kramerllp.com | biography
**Silicon Valley • New York • Austin • Boston • Washington, D.C.**
NOTICE — This communication may contain confidential and privileged information that is for the sole use of the intended recipient. Any viewing, copying or distribution of, or reliance on this message by unintended recipients is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and permanently deleting it from your computer. Thank you.

---

**From:** Samuel F. Koenig <SKoenig@keker.com>
**Date:** Thursday, May 7, 2026 at 7:43 PM
**To:** Jay Guiliano <jguiliano@kramerllp.com>
**Cc:** PPOWER-KVP <PPOWERKVP@keker.com>
**Subject:** RE: Polaris letter to Western Digital re Source Code Deficiencies

Jay,

Thank you for your letter. We are evaluating your request. We do not agree with your claim that “no code” relevant to the accused instrumentalities for the ‘085 and ‘346 patents has been made available for review. Regardless, reserving all rights, we plan to supplement our

production of source code made available for inspection, should we identify additional source code to produce under P.L.R. 3-4(a).

Best,
Sam

**Samuel F. Koenig**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2322 direct | 415 391 5400 main
skoenig@keker.com | keker.com

---

**From:** Jay Guiliano <jguiliano@kramerllp.com>
**Sent:** Thursday, April 30, 2026 6:02 PM
**To:** Samuel F. Koenig <SKoenig@keker.com>
**Subject:** Polaris letter to Western Digital re Source Code Deficiencies

**[EXTERNAL]**

---

Samuel:

Please find enclosed. I look forward to discussing in advance of any formal response if you would like.

Best regards,
Jay

Jay Guiliano | Counsel
**Kramer LLP**
2121 Eisenhower Ave.
Suite 304
Alexandria, VA 22314
Direct: (703) 304-1698
jguiliano@kramerllp.com | kramerllp.com | biography
**Silicon Valley • New York • Austin • Boston • Washington, D.C.**

NOTICE — This communication may contain confidential and privileged information that is for the sole use of the intended recipient. Any viewing, copying or distribution of, or reliance on this message by unintended recipients is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and permanently deleting it from your computer. Thank you.