KRAMER LLP
Robert F. Kramer (SBN 181706)
rkramer@kramerllp.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@kramerllp.com
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (415) 419-1895

KRAMER LLP
Safraz Ishmael (*pro hac vice*)
sishmael@kramerllp.com
560 Harrison Avenue, Suite 214
Boston, MA 02118
Telephone: (212) 631-7565

KRAMER LLP
Robert Mattson (*pro hac vice*)
rmattson@kramerllp.com
Jeffrey Ahdoot (*pro hac vice*)
jahdoot@kramerllp.com
2121 Eisenhower Avenue, Suite 304
Alexandria, VA 22314
Telephone: (917) 720-0295

UMHOFER, MITCHELL & KING LLP
Margaret E. Dayton (SBN 274353)
peggy@umklaw.com
767 S. Alameda Street, Suite 270
Los Angeles, CA 90021
Telephone: (213) 394-7979

*Attorneys for Plaintiff*
*Polaris PowerLED Technologies, LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

POLARIS POWERLED TECHNOLOGIES, LLC,

Plaintiff,

v.

SANDISK CORPORATION, and SANDISK TECHNOLOGIES, INC.,

Defendants.

Case No. 2:24-cv-02864-ODW-MAR

**DECLARATION OF SAFRAZ ISHMAEL IN SUPPORT OF PLAINTIFF'S MOTION TO MODIFY THE SCHEDULING ORDER AND EXTEND THE DISCOVERY CUTOFF AND EXPERT DEADLINES**

Discovery Cutoff: Oct. 16, 2026
Pretrial Conference: May 10, 2027
Trial: June 1, 2027

Date: October 5, 2026
Time: 1:30 p.m.
Courtroom: 5D

I, Safraz Ishmael, hereby declare as follows

1. I am counsel of record for Polaris PowerLED Technologies in the above-captioned action.

2. On Wednesday, August 26, 2026, counsel for Polaris and counsel for SandDisk participated in a meet and confer by electronic teleconference to discuss various issues in the litigation.

3. On the meet and confer, I raised the issue of an extension of the case schedule to extend the discovery period by approximately 1 month, and commensurate extensions in the expert discovery schedule. In the meet and confer, I represented that counsel for Polaris is considering this extended schedule in light of the significant deficiencies with SanDisk's document productions, to allow for analysis of the many outstanding technical documents once they are produced, and also to allow for scheduling of the many depositions noticed in the case.

4. On the call, I asked counsel for SanDisk for their thinking on the issue. Mr. Ryan Wong, counsel for SanDisk requested that I send over the proposed amended schedule in writing for SanDisk's consideration.

5. On August, 26, 2026, I emailed counsel for SanDisk the proposed amended schedule.

6. On September 1, 2026, counsel for SanDisk responded by email that SanDisk will prefer to keep the original case schedule and therefore will not agree to the proposed amended schedule.

7. On September 3, 2026, I informed counsel for SanDisk by email that Polaris will proceed with a motion to the Court to extend the case schedule as per Polaris's August 26, 2026 proposal.

8. Later that same day, on September 3, 2026, counsel for SanDisk responded that SanDisk would agree as a compromise to extend the deadline to take depositions to October 30, 2026, but that the proposal does not contemplate any extension of other deadlines in the case schedule.

I declare under the penalties of perjury under the laws of the United States that the foregoing is true and correct.

Safraz W. Ishmael

Executed on: September 4, 2026