KRAMER LLP
Robert F. Kramer (SBN 181706)
rkramer@kramerllp.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@kramerllp.com
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (415) 419-1895

KRAMER LLP
Safraz Ishmael (*pro hac vice*)
sishmael@kramerllp.com
560 Harrison Avenue, Suite 214
Boston, MA 02118
Telephone: (212) 631-7565

KRAMER LLP
Robert Mattson (*pro hac vice*)
rmattson@kramerllp.com
Jeffrey Ahdoot (*pro hac vice*)
jahdoot@kramerllp.com
2121 Eisenhower Avenue, Suite 304
Alexandria, VA 22314
Telephone: (917) 720-0295

UMHOFER, MITCHELL & KING LLP
Margaret E. Dayton (SBN 274353)
peggy@umklaw.com
767 S. Alameda Street, Suite 270
Los Angeles, CA 90021
Telephone: (213) 394-7979

*Attorneys for Plaintiff*
*Polaris PowerLED Technologies, LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

POLARIS POWERLED TECHNOLOGIES, LLC,

Plaintiff,

v.

WESTERN DIGITAL CORPORATION, and WESTERN DIGITAL TECHNOLOGIES, INC.,

Defendants.

Case No. 2:24-cv-02864-ODW-MAR

**[PROPOSED] ORDER GRANTING MOTION TO MODIFY THE SCHEDULING ORDER AND EXTEND THE DISCOVERY CUTOFF AND EXPERT DEADLINES**

Discovery Cutoff: Oct. 16, 2026
Pretrial Conference: May 10, 2027
Trial: June 1, 2027

Date: October 5, 2026
Time: 1:30 p.m.
Courtroom: 5D

Having considered Plaintiff Polaris PowerLED Technologies, LLC's Motion to Modify the Scheduling Order and Extend the Discovery Cutoff and Expert Deadlines, and good cause appearing, the Court hereby GRANTS the Motion.

The Scheduling Order (Dkt. No. 86) is hereby modified as follows:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Fact Discovery Cutoff | October 16, 2026 | Written Discovery cut-off*: October 16, 2026<br><br>*All written discovery / document requests / subpoenas served so that responses (with the exception of responses pursuant to any granted motion to compel) are due by no later than this date.<br><br>Fact deposition cut-off:<br><br>November 13, 2026 |
| Opening Expert Reports | November 13, 2026* | December 4, 2026 |
| Rebuttal Expert Reports | December 4, 2026* | January 6, 2027 |
| Expert Discovery Cutoff | January 8, 2027 | January 15, 2027 |
| File MSJ or Daubert Motion | January 21, 2027 | No change |
| Opposition to MSJ or Daubert Motion | February 11, 2027 | No change |
| Reply to MSJ or Daubert Motion | February 25, 2027 | No change |
| Hearing Motions | March 15, 2027 | No change |
| File Pretrial Documents | April 23, 2027 | No change |
| Motions in Limine | April 23, 2027 | No change |
| Final Pretrial Conference | May 10, 2027 | No change |
| Oppositions to Motions in Limine | May 12, 2027 | No change |
| Hearing on Motions in Limine | May 24, 2027 | No change |
| Final Trial Exhibit Stipulation | May 27, 2027 | No change |
| Jury Trial | June 1, 2027 | No change |

*Calculated based on the expert discovery cut-off according to the Court's standing order. *See* August 21, 2025 Scheduling and Case Management Order, ¶ 5.d.

**IT IS SO ORDERED.**

Dated: ______________________________

Hon. Otis D. Wright