KEKER, VAN NEST & PETERS LLP
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
ERIC HANSON #254570
ehanson@keker.com
ASEEM MEHTA #338020
amehta@keker.com
AMRUTHA DORAI #352697
adorai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants
Sandisk Corporation and
Sandisk Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SANDISK CORPORATION and SANDISK TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 2:24-cv-02864-ODW-MAR<br><br>**NOTICE OF APPEARANCE**<br><br>Dept: Courtroom 5D, 5th Floor<br>Judge: Hon. Otis D. Wright II<br><br>Date Filed: April 9, 2024<br><br>Trial Date: June 1, 2027 |

TO THE HONORABLE CLERK AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Kelly S. Kaufman of Keker, Van Nest & Peters LLP hereby appears as counsel for Defendants Sandisk Corporation and Sandisk Technologies, Inc. Ms. Kaufman is admitted to practice in the State of California and before this Court. Her address, telephone, and facsimile numbers are:

KEKER, VAN NEST & PETERS LLP
Kelly S. Kaufman
633 Battery Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: kkaufman@keker.com

Please serve said counsel with all pleadings, notices, and other filings in this action.

Dated: September 11, 2026

KEKER, VAN NEST & PETERS LLP

By: */s/ Kelly S. Kaufman*
KELLY S. KAUFMAN

Attorneys for Defendants
Sandisk Corporation and Sandisk Technologies, Inc.