# Exhibit 1

HAYNES BOONE

**MARRON E. FRITH**
(214) 651-5147 (Direct Dial)
Marron.Frith@haynesboone.com

November 1, 2024

**VIA EMAILONLY**
jarmstrong@krameralberti.com

Jeremiah A. Armstrong
Kramer Alberti Lim & Tonkovich LLP
950 Tower Lane, Suite 1725
Foster City, CA 94404

Re: Polaris PowerLED Tech., LLC v. Western Digital Corp. et al
Case No. 2:24-cv-02864 (C.D. Ca.)

Counsel:

We write to address significant deficiencies in Polaris's Infringement Contentions served on October 2, 2024. The Northern District of California Patent Local Rules require disclosure of asserted claims and infringement contentions by the Plaintiff including "a chart identifying specifically where and how each limitation of each asserted claim is found within ***each Accused Instrumentality***." Patent L.R. 3-1(c) (emphasis added).

Polaris's Infringement Contentions allege infringement of the Asserted Patents by a laundry list of Western Digital SSD Products, including "WD Black-branded SSDs, WD Red-branded SSDs, WD Blue-branded SSDs, WD Green-branded SSDs, WD Gold-Branded SSDs, WD Ultrastar SSDs, WD PC-branded SSDs, WD CL-branded SSDs, WD Industrial-branded SSDs, WD My Passport SSDs, SanDisk-branded Portable SSDs, SanDisk-branded Extreme M.2 NVMe PCIe Gen 4.0 Internal SSDs and SanDisk-branded SSD PLUS M.2 NVMe PCI Gen 3.0 Internal SSDs ." (Polaris Infringement Contentions at 5-6). However, Polaris's Infringement Contentions include only a single chart specifically identifying only a single product – the WD Black-branded SSDs – for each of the Asserted Patents. The local patent rules require Polaris to provide a chart specifically identifying where and how each asserted claim is found *within each* of the Western Digital SSDs which are accused.

Polaris's Infringement Contentions state that the charts provided "are representative of all the Accused Instrumentalities" but provide no basis for this assertion. For example, the '346 Patent requires performance of a data stripe operation. Polaris cites evidence allegedly showing that the WD Black SN850 performs a data stripe operation in the manner required by the patent.

HAYNES BOONE

However, Polaris provides no evidence that all WD SSD products perform the data stripe operation in the same way or according to the same schema.

Further, Polaris's identification "any other Western Digital and/or SanDisk branded SSD products comprising analogous structures and functions" as Accused Instrumentalities is also improper. (Polaris Infringement Contentions at 5-6). The identification of Accused Instrumentalities must be "as specific as possible" and products should be identified by name or model number. Patent L.R. 3-1(b).

Polaris has served Requests for Production and Interrogatories requesting information about the "Accused Products." However, Polaris's Infringement Contentions only sufficiently identify a single product – the WD Black-branded SSDs – as an Accused Instrumentality. As such, Western Digital will limit its discovery responses to WD Black-branded SSDs unless and until Polaris complies with Patent L.R. 3-1.

Sincerely,

Marron E Frith

Marron E. Frith
Haynes and Boone, LLP