Margaret E. Dayton
UMHOFER, MITCHELL & KING LLP
767 S. Alameda St., Suite 270
Los Angeles, CA 90021

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Polaris PowerLED Technologies, LLC,

Plaintiff(s)

v.

SanDisk Corporation, et al.

Defendant(s).

CASE NUMBER

2:24-cv-02864-ODW-MAR

## (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Glauser, Nicole
*Applicant's Name (Last Name, First Name & Middle Initial*

(512) 791-9250 — *Telephone Number*
(212) 730-8885 — *Fax Number*

nglauser@kramerllp.com
*E-Mail Address*

of

Kramer LLP
500 W 2nd Street, Suite 1900
Austin, Texas 78701
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Polaris PowerLED Technologies, LLC

*Name(s) of Party(ies) Represent* ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* ______

**and designating as Local Counsel**

Dayton, Margaret E.
*Designee's Name (Last Name, First Name & Middle Initial*

274353 — *Designee's Cal. Bar No.*
(213) 394-7979 — *Telephone Number*
(213) 529-1027 — *Fax Number*

pdayton@umklaw.com
*E-Mail Address*

of

Umhofer, Mitchell & King LLP
767 S. Alameda St., Suite 270
Los Angeles, CA 90021
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐GRANTED

☐DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: ______
- ☐ pursuant to L.R. 83-2.1.3.2: ☐Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because ______

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

______
**U.S. District Judge/U.S. Magistrate Judge**