KRAMER LLP
Robert F. Kramer (SBN 181706)
rkramer@kramerllp.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@kramerllp.com
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (415) 419-1895

Safraz Ishmael (*pro hac vice*)
sishmael@kramerllp.com
560 Harrison Avenue, Suite 214
Boston, MA 02118
Telephone: (212) 631-7565

Robert Mattson (*pro hac vice*)
rmattson@kramerllp.com
Jeffrey Ahdoot (*pro hac vice*)
jahdoot@kramerllp.com
2121 Eisenhower Avenue, Suite 304
Alexandria, VA 22314
Telephone: (917) 720-0295

Nicole Glauser (*pro hac vice*)
nglauser@kramerllp.com
500 W. 2nd Street, Suite 1900
Austin, TX 78701
Telephone: (212) 363-1492

UMHOFER, MITCHELL & KING LLP
Margaret E. Dayton (SBN 274353)
peggy@umklaw.com
767 S. Alameda Street, Suite 270
Los Angeles, CA 90021
Telephone: (213) 394-7979

*Attorneys for Plaintiff*
*Polaris PowerLED Technologies, LLC*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

POLARIS POWERLED TECHNOLOGIES, LLC,

Plaintiff,

v.

SANDISK CORPORATION and SANDISK TECHNOLOGIES, INC.,

Defendants.

Case No. 2:24-cv-02864-ODW-MAR

**PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBITS 21-24 TO REPLY IN SUPPORT OF MOTION TO MODIFY SCHEDULING ORDER AND EXTEND DISCOVERY CUTOFF AND EXPERT DEADLINES**

Pursuant to Local Rule 79-5, Plaintiff Polaris PowerLED Technologies, LLC ("Polaris" or "Plaintiff") hereby files this application (the "Application") for an order permitting it to file under seal Exhibits 21-24 of its Reply In Support of Motion to Modify the Scheduling Order and Extend the Discovery Cutoff and Expert Deadlines, as reflected in the attached versions of Exhibits 21-24. This Application is accompanied by the Declaration of Safraz Ishmael in Support of Polaris' Application for Leave to File Under Seal Exhibits 21-24 to Reply in Support of Motion to Modify the Scheduling Order and Extend the Discovery Cutoff and Expert Deadlines ("Ishmael Sealing Decl.").

Polaris seeks to file under seal materials that defendants SanDisk Corporation and SanDisk Technologies ("SanDisk") has designated as Highly Confidential-AEO under the Protective Order in this action (Dkt. 61). It is hereby requested that the Court grant Polaris' Application, and order that the requested portions of Exhibits 21-24 set forth in the Ishmael Sealing Decl are deemed sealed.

Dated: September 21, 2026 **KRAMER LLP**

By: */s/ Robert F. Kramer*

Robert F. Kramer (SBN 181706)
rkramer@kramerllp.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@kramerllp.com
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (415) 419-1895

Safraz Ishmael (*pro hac vice*)
sishmael@kramerllp.com
560 Harrison Avenue, Suite 214
Boston, MA 02118
Telephone: (212) 631-7565

Robert Mattson (*pro hac vice*)
rmattson@kramerllp.com
Jay Guiliano (*pro hac vice* forthcoming)
jguiliano@kramerllp.com
Jeffrey Ahdoot (*pro hac vice*)
jahdoot@kramerllp.com
2121 Eisenhower Avenue, Suite 304
Alexandria, VA 22314
Telephone: (917) 720-0295

Nicole Glauser (*pro hac vice*)
nglauser@kramerllp.com
500 W. 2nd Street, Suite 1900
Austin, TX 78701
Telephone: (212) 363-1492

Margaret E. Dayton (SBN 274353
peggy@umklaw.com
UMHOFER, MITCHELL & KING LLP
767 S. Alameda Street, Suite 270
Los Angeles, CA 90021
Telephone: (213) 394-7979

Attorneys for Plaintiff
POLARIS POWERLED
TECHNOLOGIES, LLC