# EXHIBIT 20

**From:** Jeremiah Armstrong
**To:** KramerLLP-Polaris-WesternDigital
**Subject:** Fwd: Polaris PowerLED Technologies, LLC v. Western Digital Corporation et al., Case No. 2:24-cv-02864 (C.D. Cal.)
**Date:** Friday, May 1, 2026 9:14:53 AM

Begin forwarded message:

**From:** "Samuel F. Koenig" <SKoenig@keker.com>
**Date:** April 30, 2026 at 9:35:19 PM PDT
**To:** Rob Kramer <rkramer@kramerllp.com>, jahdoot@kramerllp.com, mail@jeremiaharmstrong.com, peggy@umklaw.com, rmattson@kramerllp.com, sishmael@kramerllp.com
**Cc:** "Amrutha D. Dorai" <ADorai@keker.com>, Aseem Mehta <AMehta@keker.com>, "Eric B. Hanson" <EHanson@keker.com>, "Erin E. Meyer" <EMeyer@keker.com>, Kaitlyn Houston <KHouston@keker.com>, "Ryan C. Peterson" <RPeterson@keker.com>, "Ryan K. Wong" <RWong@keker.com>, "Samuel F. Koenig" <SKoenig@keker.com>
**Subject: Polaris PowerLED Technologies, LLC v. Western Digital Corporation et al., Case No. 2:24-cv-02864 (C.D. Cal.)**

Counsel:

Please see below a link to Defendants' document production bearing Bates Nos. WDTECH00009968–WDTECH00009970. The password will be sent under separate cover. Please note that the documents in this production are designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the protective order in this case (ECF No. 61).

https://sendfiles.keker.com/link/OJhBpOhn53Nrki7jdYlvGx/download/WDTECH002.zip

Best,
Sam

**Samuel F. Koenig**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2322 direct | 415 391 5400 main
skoenig@keker.com | keker.com

**From:** Samuel F. Koenig
**To:** Rob Kramer; Jeffrey Ahdoot; Jeremiah Armstrong; Robert Mattson; Safraz Ishmael; Peggy Dayton; KramerLLP-Polaris-WesternDigital
**Cc:** Amrutha D. Dorai; Aseem Mehta; Eric B. Hanson; Erin E. Meyer; Kaitlyn Houston; Ryan C. Peterson; Ryan K. Wong; Samuel F. Koenig
**Subject:** Polaris PowerLED Technologies, LLC v. Western Digital Corporation et al., Case No. 2:24-cv-02864 (C.D. Cal.)
**Date:** Monday, May 18, 2026 9:18:50 PM

---

Counsel:

Please see below a link to Defendants' document production bearing Bates Nos. WDTECH00009971–WDTECH00009973. The password will follow under separate cover. Please note that the documents in this production are designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the protective order in this case (ECF No. 61).

https://sendfiles.keker.com/link/fIHhUVm32LRQH1GSVOU29i/download/WDTECH003.zip

Best,
Sam

---

**Samuel F. Koenig**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2322 direct | 415 391 5400 main
skoenig@keker.com | keker.com

KEKER VAN NEST & PETERS

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 391 5400
keker.com

**Samuel F. Koenig**
(415) 676-2322
skoenig@keker.com

June 25, 2026

**VIA EMAIL**

Robert Kramer
Jeremiah A. Armstrong
Jeffrey Ahdoot
Robert C. Mattson
Safraz Ishmael
Kramer LLP
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065

Margaret Dayton
Umhofer, Mitchell & King LLP
767 S. Alameda St., Suite 270
Los Angeles, CA 90021

Re: *Polaris PowerLED Technologies, LLC v. Western Digital Corp. et al.*, 2:24-cv-02864-ODW-MAR (C.D. Cal.)

Counsel:

This letter accompanies Defendants' production volume WDTECH004 bearing Bates numbers WDTECH00009974 through WDTECH00010251. **Please note that documents in this production have been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY pursuant to the Protective Order in this case.**

Please use the following link to access the production:
https://sendfiles.keker.com/link/m5FFFn1JtpkHeS1DeCbdnk/download/WDTECH004.zip

The password will follow under separate cover.

Regards,

KEKER, VAN NEST & PETERS LLP

*/s/ Samuel F. Koenig*

Samuel F. Koenig

KEKER VAN NEST & PETERS

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 391 5400
keker.com

**Amrutha Dorai**
(415) 773-6649
adorai@keker.com

July 8, 2026

**VIA EMAIL**

Robert Kramer
Jeremiah A. Armstrong
Jeffrey Ahdoot
Robert C. Mattson
Safraz Ishmael
Kramer LLP
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065

Margaret Dayton
Umhofer, Mitchell & King LLP
767 S. Alameda St., Suite 270
Los Angeles, CA 90021

Re: *Polaris PowerLED Technologies, LLC v. Western Digital Corp. et al.*, 2:24-cv-02864-ODW-MAR (C.D. Cal.)

Counsel:

This letter accompanies Defendants' production volume WDTECH005 bearing Bates numbers WDTECH00010252 through WDTECH00013081. **Please note that the documents in this production have been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY pursuant to the Protective Order in this case.**

Please use the following link to access the production:

https://sendfiles.keker.com/link/ZBR7IAYGmr9xOydoPlPKgz/download/WDTECH005.zip

The password will follow under separate cover.

Regards,

KEKER, VAN NEST & PETERS LLP

*/s/ Amrutha Dorai*

Amrutha Dorai

KEKER VAN NEST & PETERS

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 391 5400
keker.com

**Aseem Mehta**
(415) 676-2326
amehta@keker.com

July 17, 2026

**VIA EMAIL**

Kramer LLP
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065

Re: *Polaris PowerLED Technologies, LLC v. Western Digital Corp. et al.*, 2:24-cv-02864-ODW-MAR (C.D. Cal.)

Counsel:

Defendants have reviewed the non-source code files made available as part of the source code production, referenced in the second paragraph of Mr. Guiliano's July 8, 2026 letter. Defendants have already produced the vast majority of those files to Plaintiff. Appendix A to this letter provides the Bates numbers for the documents that were previously produced.

The remainder of the documents are included in Defendants' production volume WDTECH006 bearing Bates numbers WDTECH00013082 through WDTECH00018207. **Please note that the documents in this production have been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY pursuant to the Protective Order in this case.**

Please use the following link to access the production:
https://sendfiles.keker.com/link/IpIYuya2dsc25lB3Emyvhl/download/WDTECH006.zip

The password will follow under separate cover.

Regards,

**KEKER, VAN NEST & PETERS LLP**

*/s/ Aseem Mehta*

Aseem Mehta

**APPENDIX A**

**PREVIOUSLY PRODUCED DOCUMENTS**

| ProdBegBates | ProdEndBates |
|---|---|
| WDTECH00009031 | WDTECH00009057 |
| WDTECH00005841 | WDTECH00005864 |
| WDTECH00008979 | WDTECH00009002 |
| WDTECH00009184 | WDTECH00009225 |
| WDTECH00009230 | WDTECH00009257 |
| WDTECH00005810 | WDTECH00005825 |
| WDTECH00005737 | WDTECH00005777 |
| WDTECH00005826 | WDTECH00005840 |
| WDTECH00005724 | WDTECH00005736 |
| WDTECH00006567 | WDTECH00006816 |
| WDTECH00006886 | WDTECH00007191 |
| WDTECH00005865 | WDTECH00006113 |
| WDTECH00006114 | WDTECH00006172 |
| WDTECH00006865 | WDTECH00006885 |
| WDTECH00011309 | WDTECH00011386 |
| WDTECH00011835 | WDTECH00011912 |
| WDTECH00012639 | WDTECH00012716 |
| WDTECH00012477 | WDTECH00012519 |
| WDTECH00011387 | WDTECH00011435 |
| WDTECH00010793 | WDTECH00010836 |
| WDTECH00005037 | WDTECH00005365 |
| WDTECH00005366 | WDTECH00005723 |
| WDTECH00010380 | WDTECH00010738 |
| WDTECH00001337 | WDTECH00001469 |
| WDTECH00002987 | WDTECH00003325 |
| WDTECH00004690 | WDTECH00005036 |
| WDTECH00004334 | WDTECH00004689 |
| WDTECH00010837 | WDTECH00011030 |
| WDTECH00003629 | WDTECH00003976 |
| WDTECH00003977 | WDTECH00004333 |
| WDTECH00012520 | WDTECH00012638 |
| WDTECH00011483 | WDTECH00011557 |
| WDTECH00011960 | WDTECH00012036 |
| WDTECH00012764 | WDTECH00012840 |
| WDTECH00011731 | WDTECH00011807 |

| ProdBegBates | ProdEndBates |
|---|---|
| WDTECH00011081 | WDTECH00011134 |
| WDTECH00006173 | WDTECH00006219 |
| WDTECH00006220 | WDTECH00006266 |
| WDTECH00011436 | WDTECH00011482 |
| WDTECH00011913 | WDTECH00011959 |
| WDTECH00012717 | WDTECH00012763 |
| WDTECH00011677 | WDTECH00011730 |
| WDTECH00011031 | WDTECH00011080 |
| WDTECH00012037 | WDTECH00012060 |
| WDTECH00012841 | WDTECH00012864 |
| WDTECH00011808 | WDTECH00011834 |
| WDTECH00011558 | WDTECH00011584 |
| WDTECH00011585 | WDTECH00011629 |
| WDTECH00012061 | WDTECH00012106 |
| WDTECH00012865 | WDTECH00012910 |
| WDTECH00011135 | WDTECH00011163 |
| WDTECH00011630 | WDTECH00011652 |
| WDTECH00012107 | WDTECH00012129 |
| WDTECH00012911 | WDTECH00012933 |
| WDTECH00011164 | WDTECH00011186 |
| WDTECH00011653 | WDTECH00011676 |
| WDTECH00005778 | WDTECH00005809 |
| WDTECH00012130 | WDTECH00012257 |
| WDTECH00012258 | WDTECH00012334 |
| WDTECH00009258 | WDTECH00009298 |
| WDTECH00009357 | WDTECH00009408 |
| WDTECH00009089 | WDTECH00009169 |
| WDTECH00012934 | WDTECH00012965 |
| WDTECH00001527 | WDTECH00001826 |
| WDTECH00003326 | WDTECH00003628 |
| WDTECH00009013 | WDTECH00009030 |
| WDTECH00009058 | WDTECH00009086 |

KEKER VAN NEST & PETERS

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 391 5400
keker.com

**Amrutha Dorai**
(415) 773-6649
adorai@keker.com

July 30, 2026

**VIA EMAIL**

Kramer LLP
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065

Re: *Polaris PowerLED Technologies, LLC v. Western Digital Corp. et al.*, 2:24-cv-02864-ODW-MAR (C.D. Cal.)

Counsel:

This letter contains Defendants' production volume WDTECH007 bearing Bates numbers WDTECH00018208 through WDTECH00018412. **Please note that the documents in this production have been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY pursuant to the Protective Order in this case.**

Please use the following link to access the production:

https://sendfiles.keker.com/link/D9cjDgNZ9QpdGLFSxndh5i

The password will follow under separate cover.

Regards,

**KEKER, VAN NEST & PETERS LLP**

*/s/ Amrutha Dorai*

Amrutha Dorai

KEKER
VAN NEST
& PETERS

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 391 5400
keker.com

**Amrutha Dorai**
(415) 773-6649
adorai@keker.com

August 21, 2026

**VIA EMAIL**

Kramer LLP
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065

Re: *Polaris PowerLED Technologies, LLC v. Sandisk Corp. et al.*, 2:24-cv-02864-ODW-MAR (C.D. Cal.)

Counsel:

This letter contains Defendants' production volume WDTECH008 bearing Bates numbers WDTECH00018413 through WDTECH00022918. **Please note that the documents in this production have been designated CONFIDENTIAL, HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY, or HIGHLY CONFIDENTIAL - SOURCE CODE pursuant to the Protective Order in this case.**

Please use the following link to access the production:

https://sendfiles.keker.com/link/Z6FSGAXKLkP5pjkXpee0sX/download/WDTECH008.zip

The password will follow under separate cover.

Regards,

**KEKER, VAN NEST & PETERS LLP**

*/s/ Amrutha Dorai*

Amrutha Dorai

KEKER VAN NEST & PETERS

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 391 5400
keker.com

**Amrutha Dorai**
(415) 773-6649
adorai@keker.com

September 4, 2026

**VIA EMAIL**

Kramer LLP
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065

Re: *Polaris PowerLED Technologies, LLC v. Sandisk Corp. et al.*, 2:24-cv-02864-ODW-MAR (C.D. Cal.)

Counsel:

This letter contains Defendants' production volume SDTECH009 bearing Bates numbers SDTECH00022919 through SDTECH00048950. **Please note that documents in this production have been designated CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY pursuant to the Protective Order in this case.**

Please use the following link to access the production:

https://sendfiles.keker.com/link/KnvGbahNVkUmYmTxcjDERh/download/SDTECH009.zip

The password will follow under separate cover.

Regards,

**KEKER, VAN NEST & PETERS LLP**

*/s/ Amrutha Dorai*

Amrutha Dorai

KEKER VAN NEST & PETERS

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 391 5400
keker.com

**Kelly S. Kaufman**
(415) 676-2339
kkaufman@keker.com

September 14, 2026

**VIA EMAIL**

Kramer LLP
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065

Re: *Polaris PowerLED Technologies, LLC v. Sandisk Corp. et al.*, 2:24-cv-02864-ODW-MAR (C.D. Cal.)

Counsel:

This letter contains Defendants' production volume SDTECH010 bearing Bates numbers SDTECH00048951 through SDTECH00064773. **Please note that documents in this production have been designated CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY pursuant to the Protective Order in this case.**

Please use the following link to access the production:

https://sendfiles.keker.com/link/2YoNyQX4zvaUkvS8GqjtjA/download/SDTECH010.zip

The password will follow under separate cover.

Regards,

**KEKER, VAN NEST & PETERS LLP**

*/s/ Kelly S. Kaufman*

Kelly S. Kaufman

KEKER VAN NEST & PETERS

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 391 5400
keker.com

**Aseem Mehta**
(415) 676-2326
amehta@keker.com

September 15, 2026

**VIA EMAIL**

Kramer LLP
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065

Re: *Polaris PowerLED Technologies, LLC v. Sandisk Corp. et al.*, 2:24-cv-02864-ODW-MAR (C.D. Cal.)

Counsel:

This letter contains Defendants' production volume SDTECH011 bearing Bates numbers SDTECH00064774 through SDTECH00065529. **Please note that documents in this production have been designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY pursuant to the Protective Order in this case.**

Please use the following link to access the production:

https://sendfiles.keker.com/link/XsbKd8MDkUxCdy6h6b7z6H/download/SDTECH011.zip

The password will follow under separate cover.

Regards,

**KEKER, VAN NEST & PETERS LLP**

*/s/ Aseem Mehta*

Aseem Mehta