# EXHIBIT 25

**From: Samuel F. Koenig <SKoenig@keker.com>**
**Sent: Thursday, June 18, 2026 2:38 PM**
**To: Jeremiah Armstrong <jarmstrong@kramerllp.com>; PPOWER-KVP <PPOWERKVP@keker.com>**
**Cc: KramerLLP-Polaris-WesternDigital <kramerllp-polaris-westerndigital@kramerllp.com>**
**Subject: RE: Polaris PowerLED Technologies, LLC v. Western Digital Corporation et al., Case No. 2:24-cv-02864 (C.D. Cal.)**

**Hi Jeremiah,**

**Thank you for confirming with Steven.**

**The Protective Order contemplates a single "Source Code Computer" for the review of highly confidential source code. Given the sensitivity of the code at issue, we need to adhere to the Protective Order and limit the review to a single computer.**

**Best,**
**Sam**

---

**Samuel F. Koenig**
**Keker, Van Nest & Peters LLP**
**633 Battery Street**
**San Francisco, CA 94111-1809**
**415 676 2322 direct | 415 391 5400 main**
**skoenig@keker.com | keker.com**

**From:** Jeremiah Armstrong <jarmstrong@kramerllp.com>
**Sent:** Wednesday, June 17, 2026 5:07 PM
**To:** Samuel F. Koenig <SKoenig@keker.com>; PPOWER-KVP <PPOWERKVP@keker.com>
**Cc:** KramerLLP-Polaris-WesternDigital <kramerllp-polaris-westerndigital@kramerllp.com>
**Subject:** Re: Polaris PowerLED Technologies, LLC v. Western Digital Corporation et al., Case No. 2:24-cv-02864 (C.D. Cal.)

**[EXTERNAL]**

---

Hi Sam,

Thank you for getting back to me. I will confirm with Steven his departure times for Monday and Tuesday. Also, can you please set up two duplicate source code review machines at your office so that we can have two reviewers working at the same time for the sake of efficiency and hopefully to minimize the amount of time reviewers need to spend at your office?

Thank you,
—Jeremiah

**Jeremiah Armstrong** | Of Counsel
**Kramer LLP**
303 Twin Dolphin Drive
Suite 600
Redwood City, CA 94065
(D) 213.985.2950
jarmstrong@kramerllp.com | kramerllp.com | biography
Silicon Valley • New York • Austin • Boston • Washington, D.C.
Confidentiality Notice: This communication is for the intended recipient only and may be privileged. Unauthorized use is prohibited.