# EXHIBIT 26

**From:** Eric B. Hanson <EHanson@keker.com>
**Sent:** Wednesday, September 2, 2026 6:02 PM
**To:** Rachael Chan <rchan@kramerllp.com>; KramerLLP-Polaris-WesternDigital <kramerllp-polaris-westerndigital@kramerllp.com>; Peggy Dayton <peggy@umklaw.com>; Safraz Ishmael <sishmael@kramerllp.com>
**Cc:** Aseem Mehta <AMehta@keker.com>; PPOWER-KVP <PPOWERKVP@keker.com>
**Subject:** RE: Polaris PowerLED Technologies, LLC v. Western Digital Corporation et al., Case No. 2:24-cv-02864 (C.D. Cal.)

Hi Rachael,

Sandisk is available to meet and confer with Polaris on Tuesday, September 8, which is 10 days after Polaris' Friday afternoon service of its deficiency letter. *See* Fed. R. Civ. P. 6(a)(1)(C). Please let us know a time between 1:30 and 2:30pm Pacific that works for you.

Relatedly, as we have previously indicated, this week Sandisk will produce documents and source-code related files responsive to many of the categories Polaris raises in its letter, which we expect will address most if not all of Polaris' concerns.

Thanks,

Eric

**Eric B. Hanson**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2349 direct | 415 391 5400 main
ehanson@keker.com | keker.com