# EXHIBIT 27

| | |
|---|---|
| **From:** | Aseem Mehta |
| **To:** | Safraz Ishmael; Eric B. Hanson; Rachael Chan; Amrutha D. Dorai; PPOWER-KVP |
| **Cc:** | KramerLLP-Polaris-WesternDigital; Peggy Dayton |
| **Subject:** | RE: Polaris PowerLED Technologies, LLC v. Western Digital Corporation et al., Case No. 2:24-cv-02864 (C.D. Cal.) |
| **Date:** | Friday, September 18, 2026 12:24:29 PM |

Safraz,

Confirming that the source code computer will be available for Ms. Dacayannan to review next week 9/22-25.

Regards,
Aseem

**Aseem Mehta** (he/him)
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2326 direct | 415 391 5400 main
amehta@keker.com | vcard | keker.com

**From:** Safraz Ishmael <sishmael@kramerllp.com>
**Sent:** Thursday, September 17, 2026 8:26 AM
**To:** Eric B. Hanson <EHanson@keker.com>; Aseem Mehta <AMehta@keker.com>; Rachael Chan <rchan@kramerllp.com>; Amrutha D. Dorai <ADorai@keker.com>; PPOWER-KVP <PPOWERKVP@keker.com>
**Cc:** KramerLLP-Polaris-WesternDigital <kramerllp-polaris-westerndigital@kramerllp.com>; Peggy Dayton <peggy@umklaw.com>
**Subject:** Re: Polaris PowerLED Technologies, LLC v. Western Digital Corporation et al., Case No. 2:24-cv-02864 (C.D. Cal.)

**[EXTERNAL]**

Thanks, Eric.

Our source code reviewer (Hannah Dacayannan) will be at your office starting next week Tuesday (Sept. 22) to continue her review. She expects to be there through Friday, Sept. 25.

Best,

Safraz.

**Safraz Ishmael** | Partner
**Kramer LLP**
560 Harrison Avenue, Suite 214
Boston, MA 02118
(D) 617.510.4871