# EXHIBIT 29

KEKER, VAN NEST & PETERS LLP
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
ERIC HANSON #254570
ehanson@keker.com
ASEEM MEHTA #338020
amehta@keker.com
AMRUTHA DORAI #352697
adorai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants
WESTERN DIGITAL CORPORATION and
WESTERN DIGITAL TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION and WESTERN DIGITAL TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 2:24-cv-02864-ODW-MAR<br><br>**DEFENDANTS' NOTICE OF SUBPOENA TO JAYESH PATEL TO TESTIFY AT A DEPOSITION AND PRODUCE DOCUMENTS**<br><br>Dept: Courtroom 5D, 5th Floor<br>Judge: Hon. Otis D. Wright II<br><br>Date Filed: April 9, 2024<br>Trial Date: June 1, 2027 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendants Western Digital Corporation and Western Digital Technologies ("Western Digital") will serve the subpoena attached hereto ("Subpoena") requesting that third party Jayesh Patel:

1. Testify at the time and location specified in the Subpoena or another mutually agreeable time and location; and

2. Produce documents and things identified in Attachment A to the Subpoena by the date specified in the Subpoena.

Dated: July 31, 2026

KEKER, VAN NEST & PETERS LLP

By: *s/Amrutha Dorai*
RYAN K. WONG
ERIN E. MEYER
ERIC HANSON
ASEEM MEHTA
AMRUTHA DORAI

Attorneys for Defendants
WESTERN DIGITAL CORPORATION and
WESTERN DIGITAL TECHNOLOGIES, INC.

KEKER, VAN NEST & PETERS LLP
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
ERIC HANSON #254570
ehanson@keker.com
ASEEM MEHTA #338020
amehta@keker.com
AMRUTHA DORAI #352697
adorai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants
WESTERN DIGITAL CORPORATION and
WESTERN DIGITAL TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION and WESTERN DIGITAL TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 2:24-cv-02864-ODW-MAR<br><br>**DEFENDANTS' NOTICE OF SUBPOENA TO INNA LEVIT TO TESTIFY AT A DEPOSITION AND PRODUCE DOCUMENTS**<br><br>Dept: Courtroom 5D, 5th Floor<br>Judge: Hon. Otis D. Wright II<br><br>Date Filed: April 9, 2024<br><br>Trial Date: June 1, 2027 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendants Western Digital Corporation and Western Digital Technologies ("Western Digital") will serve the subpoena attached hereto ("Subpoena") requesting that third party Inna Levit:

1. Testify at the time and location specified in the Subpoena or another mutually agreeable time and location; and

2. Produce documents and things identified in Attachment A to the Subpoena by the date specified in the Subpoena.

Dated: July 31, 2026

KEKER, VAN NEST & PETERS LLP

By: *s/Amrutha Dorai*
RYAN K. WONG
ERIN E. MEYER
ERIC HANSON
ASEEM MEHTA
AMRUTHA DORAI

Attorneys for Defendants
WESTERN DIGITAL CORPORATION and
WESTERN DIGITAL TECHNOLOGIES, INC.

KEKER, VAN NEST & PETERS LLP
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
ERIC HANSON #254570
ehanson@keker.com
ASEEM MEHTA #338020
amehta@keker.com
AMRUTHA DORAI #352697
adorai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants
WESTERN DIGITAL CORPORATION and
WESTERN DIGITAL TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION and WESTERN DIGITAL TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 2:24-cv-02864-ODW-MAR<br><br>**DEFENDANTS' NOTICE OF SUBPOENA TO IHAB JASER TO TESTIFY AT A DEPOSITION AND PRODUCE DOCUMENTS**<br><br>Dept: Courtroom 5D, 5th Floor<br>Judge: Hon. Otis D. Wright II<br><br>Date Filed: April 9, 2024<br><br>Trial Date: June 1, 2027 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendants Western Digital Corporation and Western Digital Technologies ("Western Digital") will serve the subpoena attached hereto ("Subpoena") requesting that third party Ihab Jaser:

1. Testify at the time and location specified in the Subpoena or another mutually agreeable time and location; and

2. Produce documents and things identified in Attachment A to the Subpoena by the date specified in the Subpoena.

Dated: July 31, 2026

KEKER, VAN NEST & PETERS LLP

By: *s/Amrutha Dorai*
RYAN K. WONG
ERIN E. MEYER
ERIC HANSON
ASEEM MEHTA
AMRUTHA DORAI

Attorneys for Defendants
WESTERN DIGITAL CORPORATION and
WESTERN DIGITAL TECHNOLOGIES, INC.

KEKER, VAN NEST & PETERS LLP
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
ERIC HANSON #254570
ehanson@keker.com
ASEEM MEHTA #338020
amehta@keker.com
AMRUTHA DORAI #352697
adorai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants
WESTERN DIGITAL CORPORATION and
WESTERN DIGITAL TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION and WESTERN DIGITAL TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 2:24-cv-02864-ODW-MAR<br><br>**DEFENDANTS' NOTICE OF SUBPOENA TO NVM EXPRESS, INC. TO PRODUCE DOCUMENTS**<br><br>Dept: Courtroom 5D, 5th Floor<br>Judge: Hon. Otis D. Wright II<br><br>Date Filed: April 9, 2024<br><br>Trial Date: June 1, 2027 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendants Western Digital Corporation and Western Digital Technologies ("Western Digital") will serve the subpoena attached hereto ("Subpoena") requesting that third party NVMe Express, Inc. produce documents and things identified in Attachment A to the Subpoena by the date specified in the Subpoena.

Dated: July 31, 2026

KEKER, VAN NEST & PETERS LLP

By: *s/Amrutha Dorai*
RYAN K. WONG
ERIN E. MEYER
ERIC HANSON
ASEEM MEHTA
AMRUTHA DORAI

Attorneys for Defendants
WESTERN DIGITAL CORPORATION and
WESTERN DIGITAL TECHNOLOGIES, INC.

KEKER, VAN NEST & PETERS LLP
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
ERIC HANSON #254570
ehanson@keker.com
ASEEM MEHTA #338020
amehta@keker.com
AMRUTHA DORAI #352697
adorai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants
WESTERN DIGITAL CORPORATION and
WESTERN DIGITAL TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION and WESTERN DIGITAL TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 2:24-cv-02864-ODW-MAR<br><br>**DEFENDANTS' NOTICE OF SUBPOENA TO PETER Z. ONUFRYK TO TESTIFY AT A DEPOSITION AND PRODUCE DOCUMENTS**<br><br>Dept: Courtroom 5D, 5th Floor<br>Judge: Hon. Otis D. Wright II<br><br>Date Filed: April 9, 2024<br><br>Trial Date: June 1, 2027 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendants Western Digital Corporation and Western Digital Technologies ("Western Digital") will serve the subpoena attached hereto ("Subpoena") requesting that third party Peter Z. Onufryk:

1. Testify at the time and location specified in the Subpoena or another mutually agreeable time and location; and

2. Produce documents and things identified in Attachment A to the Subpoena by the date specified in the Subpoena.

Dated: July 31, 2026

KEKER, VAN NEST & PETERS LLP

By: *s/Amrutha Dorai*
RYAN K. WONG
ERIN E. MEYER
ERIC HANSON
ASEEM MEHTA
AMRUTHA DORAI

Attorneys for Defendants
WESTERN DIGITAL CORPORATION and
WESTERN DIGITAL TECHNOLOGIES, INC.

KEKER, VAN NEST & PETERS LLP
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
ERIC HANSON #254570
ehanson@keker.com
ASEEM MEHTA #338020
amehta@keker.com
AMRUTHA DORAI #352697
adorai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants
Sandisk Corporation and
Sandisk Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SANDISK CORPORATION and SANDISK TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 2:24-cv-02864-ODW-MAR<br><br>**DEFENDANTS' AMENDED NOTICE OF SUBPOENA TO JAYESH PATEL TO TESTIFY AT A DEPOSITION AND PRODUCE DOCUMENTS**<br><br>Dept: Courtroom 5D, 5th Floor<br>Judge: Hon. Otis D. Wright II<br><br>Date Filed: April 9, 2024<br><br>Trial Date: June 1, 2027 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendants Western Digital Corporation and Western Digital Technologies ("Western Digital") will serve the subpoena attached hereto ("Subpoena") requesting that third party Jayesh Patel:

1. Testify at the time and location specified in the Subpoena or another mutually agreeable time and location; and

2. Produce documents and things identified in Attachment A to the Subpoena by the date specified in the Subpoena.

Dated: August 24, 2026

KEKER, VAN NEST & PETERS LLP

By: *s/Amrutha Dorai*
RYAN K. WONG
ERIN E. MEYER
ERIC HANSON
ASEEM MEHTA
AMRUTHA DORAI

Attorneys for Defendants
Sandisk Corporation and Sandisk Technologies, Inc.

KEKER, VAN NEST & PETERS LLP
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
ERIC HANSON #254570
ehanson@keker.com
ASEEM MEHTA #338020
amehta@keker.com
AMRUTHA DORAI #352697
adorai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants
Sandisk Corporation and
Sandisk Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SANDISK CORPORATION and SANDISK TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 2:24-cv-02864-ODW-MAR<br><br>**DEFENDANTS' AMENDED NOTICE OF SUBPOENA TO MICROCHIP TECHNOLOGY TO TESTIFY AND TO PRODUCE DOCUMENTS**<br><br>Dept: Courtroom 5D, 5th Floor<br>Judge: Hon. Otis D. Wright II<br><br>Date Filed: April 9, 2024<br><br>Trial Date: June 1, 2027 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendants Sandisk Corporation and Sandisk Technologies, Inc. ("Sandisk") will serve the subpoena attached hereto ("Subpoena") requesting that third party Microchip Technology:

1. Produce documents and things identified in Attachment A to the Subpoena by the date specified in the Subpoena; and

2. Testify at the time and location specified in the Subpoena or another mutually agreeable time and location on the Deposition Topics identified in Attachment B to the Subpoena.

Dated: September 4, 2026 KEKER, VAN NEST & PETERS LLP

By: *s/Amrutha Dorai*
RYAN K. WONG
ERIN E. MEYER
ERIC HANSON
ASEEM MEHTA
AMRUTHA DORAI

Attorneys for Defendants
Sandisk Corporation and Sandisk Technologies, Inc.

KEKER, VAN NEST & PETERS LLP
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
ERIC HANSON #254570
ehanson@keker.com
ASEEM MEHTA #338020
amehta@keker.com
AMRUTHA DORAI #352697
adorai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants
Sandisk Corporation and
Sandisk Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

POLARIS POWERLED TECHNOLOGIES, LLC,

Plaintiff,

v.

SANDISK CORPORATION and SANDISK TECHNOLOGIES, INC.,

Defendants.

Case No. 2:24-cv-02864-ODW-MAR

**DEFENDANTS' AMENDED NOTICE OF SUBPOENA TO NVM EXPRESS, INC. TO TESTIFY AND TO PRODUCE DOCUMENTS**

Dept: Courtroom 5D, 5th Floor
Judge: Hon. Otis D. Wright II

Date Filed: April 9, 2024

Trial Date: June 1, 2027

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendants Sandisk Corporation and Sandisk Technologies, Inc. ("Sandisk") will serve the subpoena attached hereto ("Subpoena") requesting that third party NVM Express, Inc.:

1. Produce documents and things identified in Attachment A to the Subpoena by the date specified in the Subpoena; and

2. Testify at the time and location specified in the Subpoena or another mutually agreeable time and location on the Deposition Topics identified in Attachment B to the Subpoena.

Dated: September 4, 2026

KEKER, VAN NEST & PETERS LLP

By: *s/Amrutha Dorai*
RYAN K. WONG
ERIN E. MEYER
ERIC HANSON
ASEEM MEHTA
AMRUTHA DORAI

Attorneys for Defendants
Sandisk Corporation and Sandisk
Technologies, Inc.

KEKER, VAN NEST & PETERS LLP
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
ERIC HANSON #254570
ehanson@keker.com
ASEEM MEHTA #338020
amehta@keker.com
AMRUTHA DORAI #352697
adorai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants
Sandisk Corporation and
Sandisk Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SANDISK CORPORATION and SANDISK TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 2:24-cv-02864-ODW-MAR<br><br>**DEFENDANTS' NOTICE OF SUBPOENA TO INTEL CORPORATION TO TESTIFY AND TO PRODUCE DOCUMENTS**<br><br>Dept: Courtroom 5D, 5th Floor<br>Judge: Hon. Otis D. Wright II<br><br>Date Filed: April 9, 2024<br><br>Trial Date: June 1, 2027 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendants Sandisk Corporation and Sandisk Technologies, Inc. ("Sandisk") will serve the subpoena attached hereto ("Subpoena") requesting that third party Intel Corporation:

1. Produce documents and things identified in Attachment A to the Subpoena by the date specified in the Subpoena; and

2. Testify at the time and location specified in the Subpoena or another mutually agreeable time and location on the Deposition Topics identified in Attachment B to the Subpoena.

Dated: September 4, 2026

KEKER, VAN NEST & PETERS LLP

By: *s/Amrutha Dorai*
RYAN K. WONG
ERIN E. MEYER
ERIC HANSON
ASEEM MEHTA
AMRUTHA DORAI

Attorneys for Defendants
Sandisk Corporation and Sandisk Technologies, Inc.

KEKER, VAN NEST & PETERS LLP
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
ERIC HANSON #254570
ehanson@keker.com
ASEEM MEHTA #338020
amehta@keker.com
AMRUTHA DORAI #352697
adorai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants
WESTERN DIGITAL CORPORATION and
WESTERN DIGITAL TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION and WESTERN DIGITAL TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 2:24-cv-02864-ODW-MAR<br><br>**DEFENDANTS' AMENDED NOTICE OF SUBPOENA TO INNA LEVIT TO TESTIFY AT A DEPOSITION AND PRODUCE DOCUMENTS**<br><br>Dept: Courtroom 5D, 5th Floor<br>Judge: Hon. Otis D. Wright II<br><br>Date Filed: April 9, 2024<br><br>Trial Date: June 1, 2027 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendants Western Digital Corporation and Western Digital Technologies ("Western Digital") will serve the subpoena attached hereto ("Subpoena") requesting that third party Inna Levit:

1. Testify at the time and location specified in the Subpoena or another mutually agreeable time and location; and

2. Produce documents and things identified in Attachment A to the Subpoena by the date specified in the Subpoena.

Dated: September 14, 2026

KEKER, VAN NEST & PETERS LLP

By: *s/Aseem Mehta*
RYAN K. WONG
ERIN E. MEYER
ERIC HANSON
ASEEM MEHTA
AMRUTHA DORAI

Attorneys for Defendants
WESTERN DIGITAL CORPORATION and
WESTERN DIGITAL TECHNOLOGIES, INC.

KEKER, VAN NEST & PETERS LLP
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
ERIC HANSON #254570
ehanson@keker.com
KELLY KAUFMAN #328827
kkaufman@keker.com
ASEEM MEHTA #338020
amehta@keker.com
AMRUTHA DORAI #352697
adorai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants
SANDISK CORPORATION and
SANDISK TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

POLARIS POWERLED TECHNOLOGIES, LLC,

Plaintiff,

v.

SANDISK CORPORATION and SANDISK TECHNOLOGIES, INC.,

Defendants.

Case No. 2:24-cv-02864-ODW-MAR

**DEFENDANTS' NOTICE OF SUBPOENA TO MICRON TECHNOLOGY, INC. TO TESTIFY AT A DEPOSITION AND PRODUCE DOCUMENTS**

Dept: Courtroom 5D, 5th Floor
Judge: Hon. Otis D. Wright II

Date Filed: April 9, 2024

Trial Date: June 1, 2027

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendants Sandisk Corporation and Sandisk Technologies, Inc. ("Sandisk") will serve the subpoena attached hereto ("Subpoena") requesting that third party Micron Technology, Inc.:

1. Produce documents and things identified in Exhibit A to the Subpoena by the date specified in the Subpoena; and

2. Testify on matters identified in Exhibit B to the Subpoena at the time and location specified in the Subpoena or another mutually agreeable time and location.

Dated: September 14, 2026 KEKER, VAN NEST & PETERS LLP

By: */s/ Ryan Wong*

RYAN K. WONG
ERIN E. MEYER
ERIC HANSON
KELLY KAUFMAN
ASEEM MEHTA
AMRUTHA DORAI

Attorneys for Defendants
SANDISK CORPORATION and
SANDISK TECHNOLOGIES, INC.