# EXHIBIT 30

KRAMER LLP
Robert F. Kramer (SBN 181706)
rkramer@kramerllp.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@kramerllp.com
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (415) 419-1895

Safraz Ishmael (*pro hac vice*)
sishmael@kramerllp.com
131 Dartmouth Street, 3rd Floor
Boston, MA 02116
Telephone: (212) 631-7565

Robert Mattson
rmattson@kramerllp.com
Jay Guiliano (*pro hac vice* forthcoming)
jguiliano@kramerllp.com
Jeffrey Ahdoot (pro hac vice)
jahdoot@kramerllp.com
2121 Eisenhower Avenue, Suite 304
Alexandria, VA 22314
Telephone: (917) 720-0295

Nicole Glauser (*pro hac vice* forthcoming)
nglauser@kramerllp.com
500 W. 2nd Street, Suite 1900
Austin, TX 78701
Telephone: (212) 363-1492

*Attorneys for Plaintiff*
*Polaris PowerLED Technologies, LLC*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br>Plaintiff,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION, and WESTERN DIGITAL TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 2:24-cv-02864-ODW-MAR<br><br>**PLAINTIFF'S NOTICE OF RULE 30(b)(6) DEPOSITION OF WESTERN DIGITAL CORPORATION AND WESTERN DIGITAL TECHNOLOGIES, INC.** |

Respectfully submitted,

Dated: June 19, 2026

By: */s/ Jeffrey D. Ahdoot*

Robert F. Kramer (SBN 181706)
rkramer@kramerllp.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@kramerllp.com
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (415) 419-1895

Safraz Ishmael (*pro hac vice*)
sishmael@kramerllp.com
131 Dartmouth Street, 3rd Floor
Boston, MA 02116
Telephone: (212) 631-7565

Robert Mattson (*pro hac vice*)
rmattson@kramerllp.com
Jay Guiliano (*pro hac vice* forthcoming)
jguiliano@kramerllp.com
Jeffrey D. Ahdoot (*pro hac vice*)
jahdoot@kramerllp.com
2121 Eisenhower Avenue, Suite 304
Alexandria, VA 22314
Telephone: (917) 720-0295

Nicole Glauser (*pro hac vice* forthcoming)
nglauser@kramerllp.com
500 W. 2nd Street, Suite 1900
Austin, TX 78701
Telephone: (212) 363-1492

Margaret E. Dayton (SBN 274353)
peggy@umklaw.com
UMHOFER, MITCHELL & KING LLP
767 S. Alameda Street, Suite 270
Los Angeles, CA 90021
Telephone: (213) 394-7979

Attorneys for Plaintiff
POLARIS POWERLED TECHNOLOGIES, LLC

# CERTIFICATE OF SERVICE

I, Jeffrey D. Ahdoot, hereby declare:

I am over the age of eighteen years and not a party to this action. My business address is 2121 Eisenhower Avenue, Suite 304 Alexandria, VA 22314.

On June 19, 2026, I caused the foregoing document described as:

- **PLAINTIFF'S NOTICE OF RULE 30(b)(6) DEPOSITION OF WESTERN DIGITAL CORPORATION AND WESTERN DIGITAL TECHNOLOGIES, INC.**

to be served upon the following, at the addresses stated below, via email:

**KEKER, VAN NEST & PETERS LLP**
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
ERIC HANSON #254570
ehanson@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

*Attorneys for Defendants*
*Western Digital Corporation and*
*Western Digital Technologies, Inc.*

*Attorneys for Defendants Western Digital Corporation and Western Digital Technologies, Inc.,*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 19, 2026

______*/s/ Jeffrey D. Ahdoot*_________
Jeffrey D. Ahdoot