# EXHIBIT 32

KRAMER LLP
Robert F. Kramer (SBN 181706)
rkramer@kramerllp.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@kramerllp.com
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (415) 419-1895

Safraz Ishmael (*pro hac vice*)
sishmael@kramerllp.com
131 Dartmouth Street, 3rd Floor
Boston, MA 02116
Telephone: (212) 631-7565

Robert Mattson (*pro hac vice*)
rmattson@kramerllp.com
Jay Guiliano (*pro hac vice* forthcoming)
jguiliano@kramerllp.com
Jeffrey Ahdoot (*pro hac vice*)
jahdoot@kramerllp.com
2121 Eisenhower Avenue, Suite 304
Alexandria, VA 22314
Telephone: (917) 720-0295

*Attorneys for Plaintiff*
*Polaris PowerLED Technologies, LLC*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br>Plaintiff,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION and WESTERN DIGITAL TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 2:24-cv-02864-ODW-MAR<br><br>**PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION TO DEFENDANTS WESTERN DIGITAL CORPORATION AND WESTERN DIGITAL TECHNOLOGIES, INC. (NOS. 29-55)** |

**REQUEST NO. 41:**

All documents and things related to any valuation of physical space or area in the Accused Products, including documents identifying the effect on competitiveness, customer demand, unit sales, market share, revenues, profits, and cost reductions.

**REQUEST NO. 42:**

All documents and things related to any reduced demand for physical space or area in the Accused Products as a result of implementing any of the Accused Functionality.

**REQUEST NO. 43:**

All documents and things concerning the market for each Accused Product, including any studies, reports, or analyses concerning market share, market demand, market segments, competition, consumer surveys, or revenue.

**REQUEST NO. 44:**

All expert reports addressing the reasonable royalty for infringement in any patent infringement litigation in which you have been involved since 2018.

**REQUEST NO. 45:**

All expert reports addressing the operation or functionality of the Accused Products in any litigation matter in which you have been involved since 2018.

**REQUEST NO. 46:**

All deposition transcripts addressing the structure, function, and/or operation of the Accused Products.

**REQUEST NO. 47:**

Documents sufficient to identify, for each Accused Product (by marketing name, model number, WDC part number, SKU, and revision, including, by way of example, those specified in WDTECH00009968–WDTECH00009970), each Controller IC incorporated therein, identified by manufacturer name, internal part

number, external part number, package marking, die revision, firmware version, and any internal code name or program name.

**REQUEST NO. 48:**

Documents sufficient to identify, for each Controller IC, each entity that performed any aspect of the design of the Controller IC, including, without limitation, any architecture, RTL coding, physical design, verification, layout, characterization, tape-out, and firmware development, whether performed by Defendants, by any of Defendants' wholly-owned subsidiaries, or by any third-party design-services provider, ODM, or contractor.

**REQUEST NO. 49:**

Documents sufficient to identify, for each Controller IC, each foundry that fabricated wafers for the Controller IC, the process node used, the date range of fabrication, and the entity responsible for mask tooling, including, without limitation, Taiwan Semiconductor Manufacturing Company (TSMC), United Microelectronics Corporation (UMC), Samsung Foundry, GlobalFoundries, and any other foundry or assembly/test house.

**REQUEST NO. 50:**

Documents sufficient to identify, for each Controller IC, all Third-Party IP licensed into, or otherwise incorporated into, the Controller IC, identifying for each such Third-Party IP the licensor, the IP block (e.g., Arm Cortex-R5 or Cortex-R8 cores, LDPC blocks, PCIe PHY, NVMe core, DRAM controller, AES engine), and the version/release.

**REQUEST NO. 51:**

Documents sufficient to identify, for each Controller IC, every entity, including any third-party firmware contractor, ODM, or design-services provider, that authored, modified, ported, or maintained any firmware that executes on the Controller IC in any Accused Product, and the firmware versions and release dates associated with each Accused Product.

**REQUEST NO. 52:**

All Communications and agreements between Defendants (or any of their wholly-owned subsidiaries) and any third party concerning the design of any Controller IC used in any Accused Product, including, without limitation, design-services agreements, IP-license agreements (whether or not directed to patents), IP-assignment agreements, joint-development agreements, and statements of work.

**REQUEST NO. 53:**

Documents sufficient to identify the person(s) employed by Defendants (or any of their wholly-owned subsidiaries) who are most knowledgeable about: (a) the design of each Controller IC; (b) the foundry, process-node, and mask-tooling arrangements for each Controller IC; (c) Third-Party IP licensed into each Controller IC; (d) firmware development for each Controller IC; (e) the supply, procurement, and qualification of each Controller IC; and (f) the Accused Functionality in each Controller IC.

**REQUEST NO. 54:**

Documents sufficient to identify Your naming conventions for Controller ICs and Accused Products, including documents sufficient to correlate internal or engineering designations (including code names, program names, and development names) with external, customer-facing, or marketing designations, part numbers, and SKUs.

**REQUEST NO. 55:**

From the date of first alleged infringement through the present, on a quarterly and annual basis, documents sufficient to show, separately for each Accused Product, the Controller IC(s) incorporated therein and the net units sold and net revenue associated with each Accused Product, identified by Controller IC.

Dated: July 31, 2026

**KRAMER LLP**

By: */s/ Robert F. Kramer*

Robert F. Kramer (SBN 181706)
rkramer@kramerllp.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@kramerllp.com
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (415) 419-1895

Safraz Ishmael (*pro hac vice*)
sishmael@kramerllp.com
131 Dartmouth Street, 3rd Floor
Boston, MA 02116
Telephone: (212) 631-7565

Robert Mattson (*pro hac vice*)
rmattson@kramerllp.com
Jay Guiliano (*pro hac vice* forthcoming)
jguiliano@kramerllp.com
Jeffrey Ahdoot (*pro hac vice*)
jahdoot@kramerllp.com
2121 Eisenhower Avenue, Suite 304
Alexandria, VA 22314
Telephone: (917) 720-0295

Nicole Glauser (*pro hac vice* forthcoming)
nglauser@kramerllp.com
500 W. 2nd Street, Suite 1900
Austin, TX 78701
Telephone: (212) 363-1492

Margaret E. Dayton (SBN 274353)
peggy@umklaw.com
UMHOFER, MITCHELL & KING LLP
767 S. Alameda Street, Suite 270
Los Angeles, CA 90021
Telephone: (213) 394-7979

*Attorneys for Plaintiff*
*Polaris PowerLED Technologies, LLC*