# EXHIBIT 33

**KRAMER ALBERTI LIM & TONKOVICH LLP**
Robert F. Kramer (SBN 181706)
rkramer@krameralberti.com
David Alberti (SBN 220625)
dalberti@krameralberti.com
Sal Lim (SBN 211836)
slim@krameralberti.com
Lawrence G. McDonough (SBN 218364)
lmcdonough@krameralberti.com
Hong Lin (SBN 249898)
hlin@krameralberti.com
Jeremiah Armstrong (SBN 253705)
jarmstrong@krameralberti.com
Aidan Brewster (SBN 319691)
abrewster@krameralberti.com
950 Tower Lane, Suite 1725
Foster City, CA 94404
Tel: 650 825-4300/Fax: 650 460-8443

*Attorneys for Plaintiff*
*Polaris PowerLED Technologies, LLC*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br>Plaintiff,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION, and WESTERN DIGITAL TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 2:24-cv-02864-ODW-MAR<br><br>**PLAINTIFF'S SECOND SET OF INTERROGATORIES TO DEFENDANTS WESTERN DIGITAL CORPORATION AND WESTERN DIGITAL TECHNOLOGIES, INC. (NOS. 6-12)** |

## INTERROGATORIES

**INTERROGATORY NO. 6**

Identify all documents related to the development, implementation, or use of the Accused Products, including any business plans, marketing plans, budgets, forecasts, strategic marketing or planning reports, internal planning memoranda, feasibility studies, consumer or focus group studies/surveys, internal investment analysis, capital investment analysis or approvals, valuation, or analysis of the expected cost and benefit that led to or related to the introduction of the Accused Products.

**INTERROGATORY NO. 7**

Identify all documents related to any plan(s) to monetize or otherwise derive value from the Accused Products, including the bases by which the Accused Products are priced, sold, leased or rented to customers, and any forecasts, estimates, or projections related to such monetization or cost savings.

**INTERROGATORY NO. 8**

Identify the date(s) upon which You first became aware of each Asserted Patent, the circumstances under which You first became aware of that Asserted Patent, the persons who first became aware of that Asserted Patent, and whether You took any affirmative steps to determine whether You might infringe any of the claims of the patent, including obtaining legal analysis or opinions regarding the patent, and the identity of the persons who took such actions or rendered such opinions and the dates of any such actions or opinions, and identify the most knowledgeable persons about this topic.

**INTERROGATORY NO. 9**

Identify and describe, on a quarterly and an annual basis since 2018, the total dollar amount of Your United States sales, revenues, and profits attributable to the use, existence, or operation of the Accused Products, including (a) Your quarterly

and annual revenue derived from the use, existence, or operation of the Accused Products; (b) Your quarterly and annual gross profits derived from the use, existence, or operation of the Accused Products; (c) Your quarterly and annual net income derived from the use, existence, or operation of the Accused Products; and (d) Your quarterly and annual costs (fixed, variable, and implementation) attributable to revenue derived from the use, existence, or operation of the Accused Products.

**INTERROGATORY NO. 10**

Identify all patent and technology license agreements, including settlement agreements, that You contend are relevant and comparable (in part or in full) to the subject matter or functionality claimed in any of the Asserted Patents or relevant and comparable for purposes of determining a reasonable royalty for the subject matter claimed in the Asserted Patents; and for each agreement state and explain Your factual basis for Your contention. Your answer should include any economic analysis of the anticipated benefits from using the technology that was prepared before entering the agreement, whether You actually use the patent(s) or technology that was licensed, an identification of products or services that use the licensed technology, the number of units or volume of services that were sold or offered for sale that embody the licensed technology, or the extent of use of functionality that embodies the licensed technology, and whether You perceived an ability to design-around the licensed patent(s) or technology before entering the agreement.

**INTERROGATORY NO. 11**

For each Asserted Patent, identify what You contend are the applicable hypothetical negotiation date(s), the identity of the parties to the hypothetical negotiation, and the factual and legal basis for Your answer to this interrogatory.

**INTERROGATORY NO. 12**

If You contend that any acceptable design-arounds or non-infringing alternatives to any of the methods and systems claimed in any of the Asserted Patents exist, specifically describe each such alternative, including an identification and

description of: (a) when each alleged alternative or design-around first became available to You; (b) the technical and financial details and commercial features and benefits of each alleged alternative or design-around; (c) the basis for any contention by You that any such alternative or design-around is non-infringing and is a technologically and commercially suitable alternative or design-around for You or Your customers; (d) the costs that would be associated with developing and implementing each such alternative or design-around; (e) the steps and the time required to develop and implement each such alternative or design-around; (f) an identification of all facts and documents, including Bates numbers, that relate to, support, or refute Your contention(s), including evidence, if any, of technical feasibility, availability, and acceptability in the marketplace; and (g) the person(s) most knowledgeable about Your contention.

Dated: February 17, 2026

By: */s/ Jeremiah A. Armstrong*

**KRAMER ALBERTI LIM & TONKOVICH LLP**
Robert F. Kramer (SBN 181706)
rkramer@krameralberti.com
David Alberti (SBN 220625)
dalberti@krameralberti.com
Sal Lim (SBN 211836)
slim@krameralberti.com
Russell S. Tonkovich (SBN 233280)
rtonkovich@krameralberti.com
Hong Lin (SBN 249898)
hlin@krameralberti.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@krameralberti.com
Aidan Brewster (SBN 319691)
abrewster@krameralberti.com
950 Tower Lane, Suite 1725
Foster City, California 94404
Telephone: (650) 825-4300
Facsimile: (650) 460-8443

*Attorneys for Plaintiff*
*Polaris PowerLED Technologies, LLC*