UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br>Plaintiff,<br>v.<br>SANDISK CORPORATION and SANDISK TECHNOLOGIES, INC.,<br>Defendants. | Case No. 2:24-cv-02864-ODW-MAR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBITS 21-24 TO REPLY IN SUPPORT OF MOTION TO MODIFY SCHEDULING ORDER AND EXTEND DISCOVERY CUTOFF AND EXPERT DEADLINES** |

This Court, having read and considered Plaintiff Polaris PowerLED Technologies, LLC's Application for Leave to File Under Seal Exhibits 21-24 to Reply In Support of Motion to Modify Scheduling Order and Extend the Discovery Cutoff and Expert Deadlines, pursuant to Local Rule 79-5, for compelling reasons shown, hereby **GRANTS** the Application and **ORDERS** as follows:

Plaintiff shall file the portions of Exhibits 21-24 identified in the chart below in the manner set forth in Local Rule 79-5.2.2(c):

| Document | Portion to be Sealed | Basis for Sealing |
|---|---|---|
| Exhibit 21 | Portions of pages 1-11 | Ishmael Sealing Decl. at ¶¶ 4, 5, 7; Dkt. 61<br><br>Pending SanDisk's filing of a supporting declaration as required by L.R. 79-5.2.2(b)(i) |
| Exhibit 22 | Entirely Under Seal | Ishmael Sealing Decl. at ¶ 3; Dkt. 61<br><br>Pending SanDisk's filing of a supporting declaration as required by L.R. 79-5.2.2(b)(i) |
| Exhibit 23 | Entirely Under Seal | Ishmael Sealing Decl. at ¶ 3; Dkt. 61<br><br>Pending SanDisk's filing of a supporting declaration as required by L.R. 79-5.2.2(b)(i) |
| Exhibit 24 | Entirely Under Seal | Ishmael Sealing Decl. at ¶ 3; Dkt. 61<br><br>Pending SanDisk's filing of a supporting declaration as required by L.R. 79-5.2.2(b)(i) |

Dated: ____________________

______________________________
Hon. Otis D. Wright, II
UNITED STATES DISTRICT JUDGE