UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-02864-ODW (MARx) | Date | September 22, 2026 |
| Title | *Polaris PowerLED Technologies, LLC v. Western Digital Corporation et al* | | |

| | | |
|---|---|---|
| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings:** **In Chambers**

The Court **GRANTS** Plaintiff Polaris PowerLED Technologies, LLC's Motion to Amend the Scheduling Order **WITH CHANGES**. (Dkt. No. 135.) The Court **ORDERS** that the following dates and deadlines shall be set in this matter:

- Jury Trial: **June 15, 2027, at 9:00 a.m.**;
- Final Trial Exhibit Stipulation: **June 10, 2027**;
- Hearing on Motions in Limine: **June 7, 2027, at 1:30 p.m.**;
- Deadline to file Oppositions to Motions in Limine: **May 26, 2027**;
- Final Pretrial Conference: **May 24, 2027, at 1:30 p.m.;**
- Deadline to file Pretrial Documents: **May 17, 2027**;
- Deadline to file Motions in Limine: **May 7, 2027**;
- Deadline for Hearing Motions: **March 29, 2027**;
- Reply to MSJ or Daubert Motion due: **March 15, 2027**;
- Opposition to MSJ or Daubert Motion due: **March 1, 2027**;
- Deadline to File MSJ or Daubert Motion: **February 8, 2027**;
- Expert Discovery Cutoff: **January 15, 2027**;
- Fact Discovery Cutoff: **November 13, 2026**.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-02864-ODW (MARx) | Date | September 22, 2026 |
| Title | *Polaris PowerLED Technologies, LLC v. Western Digital Corporation et al* | | |

The Court **DENIES** Polaris's Application to file under seal **AS MOOT**. (Dkt. No. 140.)

**IT IS SO ORDERED.**

: 00

Initials of Preparer SE