# EXHIBIT 4

Kenneth G. Parker, SBN 182911
Ken.parker@haynesboone.com
David B. Clark, SBN 275204
David.clark@haynesboone.com
**HAYNES AND BOONE, LLP**
600 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
T: (949) 202-3000 | F: (949) 202-3001

Stephanie N. Sivinski*
Stephanie.sivinski@haynesboone.com
Caroline W. Fox*
Caroline.fox@haynesboone.com
Marron E. Frith*
Marron.frith@haynesboone.com
**HAYNES AND BOONE, LLP**
2801 N. Harwood Street, Suite 2300
Dallas, TX 75201
T: (214) 651-5000 | F: (214) 651-5940
**Admitted Pro Hac Vice*

Attorneys for Defendants
*WESTERN DIGITAL CORPORATION,*
*WESTERN DIGITAL TECHNOLOGIES, INC.,*
*NEWEGG, INC., ZONES, LLC,*
*AND PRIVATE LABEL PC, LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., NEWEGG, INC., ZONES, LLC, AND PRIVATE LABEL PC, LLC,<br><br>Defendants, | CASE NO. 2:24-cv-02864-ODW-MAR<br><br>**PATENT L.R. 3-3 AND 3-4 INVALIDITY DISCLOSURES OF WESTERN DIGITAL DEFENDANTS**<br><br>Hon. Otis D. Wright |

**D. SALES, REVENUE, COST, AND PROFITS**

Pursuant to Patent L.R. 3-4(b), Western Digital is producing documents sufficient to show the sales, revenue, cost, and profits for the Accused Instrumentalities identified.

As previously articulated, Polaris has failed to provide "a chart identifying specifically where and how each limitation of each asserted claim is found with each Accused Instrumentality" in accordance with Local Patent Rule 3-1(c). At this stage, Western Digital objects to providing documents about any product other than Western Digital's Black-branded SSDs which was sufficiently included in Polaris's Infringement Contentions.

The documents have the following Bates numbers: WDTECH00002986.

**E. AGREEMENTS USED TO SUPPORT DENYING INFRINGEMENT'S DAMAGES CASE**

At this time, Western Digital has not identified any agreements that may be used to support denying infringement damages. Western Digital reserves the right to produce additional documents to support denying infringement damages to the extent additional documents are discovered.

Date: December 16, 2024 HAYNES AND BOONE, LLP

*_/s/Stephanie N. Sivinski_*
Kenneth G. Parker
David B. Clark
Stephanie N. Sivinski
Caroline W. Fox
Marron E. Frith

WESTERN DIGITAL CORPORATION and WESTERN DIGITAL TECHNOLOGIES, INC.,

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 years and not a party to the within action. I am employed in the County of Orange, State of California, within which county the subject service occurred. My business address is 600 Anton Boulevard, Suite 700, Costa Mesa, California 92626.

On ***December 16, 2024***, I served the following document described as***: PATENT L.R. 3-3 AND 3-4 INVALIDITY DISCLOSURES OF WESTERN DIGITAL DEFENDANTS*** on the interested party in this action, addressed as follows, and in the manner so indicated:

| | |
|---|---|
| Robert F. Kramer<br>rkramer@krameralberti.com<br>David Alberti<br>dalberti@krameralberti.com<br>Sal Lim<br>slim@krameralberti.com<br>Russell S. Tonkovich<br>rtonkovich@krameralberti.com<br>Jeremiah Armstrong<br>jarmstrong@krameralberti.com<br>Hong S. Lin<br>hlin@krameralberti.com<br>Aidan Brewster<br>abrewster@krameralberti.com<br>577 Airport Blvd., Suite 250<br>Burlingame, A 94010<br><br>*[Attorneys for Plaintiff Polaris PowerLED Technologies, LLC]* | |

☐ **BY ELECTRONIC FILING.** I caused such document(s) to be electronically filed and served through the United States District Court's CM/ECF System for the within action. This service complies with the Federal Rules of Civil Procedure. The file transmission was reported as complete and a copy of the Court's Notice of Electronic Filing will be maintained with the original document(s) in our office.

☒ **BY ELECTRONIC DELIVERY.** I caused a true and correct copy of such document to be served via electronic delivery to the interested parties in this action as indicated above.

I declare that I am employed in the offices of a member of the bar of this Court at whose direction this service was made. Executed on ***December 16, 2024***, at San Clemente, California.

*/s/Tara Hamilton*
Tara Hamilton