# EXHIBIT 5

**KRAMER ALBERTI LIM**
**& TONKOVICH LLP**
Robert F. Kramer (SBN 181706)
rkramer@krameralberti.com
David Alberti (SBN 220625)
dalberti@krameralberti.com
Sal Lim (SBN 211836)
slim@krameralberti.com
Russell S. Tonkovich (SBN 233280)
rtonkovich@krameralberti.com
Hong Lin (SBN 249898)
hlin@krameralberti.com
Jeremiah Armstrong (SBN 253705)
jarmstrong@krameralberti.com
Aidan Brewster (SBN 319691)
abrewster@krameralberti.com
950 Tower Lane, Suite 1725
Foster City, California 94404
Tel: 650 825-4300/Fax: 650 460-8443

*Attorneys for Plaintiff*
*Polaris PowerLED Technologies, LLC*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br>Plaintiff,<br>v.<br>WESTERN DIGITAL CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., NEWEGG, INC., ZONES, LLC, and PRIVATE LABEL PC, LLC,<br>Defendants. | Case No. 2:24-cv-02864-ODW-MAR<br><br>**PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANTS WESTERN DIGITAL CORPORATION AND WESTERN DIGITAL TECHNOLOGIES, INC. (NOS. 1-28)** |

be identified as completely as possible, including, without limitation, the following information: date of disposal, manner of disposal, reason for disposal, person authorizing disposal, and person disposing of the Document.

## DOCUMENT REQUESTS

**REQUEST NO. 1.**

All manufacturing, supply and sales agreements relating to the Accused Products.

**REQUEST NO. 2.**

All documents regarding patent infringement indemnification relating to the Accused Products.

**REQUEST NO. 3.**

All patent license agreements, settlement agreements, and covenants not to sue relating to the Accused Products.

**REQUEST NO. 4.**

All agreements between You and anyone manufacturing the Accused Products that were or are in force at any time from 2018 onward.

**REQUEST NO. 5.**

A bill of materials and representative material costs for each Accused Product reflecting the costs associated with each component of the product.

**REQUEST NO. 6.**

All source code files, including files comprising software, firmware, or RTL/Hardware Description Language code present on any Accused Products relating to NVMe.

**REQUEST NO. 7.**

All schematics, circuit diagrams, and data sheets relating to the Accused Products.

///

**REQUEST NO. 8.**

All schematics, data sheets, and other information obtained from suppliers of components used in the Accused Products.

**REQUEST NO. 9.**

All Documents regarding Western Digital's participation in preparation or development of NVM Express Base Specification, Revision 1.4.

**REQUEST NO. 10.**

All Documents reflecting the implementation in the Accused Products of those inventions set forth in U.S. Patent No. 9,940,194 ("ECC decoding using raid-type parity"), which was issued to Achtenberg et al. on April 10, 2018, and assigned to SanDisk Technologies LLC.

**REQUEST NO. 11.**

All invention disclosure and patent prosecution Documents related to U.S. Patent No. 9,940,194, including all Documents regarding any Related Application, Related Patent, Foreign Patent Application, and Foreign Patent.

**REQUEST NO. 12.**

All Documents reflecting the implementation in the Accused Products of those inventions set forth in U.S. Patent No. 10,218,384 ("ECC decoder with multiple decoding modes"), which was issued to Sharon et al. on February 26, 2019, and assigned to SanDisk Technologies LLC.

**REQUEST NO. 13.**

All invention disclosure and patent prosecution Documents related to U.S. Patent No. 10,218,384, including all Documents regarding any Related Application, Related Patent, Foreign Patent Application, and Foreign Patent.

**REQUEST NO. 14.**

All Documents reflecting the implementation in the Accused Products of those inventions set forth in U.S. Patent No. 11,106,534 ("3-Dimensional Nand Flash

Dated: October 2, 2024

By: */s/ Robert F. Kramer*

**KRAMER ALBERTI LIM**
**& TONKOVICH LLP**
Robert F. Kramer (SBN 181706)
rkramer@krameralberti.com
David Alberti (SBN 220625)
dalberti@krameralberti.com
Sal Lim (SBN 211836)
slim@krameralberti.com
Russell S. Tonkovich (SBN 233280)
rtonkovich@krameralberti.com
Hong Lin (SBN 249898)
hlin@krameralberti.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@krameralberti.com
Aidan Brewster (SBN 319691)
abrewster@krameralberti.com
950 Tower Lane, Suite 1725
Foster City, California 94404
Tel: 650 825-4300/Fax: 650 460-8443

*Attorneys for Plaintiff*
*Polaris PowerLED Technologies, LLC*

## CERTIFICATE OF SERVICE

I, Adriana Cole, hereby declare:

I am over the age of eighteen years and not a party to this action. My business address is 950 Tower Lane, Suite 1725, Foster City, California 94404.

On October 2, 2024, I caused the foregoing document described as:

- **PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANTS WESTERN DIGITAL CORPORATION AND WESTERN DIGITAL TECHNOLOGIES, INC. (NOS. 1-28)**

to be served upon the following, at the addresses stated below, via email:

Kenneth G. Parker
Ken.parker@haynesboone.com
David B. Clark
David.clark@haynesboone.com
HAYNES AND BOONE, LLP
600 Anton Boulevard, Suite 700
Costa Mesa, CA 92626

Stephanie N. Sivinski
Stephanie.sivinski@haynesboone.com
Caroline W. Fox
Caroline.fox@haynesboone.com
Marron E. Frith
Marron.frith@haynesboone.com
HAYNES AND BOONE, LLP
2801 N. Harwood Street, Suite 2300
Dallas, TX 75201

*Attorneys for Defendants Western Digital Corporation, Western Digital Technologies, Inc., Newegg, Inc., Zones, LLC, and Private Label PC, LLC*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 2, 2024 in Lihue, HI.

/s/ *Adriana Cole*