# EXHIBIT 6

**KRAMER ALBERTI LIM**
**& TONKOVICH LLP**
Robert F. Kramer (SBN 181706)
rkramer@krameralberti.com
David Alberti (SBN 220625)
dalberti@krameralberti.com
Sal Lim (SBN 211836)
slim@krameralberti.com
Russell S. Tonkovich (SBN 233280)
rtonkovich@krameralberti.com
Hong Lin (SBN 249898)
hlin@krameralberti.com
Jeremiah Armstrong (SBN 253705)
jarmstrong@krameralberti.com
Aidan Brewster (SBN 319691)
abrewster@krameralberti.com
950 Tower Lane, Suite 1725
Foster City, California 94404
Tel: 650 825-4300/Fax: 650 460-8443

*Attorneys for Plaintiff*
*Polaris PowerLED Technologies, LLC*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

POLARIS POWERLED TECHNOLOGIES, LLC,

Plaintiff,

v.

WESTERN DIGITAL CORPORATION, WESTERN DIGITAL TECHNOLOGIES, INC., NEWEGG, INC., ZONES, LLC, and PRIVATE LABEL PC, LLC,

Defendants.

Case No. 2:24-cv-02864-ODW-MAR

**PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANTS WESTERN DIGITAL CORPORATION AND WESTERN DIGITAL TECHNOLOGIES, INC. (NOS. 1-5)**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff Polaris PowerLED Technologies, LLC ("Plaintiff" or "Polaris") hereby requests Defendants Western Digital Corporation and Western Digital Technologies, Inc. respond to each of the following interrogatories in writing, under oath, and in accordance with the following instructions and definitions within thirty (30) days of service.

**DEFINITIONS**

The following terms shall have the following definitions and meanings, unless another definition or meaning clearly appears from the context in which the term is used:

1. "You," "Your," and "Western Digital" shall mean Defendants Western Digital Corporation and Western Digital Technologies, Inc., and any other persons/agent acting or purporting to act on its behalf as well as any of its current and past officers, directors, agents, employees, consultants, attorneys, and others acting or purporting to act on behalf of Defendant, including all affiliates, parents, divisions, joint ventures, licensees, franchisees, assigns, predecessors, successors in interest, and other legal entities, whether foreign or domestic, that are owned or controlled by Defendant and all predecessors and successors in interest to such entities.

2. "Defendants" shall mean Defendants Western Digital Corporation, Western Digital Technologies, Inc., Newegg, Inc., Zones, LLC, and Private Label PC, LLC, and any other persons/agent acting or purporting to act on its behalf as well as any of its current and past officers, directors, agents, employees, consultants, attorneys, and others acting or purporting to act on behalf of Defendants, including all affiliates, parents, divisions, joint ventures, licensees, franchisees, assigns, predecessors, successors in interest, and other legal entities, whether foreign or domestic, that are owned or controlled by Defendants and all predecessors and successors in interest to such entities.

3. "Plaintiff" and "Polaris" shall mean Plaintiff Polaris PowerLED Technologies, LLC ("Polaris"), including all of its current and past officers, directors,

identify the two most knowledgeable persons about this topic with respect to each of the Accused Products. If the data does not exist at this granular of a level, provide the data in the most detailed level available.

Dated: October 2, 2024

By: */s/ Robert F. Kramer*

**KRAMER ALBERTI LIM & TONKOVICH LLP**
Robert F. Kramer (SBN 181706)
rkramer@krameralberti.com
David Alberti (SBN 220625)
dalberti@krameralberti.com
Sal Lim (SBN 211836)
slim@krameralberti.com
Russell S. Tonkovich (SBN 233280)
rtonkovich@krameralberti.com
Hong Lin (SBN 249898)
hlin@krameralberti.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@krameralberti.com
Aidan Brewster (SBN 319691)
abrewster@krameralberti.com
950 Tower Lane, Suite 1725
Foster City, California 94404
Tel: 650 825-4300/Fax: 650 460-8443

*Attorneys for Plaintiff*
*Polaris PowerLED Technologies, LLC*

## CERTIFICATE OF SERVICE

I, Adriana Cole, hereby declare:

I am over the age of eighteen years and not a party to this action. My business address is 950 Tower Lane, Suite 1725, Foster City, California 94404.

On October 2, 2024, I caused the foregoing document described as:

- **PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANTS WESTERN DIGITAL CORPORATION AND WESTERN DIGITAL TECHNOLOGIES, INC. (NOS. 1-5)**

to be served upon the following, at the addresses stated below, via email:

Kenneth G. Parker
Ken.parker@haynesboone.com
David B. Clark
David.clark@haynesboone.com
HAYNES AND BOONE, LLP
600 Anton Boulevard, Suite 700
Costa Mesa, CA 92626

Stephanie N. Sivinski
Stephanie.sivinski@haynesboone.com
Caroline W. Fox
Caroline.fox@haynesboone.com
Marron E. Frith
Marron.frith@haynesboone.com
HAYNES AND BOONE, LLP
2801 N. Harwood Street, Suite 2300
Dallas, TX 75201

*Attorneys for Defendants Western Digital Corporation, Western Digital Technologies, Inc., Newegg, Inc., Zones, LLC, and Private Label PC, LLC*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 2, 2024 in Lihue, HI.

/s/ *Adriana Cole*