KRAMER LLP
Robert F. Kramer (SBN 181706)
rkramer@kramerllp.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@kramerllp.com
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (415) 419-1895

Safraz Ishmael (*pro hac vice*)
sishmael@kramerllp.com
560 Harrison Avenue, Suite 214
Boston, MA 02118
Telephone: (212) 631-7565

Robert Mattson (*pro hac vice*)
rmattson@kramerllp.com
Jeffrey Ahdoot (*pro hac vice*)
jahdoot@kramerllp.com
2121 Eisenhower Avenue, Suite 304
Alexandria, VA 22314
Telephone: (917) 720-0295

Nicole Glauser (*pro hac vice*)
nglauser@kramerllp.com
500 W. 2nd Street, Suite 1900
Austin, TX 78701
Telephone: (212) 363-1492

*Attorneys for Plaintiff*
*Polaris PowerLED Technologies, LLC*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br>Plaintiff,<br><br>v.<br><br>SANDISK CORPORATION and SANDISK TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 2:24-cv-02864-ODW-MAR<br><br>**PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBITS 1 AND 30 TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS** |

Pursuant to Local Rule 79-5, Plaintiff Polaris PowerLED Technologies, LLC ("Polaris" or "Plaintiff") hereby files this application (the "Application") for an order permitting it to File Under Seal Exhibits 1 and 30 to its Motion for Leave to Amend Infringement Contentions, as reflected in the attached versions of the Exhibits 1 and 30. This Application is accompanied by the Declaration of Rachael Chan in Support of Polaris' Application for Leave to File Under Seal Motion for Leave to Amend Infringement Contentions, and Attached Exhibits ("Chan Sealing Decl.").

Polaris seeks to file under seal materials that defendants Sandisk Corporation and Sandisk Technologies ("Sandisk") has designated as Highly Confidential-AEO and HIGHLY CONFIDENTIAL – SOURCE CODE under the Protective Order in this action (Dkt. 61). It is hereby requested that the Court grant Polaris' Application, and order that the requested portions of Exhibits 1 and 30 set forth in the Chan Sealing Decl are deemed sealed.

Dated: October 19, 2026

**KRAMER LLP**

By: */s/ Robert F. Kramer*

Robert F. Kramer (SBN 181706)
rkramer@kramerllp.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@kramerllp.com
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (415) 419-1895

Safraz Ishmael (*pro hac vice*)
sishmael@kramerllp.com
560 Harrison Avenue, Suite 214
Boston, MA 02118
Telephone: (212) 631-7565

Robert Mattson (*pro hac vice*)
rmattson@kramerllp.com
Jay Guiliano (*pro hac vice* forthcoming)
jguiliano@kramerllp.com
Jeffrey Ahdoot (*pro hac vice*)
jahdoot@kramerllp.com
2121 Eisenhower Avenue, Suite 304
Alexandria, VA 22314
Telephone: (917) 720-0295

Nicole Glauser (*pro hac vice*)
nglauser@kramerllp.com
500 W. 2nd Street, Suite 1900
Austin, TX 78701
Telephone: (212) 363-1492

Margaret E. Dayton (SBN 274353
peggy@umklaw.com
UMHOFER, MITCHELL & KING LLP
767 S. Alameda Street, Suite 270
Los Angeles, CA 90021
Telephone: (213) 394-7979

Attorneys for Plaintiff
POLARIS POWERLED
TECHNOLOGIES, LLC

## CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Plaintiff, certifies that this brief contains 152 words, which complies with the word limit of L.R. 11-6.1.

*/s/ Robert F. Kramer*
Robert F. Kramer