KRAMER LLP
Robert F. Kramer (SBN 181706)
rkramer@kramerllp.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@kramerllp.com
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (415) 419-1895

Safraz Ishmael (*pro hac vice*)
sishmael@kramerllp.com
560 Harrison Avenue, Suite 214
Boston, MA 02118
Telephone: (212) 631-7565

Robert Mattson (*pro hac vice*)
rmattson@kramerllp.com
Jeffrey Ahdoot (*pro hac vice*)
jahdoot@kramerllp.com
2121 Eisenhower Avenue, Suite 304
Alexandria, VA 22314
Telephone: (917) 720-0295

Nicole Glauser (*pro hac vice*)
nglauser@kramerllp.com
500 W. 2nd Street, Suite 1900
Austin, TX 78701
Telephone: (212) 363-1492

*Attorneys for Plaintiff*
*Polaris PowerLED Technologies, LLC*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

POLARIS POWERLED TECHNOLOGIES, LLC,

Plaintiff,

v.

SANDISK CORPORATION and SANDISK TECHNOLOGIES, INC.,

Defendants.

Case No. 2:24-cv-02864-ODW-MAR

**PROOF OF ELECTRONIC SERVICE OF UNREDACTED DOCUMENTS FILED UNDER SEAL PURSUANT TO L.R. 79-5.3**

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is 767 S. Alameda Street, Suite 270, Los Angeles, CA 90021. My electronic service address is *jenny@umklaw.com*. Pursuant to L.R. 79-5.3, I served unredacted copies of document(s) filed under seal as described below:

- **SEALED DECLARATION IN SUPPORT OF PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL WITH UNREDACTED EXHIBITS FILED AT DKT. NO. 148**

on the following Counsel for Defendants:

KEKER, VAN NEST & PETERS LLP
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
ERIC HANSON #254570
ehanson@keker.com
KELLY S. KAUFMAN #328827
kkaufman@keker.com
ASEEM MEHTA #338020
amehta@keker.com
AMRUTHA DORAI #352697
adorai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188
*Attorneys for Defendants SanDisk Corporation and SanDisk Technologies, Inc.*

**[X] ELECTRONIC MAIL:** I personally transmitted to the person(s) named in the above service list, who has/have previously consented in writing to receive documents via electronic mail to the e-mail address(es) shown on the service list, delivered on the date listed above, originating from an electronic e-mail address affiliated with Umhofer, Mitchell & King LLP, which did not report any error in sending the transmission.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct.

Executed on October 20, 2026 at Los Angeles, California.

Jennifer M. Mitchell