KRAMER LLP
Robert F. Kramer (SBN 181706)
rkramer@kramerllp.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@kramerllp.com
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (415) 419-1895

KRAMER LLP
Safraz Ishmael (*pro hac vice*)
sishmael@kramerllp.com
560 Harrison Avenue, Suite 214
Boston, MA 02118
Telephone: (212) 631-7565

KRAMER LLP
Robert Mattson (*pro hac vice*)
rmattson@kramerllp.com
Jeffrey Ahdoot (*pro hac vice*)
jahdoot@kramerllp.com
2121 Eisenhower Avenue, Suite 304
Alexandria, VA 22314
Telephone: (917) 720-0295

*Attorneys for Plaintiff*
*Polaris PowerLED Technologies, LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

POLARIS POWERLED TECHNOLOGIES, LLC,

Plaintiff,

v.

SANDISK CORPORATION, and SANDISK TECHNOLOGIES, INC.,

Defendants.

Case No. 2:24-cv-02864-ODW-MAR

**PLAINTIFF'S EX PARTE UNOPPOSED APPLICATION TO DEEM ITS MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS AND SUPPORTING PAPERS FILED AS OF OCTOBER 19, AND SET THE NOTICE HEARING DATE AS NOVEMBER 16, 2026**

Discovery Cutoff: Nov. 13, 2026
Pretrial Conference: May 10, 2027
Trial: June 1, 2027

**NOTICE OF EX PARTE APPLICATION**

Plaintiff PowerLED Technologies, LLC ("Polaris" or "Plaintiff") respectfully applies to the Court Ex Parte for an order to Deem its Motion for Leave to Amend Infringement Contentions and Supporting Papers Filed as of October 19, 2026, and set the Notice Hearing Date as November 16, 2026. Plaintiff makes this Application pursuant to L.R. 5-4.6.2 and 7-19, and the Judge's Procedures, VII.D. There is good cause to grant this Application because the requirements of L.R. 5-4.6.2 have been satisfied, and Polaris acted diligently to avoid any prejudice to Defendants Sandisk Corporation and Sandisk Technologies, Inc. ("Sandisk").

On October 20, 2026, counsel for Polaris reached out to counsel for Sandisk to ask for Sandisk's position on this Application. That same day, Sandisk's counsel responded and stated that Sandisk does not oppose this Application.

Polaris thus requests that the Court grant this Application, to deem Polaris's Motion for Leave to Amend Infringement Contentions and Application for Leave to File Under Seal Exhibits 1 and 30 to Motion for Leave to Amend Infringement Contentions filed as of October 19, 2026, and to permit a hearing date of November 16, 2026.

Dated: October 20, 2026

Respectfully submitted,

*/s/ Robert F. Kramer*
Robert F. Kramer (SBN 181706)
rkramer@kramerllp.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@kramerllp.com
KRAMER LLP
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (415) 419-1895

Safraz Ishmael (*pro hac vice*)
sishmael@kramerllp.com
560 Harrison Avenue, Suite 214
KRAMER LLP
Boston, MA 02118
Telephone: (212) 631-7565

Robert Mattson (*pro hac vice*)
rmattson@kramerllp.com

Jeffrey Ahdoot (*pro hac vice*)
jahdoot@kramerllp.com
KRAMER LLP
2121 Eisenhower Avenue, Suite 304
Alexandria, VA 22314
Telephone: (917) 720-0295

Nicole Glauser (*pro hac vice* forthcoming)
nglauser@kramerllp.com
500 W. 2nd Street, Suite 1900
KRAMER LLP
Austin, TX 78701
Telephone: (212) 363-1492

Margaret E. Dayton (SBN 274353)
peggy@umklaw.com
UMHOFER, MITCHELL & KING LLP
767 S. Alameda Street, Suite 270
Los Angeles, CA 90021
Telephone: (213) 394-7979

*Attorneys for Plaintiff Polaris PowerLED Technologies, LLC*

## MEMORANDUM OF POINTS AND AUTHORITIES

L.R. 5-4.6.2 expressly contemplates an application for leave by a party who experiences a technical failure in attempting to file a document electronically via CM/ECF and is unable to do so. Polaris intended, and attempted, to file its Motion for Leave to Amend Infringement Contentions and Application for Leave to File Under Seal Exhibits 1 and 30 to Motion for Leave to Amend Infringement Contentions (collectively, the "Motion") (Dkt. Nos. 146-149) by October 19, 2026 in order to secure a hearing date with the Court on November 16, 2026, pursuant to L.R. 6-1 (requiring motions to be filed 28 days prior to the hearing) and the Judge's Procedures, ¶ VII.B.1 (hearings on Mondays, beginning at 1:30 p.m.). The purpose of this timing was for Polaris's Motion to be heard prior to the deadline for the parties' opening expert reports, which the parties have agreed—based on the Court's September 22, 2026 order amending the Scheduling Order (Dkt. No. 143)—should be November 23, 2026. The parties intend to submit a forthcoming Joint Stipulation to that effect.

Polaris requests that the Court deem the Motion filed as of October 19, 2026, and set the hearing date for November 16, 2026, because Polaris has complied with L.R. 5-4.6.2. Where, as here, no "Notice of CM/ECF Unavailability" covering the time period in question was posted at the time the filing attempt was made, L.R. 5-4.6.2. requires the filing party to: (1) "immediately contact the CM/ECF Help Desk by e-mail or telephone"; (2) make two attempts, separated by at least one hour, to file the document electronically; and (3) submit a declaration setting forth the facts of the failed attempts, together with an application for leave to file the document. Those requirements are satisfied here.

First, after learning that CM/ECF was not accessible and the Motion could not be filed in the remaining hours of October 19, 2026, counsel for Polaris notified the ECF Help Desk via email of the issue. *See* Declaration of Rachael Chan ("Chan Declaration"), ¶ 7 & Ex. 1. The ECF Help desk responded on October 20, 2026,

stating "We apologize for the inconvenience. The CM/ECF system experienced connectivity issues between 10:15 p.m. and 1:00 a.m. The incident has been documented in the outage log." *Id*. The outage from the time frame of October 19, 2026 10:20pm - October 20, 2026 1:00am is currently noted on the published CM/ECF and PACER System Outage Logs webpage. *Id*., Ex. 2.

Second, Polaris's filing team made repeated and continuous attempts, on multiple browsers, to access CM/ECF and file the Motion between 10:15 p.m. and 11:30 p.m. Pacific – which includes the two attempts within one hour required by L.R. 5-4.6.2. *Id*. ¶¶ 2-6.

Third, Polaris has attached the Chan Declaration detailing its attempts to file the Motion, and attaching a screenshot of the error experienced by the filing team. *Id*.

Polaris was diligent and even took additional steps to minimize prejudice. At 11:49 p.m. Pacific on October 19, 2026, it served the full set of Motion papers on counsel for Defendants Sandisk Corporation and Sandisk Technologies, Inc. ("Sandisk"). Chan Decl. ¶ 9 & Ex. 3. Sandisk has therefore had the Motion papers on October 19, 2026, which is the same date that Polaris requests the Motion be deemed filed. Furthermore, Polaris filed the Motion on the morning of October 20, 2026. Dkt. No. 146.

On October 20, 2026, counsel for Polaris reached out to counsel for Sandisk to ask for Sandisk's position on this Application. Shortly after that same day, Sandisk's counsel responded and stated that Sandisk does not oppose this Application.

/ /

/ /

/ /

/ /

/ /

Good cause thus exists for the Application to be granted, for the Motion to be deemed filed as of October 19, 2026, and for the notice hearing date to be set as November 16, 2026. Polaris thus requests that the Court grant this Application, deem its Motion filed as of October 19, 2026, and permit the Motion to be heard on November 16, 2026.

Dated: October 20, 2026

Respectfully submitted,

*/s/ Robert F. Kramer*

Robert F. Kramer (SBN 181706)
rkramer@kramerllp.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@kramerllp.com
KRAMER LLP
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (415) 419-1895

Safraz Ishmael (*pro hac vice*)
sishmael@kramerllp.com
560 Harrison Avenue, Suite 214
KRAMER LLP
Boston, MA 02118
Telephone: (212) 631-7565

Robert Mattson (*pro hac vice*)
rmattson@kramerllp.com
Jeffrey Ahdoot (*pro hac vice*)
jahdoot@kramerllp.com
KRAMER LLP
2121 Eisenhower Avenue, Suite 304
Alexandria, VA 22314
Telephone: (917) 720-0295

Nicole Glauser (*pro hac vice* forthcoming)
nglauser@kramerllp.com
500 W. 2nd Street, Suite 1900
KRAMER LLP
Austin, TX 78701
Telephone: (212) 363-1492

Margaret E. Dayton (SBN 274353)
peggy@umklaw.com
UMHOFER, MITCHELL & KING LLP
767 S. Alameda Street, Suite 270
Los Angeles, CA 90021
Telephone: (213) 394-7979

*Attorneys for Plaintiff Polaris PowerLED Technologies, LLC*

## CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Plaintiff, certifies that this brief contains **677 word**s, which complies with the word limit of L.R. 11-6.1.

*/s/ Robert F. Kramer*
Robert F. Kramer