KRAMER LLP
Robert F. Kramer (SBN 181706)
rkramer@kramerllp.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@kramerllp.com
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (415) 419-1895

KRAMER LLP
Safraz Ishmael (*pro hac vice*)
sishmael@kramerllp.com
560 Harrison Avenue, Suite 214
Boston, MA 02118
Telephone: (212) 631-7565

KRAMER LLP
Robert Mattson (*pro hac vice*)
rmattson@kramerllp.com
Jeffrey Ahdoot (*pro hac vice*)
jahdoot@kramerllp.com
2121 Eisenhower Avenue, Suite 304
Alexandria, VA 22314
Telephone: (917) 720-0295

*Attorneys for Plaintiff*
*Polaris PowerLED Technologies, LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

POLARIS POWERLED TECHNOLOGIES, LLC,

Plaintiff,

v.

SANDISK CORPORATION, and SANDISK TECHNOLOGIES, INC.,

Defendants.

Case No. 2:24-cv-02864-ODW-MAR

**DECLARATION OF RACHAEL CHAN IN SUPPORT OF PLAINTIFF'S UNOPPOSED EX PARTE APPLICATION TO DEEM ITS MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS AND SUPPORTING PAPERS FILED AS OF OCTOBER 19, AND SET THE NOTICE HEARING AS NOVEMBER 16, 2026**

Discovery Cutoff: Nov. 13, 2026
Pretrial Conference: May 10, 2027
Trial: June 1, 2027

I, Rachael Chan, hereby declare as follows

1. I am counsel at Kramer LLP, and counsel for Plaintiff Polaris PowerLED Technologies, LLC ("Polaris" or "Plaintiff"). I have personal knowledge of the facts stated below, except where I have been informed of a fact by another member of the filing team, in which case I believe the information to be true based on my real-time communications with them that evening via email, and review of their screenshots. If called as a witness, I could testify competently to these matters under oath. I submit this declaration pursuant to L.R. 5-4.6.2 and in support of Plaintiff's Unopposed Ex Parte Application to Deem its Motion for Leave to Amend Infringement Contentions and Supporting Papers Filed as of October 19, 2026, and set the Notice Hearing Date as November 16, 2026.

2. On the evening of October 19, 2026, my firm's Operations Manager Glenda Cayabyab, and I (both working remotely from separate locations), together with Polaris's local counsel Margaret Dayton and her paralegal Jenny Mitchell, attempted to file a Motion for Leave to Amend Infringement Contentions, with supporting exhibits and declarations, and an Application for Leave to File Under Seal Exhibits 1 and 30 to Motion for Leave to Amend Infringement Contentions, with a supporting declaration (collectively, the "Motion").

3. We intended to file the Motion by October 19, 2026, in order to secure a hearing date with the Court on November 16, 2026, pursuant to L.R. 6-1 and the Judge's Procedures, ¶ B.1. The purpose of this timing was for Polaris's Motion to be heard prior to the deadline for the parties' opening expert reports, which the parties have agreed (and intend to submit a Joint Stipulation regarding) should be November 23, 2026.

4. Ms. Mitchell made a first attempt to file the Motion at 10:15 p.m. Pacific time, and was unable to access the CM/ECF log-in page. Ms. Mitchell and Ms. Cayabyab repeatedly and continuously attempted to access CM/ECF and file the Motion between 10:15 p.m. and 11:30 p.m. Pacific, on multiple browsers, but

remained unable to access the log-in page. I also attempted multiple times to access CM/ECF between 10:15 p.m. and 11:30 p.m., and was also unable to log in.

5. Ms. Cayabyab then made one final attempt to access CM/ECF and file the Motion at 11:51 p.m. Pacific, and again was unable to log in.

6. The screenshot below was provided to me by Ms. Mitchell, taken by Ms. Mitchell at 11:27 p.m. Pacific, and illustrates the error she encountered last night when attempting to access the CM/ECF log-in page.




7. Exhibit 1 is a true and correct copy of an email thread involving me and the ECF Helpdesk. I emailed the ECF Helpdesk at 11:26 p.m. Pacific[1] to provide notification that we were unable to access CM/ECF. On October 20, 2026, the ECF Helpdesk responded, stating: “We apologize for the inconvenience. The CM/ECF system experienced connectivity issues between 10:15 p.m. and 1:00 a.m. The incident has been documented in the outage log.”

---

[1] My location is in the Central time zone. Accordingly, the time stamp on the email that reads 1:26 a.m. on October 20, 2026, is in Central time.

8. Exhibit 2 is a true and correct copy of a webpage located at *https://www.cacd.uscourts.gov/e-filing/cmecf-and-pacer-system-outage-logs*, that I caused my litigation team to capture on October 20, 2026.

9. Ms. Cayabyab served the complete set of papers to be filed for the Motion, including sealed versions of Exhibits 1 and 30, on counsel for Defendants Sandisk Corporation and Sandisk Technologies, Inc. at 11:49 p.m. Pacific. Exhibit 3 is a true and correct copy of the service email.

10. On October 20, 2026, I reached out to counsel for Sandisk via email to ask for Sandisk's position on this Application. Counsel for Sandisk responded and informed me that Sandisk does not oppose this Application.

Executed on October 20, 2026.

Rachael Chan