# EXHIBIT 1

**From:** ecf-helpdesk CACD <ecf-helpdesk@cacd.uscourts.gov>
**Sent:** Tuesday, October 20, 2026 9:37 AM
**To:** Rachael Chan
**Cc:** Glenda Cayabyab; Safraz Ishmael
**Subject:** RE: Polaris PowerLED Technologies v. Sandisk Corporation (Case No. 2:24-cv-02864-ODW-MAR) ECF Outage

Hi Counsel,

We apologize for the inconvenience. The CM/ECF system experienced connectivity issues between 10:15 p.m. and 1:00 a.m. The incident has been documented in the outage log.

CM/ECF Help Desk
213-894-0242

---

**From:** Rachael Chan <rchan@kramerllp.com>
**Sent:** Monday, October 19, 2026 11:26 PM
**To:** ecf-helpdesk CACD <ecf-helpdesk@cacd.uscourts.gov>
**Cc:** Glenda Cayabyab <gcayabyab@kramerllp.com>; Safraz Ishmael <sishmael@kramerllp.com>
**Subject:** Polaris PowerLED Technologies v. Sandisk Corporation (Case No. 2:24-cv-02864-ODW-MAR) ECF Outage

**CAUTION - EXTERNAL:**

Hello,

Tonight, we attempted a filing in Polaris PowerLED Technologies v. Sandisk Corporation (Case No. 2:24-cv-02864-ODW-MAR), of a Motion for Leave to Amend Infringement Contentions ("Motion"), with supporting declaration and exhibits, and a Motion for Leave to File Under Seal Exhibits 1 and 30 to the Motion. We repeatedly and continuously attempted the filing between 10:15 p.m. and 11:15 p.m. Pacific, on multiple browsers, and were unable to access the log-in page.

Regards,

**Rachael Chan** | Counsel

**Kramer LLP**

303 Twin Dolphin Drive

Suite 600

Redwood City, CA 94065

(D) 212.835.6771

rchan@kramerllp.com | kramerllp.com | biography

Silicon Valley • New York • Austin • Boston • Washington, D.C.

Confidentiality Notice: This communication is for the intended recipient only and may be privileged. Unauthorized use is prohibited.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.