# EXHIBIT 2

The Court is warning the public about an active telephonic scam occurring within the district. Click here for

An official website of the United States government Here's how you know



# CM/ECF and PACER System Outage Logs

The following log reflects the most recent outages the CM/ECF and PACER systems have experienced due to systems problems or scheduled maintenance:

- October 19, 2026 10:20pm - October 20, 2026 1:00am
- October 16, 2026 6:00pm - October 17, 2026 4:15pm
- October 3, 2026 5:35pm - 8:00pm
- September 27, 2026 6:41pm - September 28, 2026 1:00am
- September 21, 2026 11:00pm - September 22, 2026 1:18am
- September 20, 2026 6:13pm - September 21, 2026 1:18am
- September 19, 2026 6:18pm - September 20, 2026 1:18am
- September 13, 2026 11:28pm - September 14, 2026 1:18am
- September 12, 2026 9:10pm - September 13, 2026 1:18am
- September 6, 2026 11:18pm - September 7, 2026 1:18am
- August 30, 2026 7:14pm - August 31, 2026 1:20am
- August 29, 2026 11:00pm - August 30, 2026 1:20am
- August 23, 2026 11:20pm - August 24, 2026 1:30am
- August 22, 2026 3:00am - 8:00am
- August 2, 2026 11:00pm - August 3, 2026 1:30am
- August 1, 2026 10:00pm - August 2, 2026 1:30am
- July 19, 2026 8pm - July 20, 2026 at 1:00am
- July 18, 2026 from 3:00am - 8:00am
- July 13, 2026 9pm - July 14,2026 at 1:20am
- June 20, 2026 from 3:00am - 8:00am
- May 16, 2026 from 3:00am - 8:00am
- April 29, 2026 from 11:35am - 11:55am
- April 18, 2026 from 3:00am - 8:00am
- March 31, 2026 from 9:00pm - 9:20pm

- March 31, 2026 from 8:20am - 8:40am
- March 21, 2026 from 3:00am - 8:00am
- February 21, 2026 from 3:00am - 8:00am
- February 18, 2026 from 10:30am - 10:50am
- January 17, 2026 from 12:00pm - 1:30pm
- January 17, 2026 from 12:00am - 8:00am
- December 20, 2025 from 3:00am - 8:00am
- December 18, 2025 from 5:00pm - 9:00pm
- December 11, 2025 from 8:43am - 11:08am
- December 1, 2025 from 9:10am - 9:32am
- November 22, 2025 from 12:00am - 8:00am
- November 19, 2025 from 4:00am - 9:10am
- October 18, 2025 from 3:00am - 8:00am
- October 9, 2025 from 9:50pm - 10:10pm
- October 7, 2025 from 7:30am - 10:00am
- October 1, 2025 from 10:05am - 10:20am
- September 29, 2025 from 10:00am - 2:00pm
- September 22, 2025 from 3:25pm - 3:55pm
- September 20, 2025 from 3:00am - 8:00am
- September 9, 2025 from 10:20am - 12:30pm
- September 6, 2025 from 3:00pm - 7:00pm
- August 28, 2025 from 11:00am - August 29, 2025 at 6:00am
- July 19, 2025 from 12:00am - 8:00am
- July 13, 2025 from 2:00am - 1:00pm
- June 22, 2025 from 4:00am - 6:00pm
- June 21, 2025 from 3:00am - 8:00am
- June 8, 2025 from 2:00am - 1:00pm
- May 17, 2025 from 3:00pm - 7:00pm
- April 19, 2025 from 12:00am - 8:00am
- March 28, 2025 from 10:30pm - March 29, 2025 at 12:30pm
- March 22, 2025 from 12:00am - 8:00am
- March 15, 2025 from 12:00am - March 17 6:30am
- February 22, 2025 from 12:00am - 8:00am
- January 18, 2025 from 3:00am - 8:00am
- December 21, 2024 from 12:00am - 8:00am
- November 16, 2024 from 3:00pm - 7:00pm
- November 16, 2024 from 3:00am - 8:00am
- November 2, 2024 from 3:00pm - 7:00pm
- October 25, 2024 from 3:00am - 8:00am
- September 22, 2024 from 3:00am - 12:00pm
- September 21, 2024 from 12:00am - 10:00am
- August 17, 2024 from 3:00pm - 7:00pm

- August 17, 2024 from 12:00am - 10:00am
- July 20, 2024 from 2:00am - 10:00am
- June 15, 2024 from 2:00am - 10:00am
- June 1, 2024 from 3:00pm - 7:00pm
- May 31, 2024 from 6:00pm - June 1, 2024 at 10:00am
- May 18, 2024 from 2:00am - 10:00am
- April 20, 2024 from 2:00am - 10:00am
- March 16, 2024 from 2:00am - 10:00am
- February 17, 2024 from 2:00am - 10:00am
- January 20, 2024 from 2:00am - 10:00am
- December 16, 2023 from 2:00am - 10:00am
- November 18, 2023 from 2:00am - 10:00am
- October 21, 2023 from 2:00am - 10:00am
- September 16, 2023 from 2:00am - 10:00am
- September 8, 2023 from 2:25pm - 6:00pm
- August 19, 2023 from 3:00pm - 7:00pm
- August 19, 2023 from 5:00am - 6:00am
- July 18, 2023 from 7:55pm - July 19, 2023 6:30am
- July 15, 2023 from 2:00am - 10:00am
- June 17, 2023 from 2:00am - 10:00am
- May 20, 2023 from 2:00am - 10:00am
- April 15, 2023 from 2:00am - 10:00am
- March 31, 2023 from 6:00pm - 11:59pm
- March 18, 2023 from 2:00am - 10:00am
- February 18, 2023 from 2:00am - 10:00am
- January 21, 2023 from 2:00am - 10:00am
- December 17, 2022 from 2:00am - 10:00am
- December 10, 2022 from 12:00am - 2:00am
- November 19, 2022 from 2:00am - 10:00am
- October 15, 2022 from 2:00am - 10:00am
- October 7, 2022 from 8:00pm - October 10, 2022 at 6:00pm
- September 17, 2022 from 2:00am - 10:00am
- August 20, 2022 from 2:00am - 10:00am
- July 16, 2022 from 2:00am - 10:00am
- June 18, 2022 from 2:00am - 10:00am
- May 21, 2022 from 2:00am - 10:00am
- April 16, 2022 from 2:00am - 10:00am
- April 10, 2022 from 3:55am - 2pm
- March 13, 2022 from 3:55am - 10am
- March 11, 2022 from 10:45am - March 12, 2022 at 9:00am
- February 19, 2022 from 2:00am - 10:00am
- February 4, 2022 from 11:00pm - February 5, 2022 at 12:00am

- January 15, 2022 from 2:00am - 10:00am
- December 18, 2021 from 2:00am - 10:00am
- November 20, 2021 from 2:00am - 10:00am
- October 16, 2021 from 2:00am - 10:00am
- September 18, 2021 from 5:00am - 10:00am
- August 21, 2021 from 2:00am - 10:00am
- July 17, 2021 from 5:00am - 10:00am
- June 19, 2021 from 5:00am - 10:00am
- May 15, 2021 from 5:00am - 10:00am
- April 17, 2021 from 5:00am - 10:00am
- March 20, 2021 from 5:00am - 10:00am
- March 1, 2021 from 7:00pm - March 2, 2021 1:00am
- February 20, 2021 from 5:00am - 10:00am
- January 16, 2021 from 9:00pm - January 17, 2021 1:00am
- January 16, 2021 from 5:00am - 10:00am
- December 6, 2020 from 12:00am - 6:00am
- October 23, 2020 from 9:00am - 5:00pm
- September 18, 2020 from 6:00pm - September 21,2020 12:00am
- September 12, 2020 from 12:00am - 8:00am
- August 15, 2020 from 2:00am - 10:00am
- July 18, 2020 from 2:00am - 10:00am
- June 20, 2020 from 2:00am - 10:00am
- June 16, 2020 from 6:55am - 8:30am, 9:55am - 11am, 11:40am - 1:55pm
- May 16, 2020 from 2:00am - 10:00am
- May 15, 2020 from 8:10pm - 10:30pm
- April 18, 2020 from 5:00am - 10:00am
- March 21, 2020 from 5:00am - 10:00am
- February 18, 2020 from 2:45pm - 3:15pm
- February 14, 2020 from 6:00pm - February 18 12:00am
- January 18, 2020 from 5:00am - 10:00am
- January 18, 2020 from 5:00am - 10:00am
- December 21, 2019 from 5:00am - 10:00am
- November 16, 2019 from 2:00am - 10:00am
- October 26, 2019 from 2:00am - 10:00am
- September 21, 2019 from 2:00am - 10:00am
- August 17, 2019 from 2:00am - 10:00am
- July 20, 2019 from 2:00am - 10:00am
- June 15, 2019 from 2:00am - 10:00am
- May 18, 2019 from 2:00am - 10:00am
- March 16, 2019 from 2:00am - 10:00am
- February 16, 2019 from 2:00am - 10:00am
- January 19, 2019 from 2:00am - 10:00am

- December 15, 2018 from 2:00am - 10:00am
- October 20, 2018 from 2:00am - 10:00am
- September 22, 2018 from 2:00am - 7:00am
- July 21, 2018 from 2:00am - 10:00am
- June 1, 2018 from 9:00pm - 9:45pm
- January 20, 2018 from 2:00am - 10:00am
- January 13, 2018 from 11:00pm - 11:30pm
- December 2, 2017 from 7:00am - 1:30pm
- November 13, 2017 from 11:38am -3:00pm
- August 21, 2017 from 12:15pm - 3:00pm
- May 22, 2017 from 2:45pm - 3:00pm
- May 16, 2017 from 3:00am - 3:35am
- April 8, 2017 from 12:00am - 6:00am
- April 1, 2017 from 8:00am - 10:15am
- January 28, 2017 from 9:00pm - January 29, 2017 at 12:01am
- September 16, 2016 from 8:00pm - 9:00pm
- June 30, 2016 from 8:00pm - July 1, 2016 3:00am
- June 4, 2016 from 12:45am - June 6, 2016 11:30am
- May 13, 2016 from 8:00pm - May 14, 2016 2:07am
- April 16, 2016 from 2:00am - 10:00am
- March 2, 2016 from 2:50pm - 4:10pm
- February 2, 2016 from 8:00am - 12:00pm
- October 11, 2015 from 12:00 a.m. - 4:00 a.m. and 2:00 pm - 3:40 p.m.
- September 24, 2015 from 10:00 p.m. - September 25, 2015 at 3:00 a.m.
- September 19, 2015 from 12:00 a.m. - 5:00 a.m.
- September 12, 2015 from 12:00 a.m. - 5:00 a.m.
- August 15, 2015 from 5:00 a.m. - 7:00 a.m.
- December 14, 2014 from 9:00 p.m. through December 15, 2014 at 12:00 a.m.
- December 12, 2014 from 10:02 p.m. through December 13, 2014 at 6:14 p.m.
- September 26, 2014 from 7:30 p.m. - 10:10 p.m.
- September 13, 2014 from 8:00 a.m. - 5:00 p.m.
- August 13, 2014 from 4:30 p.m. - 5:15 p.m.
- From 6:00 p.m. July 3, 2014 - 5:00 p.m. July 6, 2014
- May 3, 2014 from 7:00 a.m. - 10:00 a.m.
- March 13, 2014 from 3:00 a.m. - 6:00 a.m.
- From 8:00 a.m. October 12, 2013 - 6:00 p.m. October 14, 2013
- From 6:00 p.m. September 13, 2013 - 6:00 p.m. September 15, 2013
- August 24, 2013 from 8:00 a.m. - 2:00 p.m.
- June 24, 2013 from 2:00 a.m. - 6:00 a.m.
- June 17, 2013 from 3:00 a.m. - 6:00 a.m.
- From 6:00 PM June 12, 2013 through 6:00 AM June 13, 2013
- From 7:00 AM Saturday, February 16, 2013 through Monday, February 18, 2013

- From 8:00 a.m. until 12:00 p.m. on Saturday March 10, 2012
- From 6:00 p.m. Friday October 7th, 2011 - 9:00 a.m. on Saturday October 8th, 2011
- From 8:00 a.m. - 9:15 a.m on Monday August 1st, 2011
- From 5:00 p.m. Friday March 25th, 2011 to 9:00 a.m. Saturday March 26h, 2011
- From 7:00 a.m. until 12:00 p.m. on Saturday December 4th, 2010
- From Friday Oct 29th 6:00 p.m. to Saturday Oct 30th, 2010 10:00 a.m.
- From Friday Oct 8th 6:00 p.m. to Saturday Oct 9th 9:00 a.m.
- Saturday September 11, 2010 from 8:00 a.m. to noon
- Saturday July 10, 2010 from 8:00 a.m. to 1:30 p.m.
- Wednesday June 30, 2010 from 12:01 a.m. to 10:00 a.m.
- Monday April 12, 2010 from 5:00 a.m. to 10:30 a.m.
- From Tuesday April 6, 2010 9:00 p.m - Wednesday April 7, 2010 7:45 a.m
- Saturday 03/13/2010 8:00 a.m. to 5:00 p.m.
- From Saturday 02/13/2010 8:00 a.m. thought Monday 02/15/2010 5:00 p.m.
- Wednesday 11/11/09 7:00 a.m. - 10:00 a.m.
- Tuesday 10/13/09 3:45 p.m. - 4:10 p.m.
- From Friday 10/09/09 6:00 p.m. - Saturday 10/10/09 9:00 a.m.
- Friday 07/24/09 6:00 p.m. - 8:00 p.m.
- Saturday 06/20/09 8:00 a.m. - 12:00 p.m.
- Wednesday 04/29/09 9:00 p.m. - 9:15 p.m.
- Monday 04/28/09, 8:00 a.m. - 2:00 p.m.
- Sunday 04/26/09, 7:00 a.m. - 8:00 a.m.
- Saturday 02/14/09, 8:00 a.m. - noon
- Friday 12/19/08, 6:30pm - Saturday 12/20/08, 6:30am
- Friday 12/12/08, 2:45 pm - 3:45 pm
- From Friday 08/29/08 8:00 pm until Sunday 08/31/08 6:00 pm
- Sunday 8/17/08, 8:00 am - 09:00 am
- Saturday 7/05/08, 8:00 am - 12:00 noon
- Thursday 7/03/08, 12:00 noon - 1:30pm
- Wednesday 7/02/08, 5:30pm - 7:00pm
- Saturday 5/24/08, 8:00am - Monday 5/26/08, 5:00pm
- Saturday 4/19/08, 8:00am - Sunday 4/20/08, 6:00pm
- Saturday 3/1/08, 9:00pm - Sunday 3/2/08, 2:30pm
- Saturday 2/16/08, 8:00am - Sunday 2/17/08, 6:00pm
- Tuesday 02/12/08, 8:00pm - 8:15pm
- Saturday 02/02/08, 7:00am - 12:00pm
- Saturday 01/27/08, 8:00am - 10:00am
- Thursday 01/24/08, 7:30pm - 8:30pm
- Tuesday 01/22/08, 3:30pm - 5:30pm
- Friday 01/18/08, 1:00pm - 2:00pm
- Wednesday 01/16/08, 4:30pm - Thursday 01/17/08 8:50am
- Saturday 01/12/08, 7:00am - 8:50am

- Tuesday 01/08/08, 10:15am - 2:30pm

## E-Filing

NextGen CM/ECF

Electronic Filing and Case Access for Attorneys

Electronic Filing and Case Access for People Without Lawyers

Updating Your Contact Information

CM/ECF Helpdesk

Mandatory Chambers Copies

Electronic Case Opening

Initiating Documents

Sealed Documents

Criminal Duty Matters

Exceptions to Electronic Filing

Proposed Documents

Document Redaction and Transcripts

Judiciary Privacy Policy

Electronic Filing Event Search

Hardware and Software Requirements for Electronic Filing

**CM/ECF and PACER Outage Logs**

Other Training Videos

Hyperlinking for Attorneys - Word

Hyperlinking for Attorneys - WordPerfect

FAQs

PACER MFA FAQs

Problem with PDF documents created on Mac Operating Systems

## Online Case Management & Electronic Filing

Log in to CM/ECF

## Request Access to CM/ECF

Attorneys

People Without Lawyers

Media

## E-Filing Frequently Asked Questions by Category

Electronic Filing and Case Access for People Without Lawyers

Access Related

Case Related

Civil Case Opening

Criminal Duty Matters

General E-Filing

Technical - CM/ECF Related

Technical - Free Copy Related

Technical - General Web Related

Technical - PDF Related

Transition to NextGen

Return to top

Jurors | Attorneys | People without Lawyers | ADA Accommodations | Careers | FAQs | Contact Us

United States District Court
**Central District of California**

Clerk Services

Attorney Information

Jurisdiction

Court Procedures

Find a location