# EXHIBIT 3

**From:** Glenda Cayabyab
**Sent:** Monday, October 19, 2026 11:49 PM
**To:** rwong@keker.com; emeyer@keker.com; ehanson@keker.com; kkaufman@keker.com; amehta@keker.com; adorai@keker.com; PPOWER-KVP
**Cc:** Peggy Dayton; Rob Kramer; Jeremiah Armstrong; Safraz Ishmael; Robert Mattson; Jeffrey Ahdoot; Nicki Glauser; Jeanine Maraj; Calendaring; Jenny Mitchell; KramerLLP-Polaris-Sandisk
**Subject:** Polaris PowerLED Technologies, LLC v. Sandisk Corporation, et. al., No. 2:24-cv-02864-ODW-MAR (C.D. Cal.)

Counsel:

As you know, Polaris set today as its filing date for its motion for leave to amend its infringement contentions. Unfortunately, despite multiple attempts, the Central District's filing system appears to be down and we cannot file our motion right now. We intend to try the filing again tomorrow and will ask the Court for leave to have the hearing date on November 16, in order to avoid interference with the parties' expert report deadline. In the meantime, we are serving you now with the complete documents and will resend again tomorrow after filing.

2026 10-19 MFL to Amend IC; MFL to FUS Ex 1-30

Password will follow under separate email. Thank you.

**Glenda Cayabyab** | Firmwide Operations Manager
**Kramer LLP**
303 Twin Dolphin Dr.
Suite 600
Redwood City, CA 94065
Direct: (332) 232-2791
gcayabyab@kramerllp.com | kramerllp.com | biography
Silicon Valley • New York • Austin • Boston • Washington, D.C.

Confidentiality Notice: This communication is for the intended recipient only and may be privileged. Unauthorized use is prohibited.