KRAMER LLP
Robert F. Kramer (SBN 181706)
rkramer@kramerllp.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@kramerllp.com
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (415) 419-1895

KRAMER LLP
Safraz Ishmael (*pro hac vice*)
sishmael@kramerllp.com
560 Harrison Avenue, Suite 214
Boston, MA 02118
Telephone: (212) 631-7565

KRAMER LLP
Robert Mattson (*pro hac vice*)
rmattson@kramerllp.com
Jeffrey Ahdoot (*pro hac vice*)
jahdoot@kramerllp.com
2121 Eisenhower Avenue, Suite 304
Alexandria, VA 22314
Telephone: (917) 720-0295

*Attorneys for Plaintiff*
*Polaris PowerLED Technologies, LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br>Plaintiff,<br><br>v.<br><br>SANDISK CORPORATION, and SANDISK TECHNOLOGIES, INC.,<br>Defendants. | Case No. 2:24-cv-02864-ODW-MAR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED EX PARTE APPLICATION TO DEEM ITS MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS AND SUPPORTING PAPERS FILED AS OF OCTOBER 19, AND SET THE NOTICE HEARING DATE AS NOVEMBER 16, 2026**<br><br>Discovery Cutoff: Nov. 13, 2026<br>Pretrial Conference: May 10, 2027<br>Trial: June 1, 2027 |

Having considered Plaintiff Polaris PowerLED Technologies, LLC's Unopposed Ex Parte Application to Deem Its Motion for Leave to Amend Infringement Contentions and Supporting Papers Filed as of October 19, and Set the Notice Hearing Date as November 16, 2026, and good cause appearing, the Court hereby **GRANTS** the Application.

**IT IS SO ORDERED.**

Dated:

______________________________

Hon. Otis D. Wright