**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br>Plaintiff,<br>v.<br>SANDISK CORPORATION, and SANDISK TECHNOLOGIES, INC.,<br>Defendants. | Case No. 2:24-cv-02864-ODW-MAR<br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED EX PARTE APPLICATION TO DEEM ITS MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS AND SUPPORTING PAPERS FILED AS OF OCTOBER 19, AND SET THE NOTICE HEARING DATE AS NOVEMBER 16, 2026**<br>Discovery Cutoff: Nov. 13, 2026<br>Pretrial Conference: May 10, 2027<br>Trial: June 1, 2027 |

Having considered Plaintiff Polaris PowerLED Technologies, LLC's Unopposed Ex Parte Application to Deem Its Motion for Leave to Amend Infringement Contentions and Supporting Papers Filed as of October 19, and Set the Notice Hearing Date as November 16, 2026, and good cause appearing, the Court hereby **GRANTS** the Application.

**IT IS SO ORDERED.**

Dated: October 21, 2026

Hon. Otis D. Wright