KRAMER LLP
Robert F. Kramer (SBN 181706)
rkramer@kramerllp.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@kramerllp.com
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (415) 419-1895

Safraz Ishmael (*pro hac vice*)
sishmael@kramerllp.com
560 Harrison Avenue, Suite 214
Boston, MA 02118
Telephone: (212) 631-7565

Robert Mattson (*pro hac vice*)
rmattson@kramerllp.com
Jeffrey Ahdoot (*pro hac vice*)
jahdoot@kramerllp.com
2121 Eisenhower Avenue, Suite 304
Alexandria, VA 22314
Telephone: (917) 720-0295

Nicole Glauser (*pro hac vice*)
nglauser@kramerllp.com
500 W.2nd Street, Suite 1900
Austin, TX 78701
Telephone: (212) 363-1492

*Attorneys for Plaintiff*
*Polaris PowerLED Technologies, LLC*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SANDISK CORPORATION, and SANDISK TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 2:24-cv-02864-ODW-MAR<br><br>**JOINT STIPULATION RE EXPERT REPORT DEADLINES** |

Plaintiff Polaris PowerLED Technologies, LLC ("Polaris" or "Plaintiff") and Defendants Sandisk Corporation and Sandisk Technologies, Inc. (collectively "Sandisk" or "Defendants") (Polaris and Sandisk are the "Parties") stipulate and agree as follows:

WHEREAS, Plaintiff filed this action on April 9, 2024, accusing Defendants of infringing the asserted claims of U.S. Patent Nos. 8,554,968 ("the '968 Patent"), 9,183,085 ("the '085 Patent"), and 8,601,346 ("the '346 Patent") (collectively, "Asserted Patents").

WHEREAS, Plaintiff filed its First Amended Complaint on June 21, 2024.

WHEREAS, the Court issued a scheduling order on January 27, 2025 (Dkt. 54) setting the deadlines for fact discovery on February 18, 2026 and for expert discovery on March 11, 2026.

WHEREAS, on June 23, 2025, the Court issued an Order staying this action (Dkt. 68) pending *inter partes* review of the Asserted Patents.

WHEREAS, on December 17, 2025, the Court issued an Order lifting the stay (Dkt. 79).

WHEREAS, the Court issued a new scheduling order on January 9, 2026 (Dkt. 86) setting the deadlines for fact discovery on October 16, 2026 and for expert discovery on January 8, 2027.

WHEREAS, Polaris filed a Motion to Modify the Scheduling Order and Extend the Discovery Cutoff and Expert Deadlines ("Motion to Modify Scheduling Order") (Dkt. 135) on September 4, 2026. The Motion to Modify Scheduling Order requested that the Court extend the deadlines for fact discovery and expert discovery, and set deadlines for opening expert reports on December 4, 2026 and rebuttal expert reports on January 6, 2027.

WHEREAS, the Court granted Polaris's Motion to Modify Scheduling Order on September 22, 2026 (Dkt. 143), and extended the deadline for fact discovery to November 13, 2026 and for expert discovery to January 15, 2027. The Court's order

was silent with respect to deadlines for opening expert reports or rebuttal expert reports.

WHEREAS, the Parties seek certainty concerning the deadlines for opening expert reports and rebuttal expert reports.

WHEREAS, the Parties have agreed that the deadlines for opening expert reports shall be November 23, 2026, and for rebuttal expert reports shall be December 22, 2026.

NOW, THEREFORE, IT IS HEREBY STIPULATED THAT the Court may enter an Order, in the form concurrently lodged herewith, providing that:

(1) The deadline for the Parties to serve opening expert reports shall be November 23, 2026; and

(2) The deadline for the Parties to serve rebuttal expert reports shall be December 22, 2026.

**IT IS SO STIPULATED.**

Dated: October 22, 2026

By: */s/ Robert F. Kramer*

Robert F. Kramer (SBN 181706)
rkramer@kramerllp.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@kramerllp.com
KRAMER LLP
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (415) 419-1895

Safraz Ishmael (*pro hac vice*)
sishmael@kramerllp.com
KRAMER LLP
560 Harrison Avenue, Suite 214
Boston, MA 02118
Telephone: (212) 631-7565

Robert Mattson (*pro hac vice*)
rmattson@kramerllp.com
Jeffrey Ahdoot (*pro hac vice*)
jahdoot@kramerllp.com
KRAMER LLP
2121 Eisenhower Avenue, Suite 304
Alexandria, VA 22314
Telephone: (917) 720-0295

Nicole Glauser (*pro hac vice*)
nglauser@kramerllp.com
KRAMER LLP
500 W. 2nd Street, Suite 1900
Austin, TX 78701
Telephone: (212) 363-1492

Margaret E. Dayton (SBN 274353)
peggy@umklaw.com
UMHOFER, MITCHELL & KING LLP
767 S. Alameda Street, Suite 270
Los Angeles, CA 90021
Telephone: (213) 394-7979

Attorneys for Plaintiff
POLARIS POWERLED
TECHNOLOGIES, LLC

Dated: October 22, 2026 By: */s/ Aseem Mehta*

Ryan K. Wong (SBN 267189)
rwong@keker.com
Erin E. Meyer (SBN 274244)
emeyer@keker.com
Eric Hanson (SBN 254570)
ehanson@keker.com
Kelly S. Kaufman (SBN 328827)
kkaufman@keker.com
Aseem Mehta (SBN 338020)
amehta@keker.com
Amrutha Dorai (SBN 352697)
adorai@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendants
SANDISK CORPORATION and
SANDISK TECHNOLOGIES, INC.

## ATTESTATION OF E-FILER

Pursuant to L.R. 5-1(i)(3), the undersigned ECF user whose identification and password are being used to file the foregoing document hereby attests that all signatories herein, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Robert F. Kramer*
Robert F. Kramer