KEKER, VAN NEST & PETERS LLP
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
ERIC B. HANSON #254570
ehanson@keker.com
KELLY S. KAUFMAN #328827
kkaufman@keker.com
ASEEM MEHTA #338020
amehta@keker.com
AMRUTHA DORAI #352697
adorai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants
Sandisk Corporation and
Sandisk Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SANDISK CORPORATION and SANDISK TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 2:24-cv-02864-ODW-MAR<br><br>**DECLARATION OF RYAN K. WONG IN SUPPORT OF DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS**<br><br>Dept: Courtroom 5D, 5th Floor<br>Judge: Hon. Otis D. Wright II<br><br>Date Filed: April 9, 2024<br><br>Trial Date: June 15, 2027 |

I, Ryan K. Wong, declare as follows:

1. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently as to them under oath.

2. I am an attorney licensed to practice law in the State of California and am a partner at Keker, Van Nest & Peters LLP, counsel for Defendants Sandisk Corporation and Sandisk Technologies, Inc. ("Sandisk") in the above-captioned action.

3. I make this declaration in support of Sandisk's Statement of Non-Opposition to Plaintiff's Motion for Leave to Amend Infringement Contentions (Dkt. 146).

4. On October 1, 2026, Dr. Eran Sharon, a Distinguished Engineer employed by Sandisk, sat for a deposition by Plaintiff in connection with this litigation. Dr. Sharon testified as a corporate designee on behalf of Sandisk, as well as in his personal capacity. I defended Dr. Sharon at that deposition.

5. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the transcript of Dr. Sharon's deposition testimony. The transcript is marked Highly Confidential – Attorneys' Eyes Only under the Protective Order in this case.

6. On October 8, 2026, on behalf of Sandisk, my office transmitted a letter via email to counsel for Plaintiff providing notice under 35 U.S.C. § 285 that Plaintiff's claims of infringement by Sandisk of U.S. Patent No. 9,183,085 are frivolous and that Sandisk reserves the right to seek reimbursement for attorneys' fees if Polaris declines to dismiss its infringement claims with prejudice. Attached hereto as **Exhibit B** is a true and correct copy of that October 8, 2026 letter. The letter contains information marked Highly Confidential – Attorneys' Eyes Only subject to the protective order in this case.

//

//

//

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. Executed on October 26, 2026, in San Francisco, California.

*/s/ Ryan K. Wong*
Ryan K. Wong