KEKER, VAN NEST & PETERS LLP
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
ERIC B. HANSON #254570
ehanson@keker.com
KELLY S. KAUFMAN #328827
kkaufman@keker.com
ASEEM MEHTA #338020
amehta@keker.com
AMRUTHA DORAI #352697
adorai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants
Sandisk Corporation and
Sandisk Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SANDISK CORPORATION and SANDISK TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 2:24-cv-02864-ODW-MAR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>Dept: Courtroom 5D, 5th Floor<br>Judge: Hon. Otis D. Wright II<br><br>Date Filed: April 9, 2024<br><br>Trial Date: June 15, 2027 |

Having considered Defendants' Application for Leave to File Under Seal a Statement of Non-Opposition and Supporting Exhibits and good cause being shown, it is **ORDERED** that Defendants' Application is granted.

Defendants shall file the portions of their Statement of Non-Opposition and Exhibits A and B to the Wong Declaration identified in the chart below in the manner set forth in Local Rule 79-5.2.2(c):

| Document | Portion to be Sealed | Basis for Sealing |
|---|---|---|
| Statement of Non-Opposition to Plaintiff's Motion for Leave to File Amended Infringement Contentions | Portions of pages 2 and 3 | Mehta Decl. at ¶¶ 5-7, 9-10 |
| Wong Declaration, Exhibit A | Entirely Under Seal | Mehta Decl. at ¶¶ 5-7, 10 |
| Wong Declaration, Exhibit B | Portions of pages 1, 2, and 3 | Mehta Decl. at ¶¶ 5-8, 10 |

Dated:

HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE