UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| No. | 2:24-cv-02864-ODW (MARx) | Date | October 26, 2026 |
| Title | *Polaris PowerLED Technologies, LLC v. Western Digital Corporation et al.* | | |

Present: The Honorable Otis D. Wright, II, United States District Judge

| Sheila English | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):** **Order GRANTING Plaintiff's Application for Leave to File Under Seal [147]**

The Court received and reviewed Plaintiff's Application for Leave to File Under Seal Exhibits 1 and 30 to Plaintiff's Motion for Leave to Amend Infringement Contentions, filed in connection with Plaintiff's Motion for Leave to Amend Infringement Contentions. (Appl. Seal, Dkt. No. 147.) Additionally, the Court received and reviewed Defendants' Declaration of Amrutha Dorai in Support of Polaris's Application for Leave to File Under Seal Exhibits 1 and 30 to Motion for Leave to Amend Infringement Contentions. (Decl. Amrutha Dorai, Dkt. No. 154.) The application meets the standard of C.D. Cal. L.R. 79-5.2.2(b)(i), and the Court otherwise finds good cause to grant the Application. Accordingly, the Application is **GRANTED**. (Dkt. No. 147.)

Local Rule 79-5.2.2(c) provides in relevant part that if an application to seal is granted, "the Filing Party must thereafter file the document with whatever motion or other document the under-seal filing is intended to support. The Clerk will not convert the PROPOSED sealed document submitted with the Application into a new filing." Plaintiff shall comply with this directive and all other requirements of Local Rule 79-5.2.2(c) no later than **October 29, 2026.** Failure to comply will result in the Court considering Plaintiff's Motion for Leave to Amend Infringement Contentions without the noted exhibits.

**IT IS SO ORDERED.**

: 00

Initials of Preparer SE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| No. | 2:24-cv-02864-ODW (MARx) | Date | October 26, 2026 |
| Title | *Polaris PowerLED Technologies, LLC v. Western Digital Corporation et al.* | | |