KRAMER LLP
Robert F. Kramer (SBN 181706)
rkramer@kramerllp.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@kramerllp.com
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (415) 419-1895

Safraz Ishmael (*pro hac vice*)
sishmael@kramerllp.com
560 Harrison Avenue, Suite 214
Boston, MA 02118
Telephone: (212) 631-7565

Robert Mattson (*pro hac vice*)
rmattson@kramerllp.com
Jeffrey Ahdoot (*pro hac vice*)
jahdoot@kramerllp.com
2121 Eisenhower Avenue, Suite 304
Alexandria, VA 22314
Telephone: (917) 720-0295

Nicole Glauser (*pro hac vice*)
nglauser@kramerllp.com
Rachael Chan (SBN 265002)
rchan@kramerllp.com
500 W. 2nd Street, Suite 1900
Austin, TX 78701
Telephone: (212) 363-1492

Attorneys for Plaintiff
Polaris PowerLED Technologies, LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br>Plaintiff,<br>v.<br>SANDISK CORPORATION and SANDISK TECHNOLOGIES, INC.,<br>Defendants. | Case No. 2:24-cv-02864-ODW-MAR<br><br>**PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PLAINTIFF'S SUPPLEMENTAL CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)** |

Pursuant to Local Rule 79-5, Plaintiff Polaris PowerLED Technologies, LLC ("Polaris" or "Plaintiff") hereby files this application (the "Application") for an order permitting it to file under seal Plaintiff's Supplemental Certification and Notice of Interested Parties (Local Rule 7.1-1) (the "Supplemental Certification"), as reflected in the attached versions of the Supplemental Certification. This Application is accompanied by the Declaration of Robert F. Kramer In Support of Plaintiff's Application for Leave to File Under Seal Plaintiff's Supplemental Certification and Notice of Interested Parties (Local Rule 7.1-1).

On April 9, 2024, Polaris filed this patent infringement action in this District. On that same date, as required by Local Rule 7.1-1, Polaris filed its original Certification and Notice of Interested Parties (L.R. 7.1-1) and 7.1 Corporate Disclosure statement. Polaris now desires to supplement that original Certification and to disclose to the Court additional corporate entities that meet the Local Rule 7.1-1 criteria; i.e., that have a "pecuniary interest in the outcome of the case." However, Polaris is contractually prohibited from publicly disclosing the identity of certain of those corporate entities. *See* Declaration of Robert F. Kramer.

Polaris makes this supplemental disclosure solely to comply with Local Rule 7.1-1. Polaris does not intend to rely on the Supplemental Certification in support of any motion or hearing.

Polaris does not object to disclosing the Supplemental Certification to counsel for Defendants Sandisk Corporation and Sandisk Technologies, Inc. ("Sandisk") on an attorneys' eyes only basis.

Counsel for Polaris reached out to counsel for Sandisk to inquire whether Sandisk will oppose this Application. Sandisk's counsel informed Polaris's counsel that it does oppose.

It is hereby requested that the Court grant Polaris' Application, and order that the requested portions of the Supplemental Certification set forth in the Declaration of Robert F. Kramer are deemed sealed.

Dated: October 27, 2026

**KRAMER LLP**

By: */s/ Robert F. Kramer*
Robert F. Kramer (SBN 181706)
rkramer@kramerllp.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@kramerllp.com
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (415) 419-1895

Safraz Ishmael (*pro hac vice*)
sishmael@kramerllp.com
560 Harrison Avenue, Suite 214
Boston, MA 02118
Telephone: (212) 631-7565

Robert Mattson (*pro hac vice*)
rmattson@kramerllp.com
Jay Guiliano (*pro hac vice* forthcoming)
jguiliano@kramerllp.com
Jeffrey Ahdoot (*pro hac vice*)
jahdoot@kramerllp.com
2121 Eisenhower Avenue, Suite 304
Alexandria, VA 22314
Telephone: (917) 720-0295

Nicole Glauser (*pro hac vice*)
nglauser@kramerllp.com
Rachael Chan (SBN 265002)
rchan@kramerllp.com
500 W. 2nd Street, Suite 1900
Austin, TX 78701
Telephone: (212) 363-1492

Margaret E. Dayton (SBN 274353
peggy@umklaw.com
UMHOFER, MITCHELL & KING LLP
767 S. Alameda Street, Suite 270
Los Angeles, CA 90021
Telephone: (213) 394-7979

Attorneys for Plaintiff
Polaris PowerLED Technologies, LLC

**CERTIFICATE OF COMPLIANCE**

The undersigned, counsel of record for Plaintiff, certifies that this brief contains 296 words, which complies with the word limit of L.R. 11-6.1.

*/s/ Robert F. Kramer*
Robert F. Kramer