KRAMER LLP
Robert F. Kramer (SBN 181706)
rkramer@kramerllp.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@kramerllp.com
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (415) 419-1895

Safraz Ishmael (*pro hac vice*)
sishmael@kramerllp.com
560 Harrison Avenue, Suite 214
Boston, MA 02118
Telephone: (212) 631-7565

Robert Mattson (*pro hac vice*)
rmattson@kramerllp.com
Jeffrey Ahdoot (*pro hac vice*)
jahdoot@kramerllp.com
2121 Eisenhower Avenue, Suite 304
Alexandria, VA 22314
Telephone: (917) 720-0295

Nicole Glauser (*pro hac vice*)
nglauser@kramerllp.com
Rachael Chan (SBN 265002)
rchan@kramerllp.com
500 W. 2nd Street, Suite 1900
Austin, TX 78701
Telephone: (212) 363-1492

Attorneys for Plaintiff
Polaris PowerLED Technologies, LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

POLARIS POWERLED TECHNOLOGIES, LLC,

Plaintiff,

v.

SANDISK CORPORATION and SANDISK TECHNOLOGIES, INC.,

Defendants.

Case No. 2:24-cv-02864-ODW-MAR

**[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PLAINTIFF'S SUPPLEMENTAL CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)**

Plaintiff Polaris PowerLED Technologies, LLC's Application for Leave to File Under Seal Plaintiff's Supplemental Certification and Notice of Interested Parties (Local Rule 7.1-1) (the "Application") came on regularly before the Court.

Good cause being shown, it is ORDERED that Plaintiff's Application is granted. Plaintiff shall file the portions of Plaintiff's Supplemental Certification and Notice of Interested Parties (Local Rule 7.1-1) ("Supplemental Certification") identified in the chart below in the manner set forth in Local Rule 79-5.2.2(c):

| Document | Portion to be Sealed | Basis for Sealing |
|---|---|---|
| Supplemental Certification | Page 1, lines 7-8 | Kramer Sealing Decl. at ¶¶ 2-7; Dkt. 61 |

Counsel for Defendants shall be allowed to view the Supplemental Certification on an attorneys' eyes only basis.

Dated: ____________________

______________________________
The Hon. Otis D. Wright, II
United States District Court Judge