KEKER, VAN NEST & PETERS LLP
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
ERIC B. HANSON #254570
ehanson@keker.com
KELLY S. KAUFMAN #328827
kkaufman@keker.com
ASEEM MEHTA #338020
amehta@keker.com
AMRUTHA DORAI #352697
adorai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants
Sandisk Corporation and
Sandisk Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SANDISK CORPORATION and SANDISK TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 2:24-cv-02864-ODW-MAR<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PLAINTIFF'S SUPPLEMENTAL CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>Dept: Courtroom 5D, 5th Floor<br>Judge: Hon. Otis D. Wright II<br><br>Date Filed: April 9, 2024<br><br>Trial Date: June 1, 2027 |

# [PROPOSED] ORDER

Having considered the arguments presented by the parties, Plaintiff's Application for Leave to File Under Seal Plaintiff's Supplemental Certification and Notice of Interested, Dkt. 160, is hereby **DENIED.**

**IT IS SO ORDERED.**

Dated:

Hon. Otis D. Wright II
United States District Court Judge