UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| No. | 2:24-cv-02864-ODW (MARx) | Date | October 29, 2026 |
| Title | *Polaris PowerLED Technologies, LLC v. Western Digital Corporation et al.* | | |

| | | |
|---|---|---|
| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):** **Order GRANTING Plaintiff's Application for Leave to File Under Seal [160]**

The Court received and reviewed Plaintiff's Application for Leave to File Under Seal Plaintiff's Supplemental Certification and Notice of Interested Parties. (Appl. Seal, Dkt. No. 160.) Additionally, the Court received and reviewed Plaintiff's Declaration of Robert F. Kramer in Support of Plaintiff's Application for Leave to File Under Seal Plaintiff's Supplemental Certification and Notice of Interested Parties. (Decl. Robert F. Kramer, Dkt. No. 161.) The application meets the standard of C.D. Cal. L.R. 79-5.2.2(b)(i), and the Court otherwise finds good cause to grant the Application. Accordingly, the Application is **GRANTED**. (Dkt. No. 160.)

Local Rule 79-5.2.2(c) provides in relevant part that if an application to seal is granted, "the Filing Party must thereafter file the document with whatever motion or other document the under-seal filing is intended to support. The Clerk will not convert the PROPOSED sealed document submitted with the Application into a new filing." Plaintiff shall comply with this directive and all other requirements of Local Rule 79-5.2.2(c) no later than **November 2, 2026**.

**IT IS SO ORDERED.**

: 00

Initials of Preparer SE