# EXHIBIT 2

Jonathan D. Baker (SBN 196062)
jdbaker@dickinsonwright.com
DICKINSON WRIGHT RLLP
800 W. California Avenue, Suite 110
Sunnyvale, CA 94086
Telephone: (408) 701-6200
Facsimile: (844) 670-6009

Steven R. Daniels (SBN 235398)
sdaniels@dickinsonwright.com
Michael D. Saunders (SBN 259692)
msaunders@dickinsonwright.com
DICKINSON WRIGHT PLLC
303 Colorado St., Ste. 2050
Austin, Texas 78701
Telephone: (512) 770-4200
Facsimile: (844) 670-6009

*Attorneys for Defendant Roku, Inc.*
Additional counsel on signature page

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNIVERSAL ELECTRONICS INC., a Delaware Company,<br><br>Plaintiff,<br><br>v.<br><br>ROKU, INC., a Delaware Company,<br><br>Defendant. | Case No. 8:18-cv-01580-JVS-ADS<br><br>**ROKU, INC.'S NOTICE OF MOTION AND MOTION TO LIMIT NUMBER OF ASSERTED CLAIMS AND MEMORANDUM IN SUPPORT THEREOF**<br><br>Judge: Hon. James V. Selna<br>Date: February 25, 2019<br>Time: 1:30 p.m.<br>Courtroom: 10C |



DICKINSON WRIGHT
ATTORNEYS AT LAW

# NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE that on Monday, February 25, 2019, at 1:30 p.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable James V. Selna, located in Courtroom 10C at the Ronald Reagan Federal Building and U.S. Courthouse, 411 West 4th Street, Santa Ana, California 92701-4516, Defendant Roku, Inc. ("Roku") will and hereby does move the Court to limit the number of patent claims asserted by Plaintiff Universal Electronics Inc. ("UEI"). As set forth in its Disclosure of Asserted Claims and Infringement Contentions, UEI has asserted 106 claims across nine patents. As further detailed in the Memorandum of Points and Authorities submitted herewith, allowing so many claims to proceed will create significant and unnecessary burdens on this Court and Roku. Accordingly, Roku requests that the Court require UEI to elect no more than 20 claims that it wishes to pursue by March 11, 2019.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on January 30, 2019.

This Motion is supported by the attached Memorandum of Points and Authorities; all opposition and reply papers thereto; the files, records, and pleadings in this action; and any arguments presented at the time of the hearing on this motion.

Respectfully submitted,

Dated: February 6, 2019

By: /s/ *Jonathan D. Baker* `

Jonathan D. Baker (SBN 196062)
**DICKINSON WRIGHT RLLP**
800 W. California Avenue, Ste. 110
Sunnyvale, CA 94086
Telephone: (408) 701-6200
Facsimile: (844) 670-6009
jdbaker@dickinsonwright.com