KEKER, VAN NEST & PETERS LLP
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
ERIC B. HANSON #254570
ehanson@keker.com
KELLY S. KAUFMAN #328827
kkaufman@keker.com
ASEEM MEHTA #338020
amehta@keker.com
AMRUTHA DORAI #352697
adorai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants
Sandisk Corporation and
Sandisk Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

POLARIS POWERLED TECHNOLOGIES, LLC,

Plaintiff,

v.

SANDISK CORPORATION and SANDISK TECHNOLOGIES, INC.,

Defendants.

Case No. 2:24-cv-02864-ODW-MAR

**[PROPOSED] ORDER DENYING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**

Dept: Courtroom 5D, 5th Floor
Judge: Hon. Otis D. Wright II

Date Filed: April 9, 2024

Trial Date: June 1, 2027

**[PROPOSED] ORDER**

The Court, having fully considered the papers and arguments presented by the parties, hereby rules on Microchip Technology Inc.'s ("Microchip's") Administrative Motion to Consider Whether Another Party's Materials Should be Sealed (Dkt. No. 3 in *Microchip Technology Inc. v. Sandisk Corporation and Sandisk Technologies, Inc.*, Case No. 3:26-mc-80310 (N.D. Cal.) (hereinafter the "Microchip Action")) and the Declaration of Robert F. Kramer in Support of Microchip Technology Inc.'s Administrative Motion to Consider Whether Another Party's Materials Should be Sealed (Microchip Action Dkt. No. 8). The Court rules as follows:

| Document | Portions of Document to Be Sealed | Parties Claiming Confidentiality | Court's Ruling |
|---|---|---|---|
| Microchip Technology Inc.'s Motion to Quash Sandisk's Deposition Subpoena | Portions identified with blue highlighting | Polaris | DENIED. |
| Exhibit 11 | Sealed in its Entirety | Polaris | DENIED. |

**IT IS SO ORDERED.**

Dated:

Hon. Otis D. Wright II
United States District Judge