KRAMER LLP
Robert F. Kramer (SBN 181706)
rkramer@kramerllp.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@kramerllp.com
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (415) 419-1895

Safraz Ishmael (*pro hac vice*)
sishmael@kramerllp.com
560 Harrison Avenue, Suite 214
Boston, MA 02118
Telephone: (212) 631-7565

Robert Mattson (*pro hac vice*)
rmattson@kramerllp.com
Jeffrey Ahdoot (*pro hac vice*)
jahdoot@kramerllp.com
2121 Eisenhower Avenue, Suite 304
Alexandria, VA 22314
Telephone: (917) 720-0295

Nicole Glauser (*pro hac vice*)
nglauser@kramerllp.com
Rachael Chan (SBN 265002)
rchan@kramerllp.com
500 W. 2nd Street, Suite 1900
Austin, TX 78701
Telephone: (212) 363-1492

*Attorneys for Plaintiff*
*Polaris PowerLED Technologies, LLC*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br>Plaintiff,<br><br>v.<br><br>SANDISK CORPORATION, and SANDISK TECHNOLOGIES, INC.,<br>Defendants. | Case No. 2:24-cv-02864-ODW-MAR<br><br>**DECLARATION OF JEFFREY AHDOOT IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION TO MODIFY THE SCHEDULING ORDER**<br><br>Discovery Cutoff: Nov. 13, 2026<br>Pretrial Conference: May 10, 2027<br>Trial: June 1, 2027 |

I, Jeffrey Ahdoot, hereby declare as follows

1. I am counsel at Kramer LLP, and counsel for Plaintiff Polaris PowerLED Technologies, LLC ("Polaris" or "Plaintiff"). I have personal knowledge of the facts stated below, I submit this declaration pursuant to L.R. 5-4.6.2 and in support of Plaintiff's Ex Parte Application to Modify the Scheduling Order (the "Application"). If called upon to testify, I could and would testify competently and completely to the statements made herein.

2. On November 4, 2026, I sent an email to counsel for Defendants Sandisk Corporation and Sandisk Technologies, Inc. ("Sandisk"), proposing that the parties agree to extend the discovery deadline for the limited purpose of resolving issues related to the Application, postpone the deposition of Vijay Sivasankaran, and to allow supplemental expert reports. Sandisk's counsel responded that same day stating that they did not agree to Polaris's proposal.

3. On November 5, 2026, I emailed Sandisk's counsel again, reiterating the need for Polaris's proposal. Sandisk's counsel responded that same day stating that Sandisk continued to disagree.

4. On November 6, 2026, I met and conferred with counsel for Sandisk via videoconference. We discussed the issues related to the Application, and Sandisk informed me that it opposed the requested relief.

5. On November 6, 2026, my colleague Rachael Chan sent an email to counsel for Sandisk notifying them that Polaris intended to file this Application, and stating that Polaris presumes, based on the parties' last meet and confer, that Sandisk opposed the Application.

6. On November 8, 2026, Sandisk's counsel responded that it opposed the Application, and proposed a compromise that the parties continue the deposition of Mr. Sivasankaran at a later date for any source code-related testimony Polaris was unprepared to discuss on November 12, 2026. The offered compromise did not include any agreement to extend the fact discovery deadline or to serve supplemental

reports.

Executed on November 9, 2026.

*/s/ Jeffrey Ahdoot*
Jeffrey Ahdoot