# EXHIBIT 4

**From:** Aseem Mehta <AMehta@keker.com>
**Sent:** Monday, September 14, 2026 8:00 PM
**To:** Rachael Chan <rchan@kramerllp.com>; KramerLLP-Polaris-WesternDigital <kramerllp-polaris-westerndigital@kramerllp.com>; Peggy Dayton <peggy@umklaw.com>
**Cc:** PPOWER-KVP <PPOWERKVP@keker.com>
**Subject:** RE: Polaris PowerLED Technologies, LLC v. Western Digital Corporation et al., Case No. 2:24-cv-02864 (C.D. Cal.)

Counsel,

We are in receipt of your September 10, 2026 letter. Sandisk has reached out to FADU to inquire about Polaris's document requests to FADU.

Regards,
Aseem

**Aseem Mehta** (he/him)
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2326 direct | 415 391 5400 main
amehta@keker.com | vcard | keker.com