KRAMER LLP
Robert F. Kramer (SBN 181706)
rkramer@kramerllp.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@kramerllp.com
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (415) 419-1895

Safraz Ishmael (*pro hac vice*)
sishmael@kramerllp.com
560 Harrison Avenue, Suite 214
Boston, MA 02118
Telephone: (212) 631-7565

Robert Mattson (*pro hac vice*)
rmattson@kramerllp.com
Jeffrey Ahdoot (*pro hac vice*)
jahdoot@kramerllp.com
2121 Eisenhower Avenue, Suite 304
Alexandria, VA 22314
Telephone: (917) 720-0295

Nicole Glauser (*pro hac vice*)
nglauser@kramerllp.com
Rachael Chan (SBN 265002)
rchan@kramerllp.com
500 W. 2nd Street, Suite 1900
Austin, TX 78701
Telephone: (212) 363-1492

*Attorneys for Plaintiff*
*Polaris PowerLED Technologies, LLC*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br>Plaintiff,<br><br>v.<br><br>SANDISK CORPORATION, and SANDISK TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 2:24-cv-02864-ODW-MAR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION TO MODIFY THE SCHEDULING ORDER**<br><br>Discovery Cutoff: Nov. 13, 2026<br>Pretrial Conference: May 10, 2027<br>Trial: June 1, 2027 |

Having considered Plaintiff Polaris PowerLED Technologies, LLC's Ex Parte Application to Modify the Scheduling Order, and good cause appearing, the Court hereby GRANTS the Application, and orders that: (1) the scheduling order is modified as set forth below; (2) Polaris may take the deposition of a Sandisk witness with knowledge of the documents referenced by Polaris's Application during the extended discovery period; and (3) supplemental reports concerning only the third party referenced in Polaris's Application may be served.

| Event | Current Deadline | Proposed Amended Deadline |
|---|---|---|
| Fact Discovery Cutoff | November 13, 2026 | November 13, 2026 (same), except that discovery with respect to FADU controllers is extended to December 17, 2026 |

**IT IS SO ORDERED.**

Dated:

____________________________
Hon. Otis D. Wright, II
UNITED STATES DISTRICT JUDGE