# EXHIBIT 3

# FILED UNDER SEAL

kramer

Rachael Chan | Counsel
Direct: +1 (212) 835-6771
rchan@kramerllp.com

September 10, 2026

VIA EMAIL

Aseem Mehta
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

**Re: Polaris PowerLED Technologies, LLC v. SanDisk Corporation et al.**
**Case No. 2:24-cv-02864 (C.D. Cal.)**

Dear Mr. Mehta:

In our letters of May 21, 2026 and August 28, 2026, Polaris identified by name a list of controllers for which little to no technical documents were produced. See, e.g., L.R. 37-1 Letter, at 6-7 (Category 7). That list included a "FADU" controller, which we understand is a third-party controller supplied by FADU Technology, Inc. ("FADU"). Despite Polaris's requests, it does not appear SanDisk has produced any documents regarding the functionality of the FADU controllers. Although Polaris served a subpoena on FADU seeking documents and testimony concerning components supplied by FADU for the accused products, SanDisk is still obligated search for and produce any relevant documents regarding FADU that are in its possession, custody or control. [redacted]

[redacted]

Accordingly, please confirm by close of business (Pacific Time) on Monday, September 14, 2026, [redacted]

[redacted].

We appreciate your prompt attention to this matter and look forward to your response.

Sincerely,

*/s/ Rachael Chan*

Rachael Chan