# EXHIBIT 6

# FILED UNDER SEAL

Outlook

## Re: Polaris v. SanDisk - L.R. 37-1 Communication

**From** Rachael Chan <rchan@kramerllp.com>
**Date** Mon 11/9/2026 9:06 AM
**To** Aseem Mehta <AMehta@keker.com>; Jeffrey Ahdoot <jahdoot@kramerllp.com>
**Cc** KramerLLP-Polaris-Sandisk <kramerllp-polaris-Sandisk@kramerllp.com>; Peggy Dayton <peggy@umklaw.com>; PPOWER-KVP <ppowerkvp@keker.com>

Aseem,

Thank you for your response and proposal. Unfortunately, it does not adequately address our concerns, as it neither provides for the limited fact discovery deadline extension nor permits supplemental reports. Accordingly, we intend to file our ex parte motion today.

When you send your proposed redactions by noon today, can you please include in item #6 (this email thread) any proposed redactions on the most recently sent emails in this string, including your email from yesterday?

Regards,

**Rachael Chan** | Counsel
**Kramer LLP**
303 Twin Dolphin Drive
Suite 600
Redwood City, CA 94065
(D) 212.835.6771
rchan@kramerllp.com | kramerllp.com | biography
Silicon Valley • New York • Austin • Boston • Washington, D.C.

Confidentiality Notice: This communication is for the intended recipient only and may be privileged. Unauthorized use is prohibited.

---

**From:** Aseem Mehta <AMehta@keker.com>
**Sent:** Sunday, November 8, 2026 11:11 AM
**To:** Rachael Chan <rchan@kramerllp.com>; Jeffrey Ahdoot <jahdoot@kramerllp.com>
**Cc:** KramerLLP-Polaris-Sandisk <kramerllp-polaris-Sandisk@kramerllp.com>; Peggy Dayton <peggy@umklaw.com>; PPOWER-KVP <PPOWERKVP@keker.com>
**Subject:** RE: Polaris v. SanDisk - L.R. 37-1 Communication

Counsel,

As explained, Sandisk completed production of all responsive Fadu documents within its control weeks ago and has made all responsive Fadu source code in its control available for inspection since November 5. Following up from our discussion on Friday, the volume of Fadu source code available for Polaris's inspection is [redacted] Given this volume, it is reasonable for Polaris to review this code and address it during the scheduled deposition of Mr. Sivasankaran on November 12. An extension of discovery and expert report deadlines is not necessary.

Nonetheless, in a good faith effort to accommodate Polaris's request and avoid burdening the Court with unnecessary motion practice, Sandisk proposes the following:

- Should Polaris request printouts of identified Fadu source code in the coming week to prepare for the deposition of Mr. Sivasankaran, Sandisk will send those printouts to Polaris via overnight delivery.
- We believe this will ensure that Polaris's counsel can be prepared to address the Fadu source code at Mr. Sivasankaran's deposition.

- If, however, Polaris concludes that it is not prepared to address the Fadu source code with Mr. Sivasankaran on November 12, the deposition will go ahead as to other designated topics. The parties will reach an agreement to defer a reasonable amount of Polaris's questioning time to an agreed-upon later date, limited to addressing Fadu source code with Mr. Sivasankaran.
- No other changes to the case schedule would be made.

Please let us know if Polaris is amenable this proposal.

If Polaris intends to proceed with filing an ex parte motion, Sandisk will provide its redactions to the information referenced in Ms. Chan's prior email by Monday 11/9 at 12pm PT.

Regards,
Aseem

**Aseem Mehta** (he/him)
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2326 direct | 415 391 5400 main
amehta@keker.com | vcard | keker.com

---

**From:** Rachael Chan <rchan@kramerllp.com>
**Sent:** Friday, November 6, 2026 2:39 PM
**To:** Jeffrey Ahdoot <jahdoot@kramerllp.com>; Aseem Mehta <AMehta@keker.com>
**Cc:** KramerLLP-Polaris-Sandisk <kramerllp-polaris-Sandisk@kramerllp.com>; Peggy Dayton <peggy@umklaw.com>; PPOWER-KVP <PPOWERKVP@keker.com>
**Subject:** Re: Polaris v. SanDisk - L.R. 37-1 Communication

**[EXTERNAL]**

---

Counsel,

This is to notify you that on Monday 11/9/26, Polaris intends to file an Ex Parte Application to Modify the Scheduling Order. The Application will ask the Court to: 1) extend the fact discovery deadline for the limited purpose of allowing Polaris to obtain and analyze the identified missing FADU Documents and late-produced source code; (2) allow the deposition of Vijay Sivasankaran to occur outside the discovery period; and (3) grant Polaris leave to serve supplemental expert reports based on Sandisk's late-produced FADU documents.

Based on the parties' meet and confer today, we understand Sandisk opposes this relief.

Furthermore, we intend to attach certain information to our Application that Sandisk has designated under the protective order in this action. Pursuant to L.R. 79-5.2.2(b), we reach out concerning Sandisk's position on sealing that information. In particular, we anticipate attaching at least the below to the Application:

1. J. Guiliano letter to S. Koenig (May 21, 2026)
2. My L.R. 37 letter to A. Mehta (August 28, 2026)
3. My letter to A. Mehta re FADU (September 10, 2026)
4. A. Mehta email to me re FADU (September 14, 2026)
5. My L.R. 37 letter (September 29, 2026)
6. Email chain with subject line "RE: Polaris v. SanDisk - L.R. 37-1 Communication" (starting on September 29, 2026 and ending on November 6, 2026)

Items 1 and 2 were already attached to our motion for leave to amend infringement contentions as exhibits 9 and 18, respectively. We presume Sandisk would like the same redactions over those items. Please let us know by Monday at noon Pacific if that is not correct.

We further presume you would like to seal the entirety, or some portions of, the communications in items 3-6. If you do not want to seal any of that material, or if you want to seal only portions these documents, please let us know or provide your desired redactions, as appropriate, by Monday at noon Pacific.

Regards,

**Rachael Chan** | Counsel
**Kramer LLP**
303 Twin Dolphin Drive
Suite 600
Redwood City, CA 94065
(D) 212.835.6771
rchan@kramerllp.com | kramerllp.com | biography
Silicon Valley • New York • Austin • Boston • Washington, D.C.

Confidentiality Notice: This communication is for the intended recipient only and may be privileged. Unauthorized use is prohibited.

---

**From:** Jeffrey Ahdoot <jahdoot@kramerllp.com>
**Sent:** Friday, November 6, 2026 10:37 AM
**To:** Aseem Mehta <AMehta@keker.com>
**Cc:** KramerLLP-Polaris-Sandisk <kramerllp-polaris-Sandisk@kramerllp.com>; Peggy Dayton <peggy@umklaw.com>; PPOWER-KVP <PPOWERKVP@keker.com>
**Subject:** RE: Polaris v. SanDisk - L.R. 37-1 Communication

Aseem,

Thank you for your response. While we do appreciate your efforts, the delays in production have prejudiced Polaris, and Sandisk's refusal to agree to a limited extension in light of those delays is regrettable. This is particularly true given how long Polaris has been requesting these documents (*see*, *e.g.*, May 21, 2026 Letter from J. Guiliano to S. Koenig). So that Polaris can better evaluate how best to proceed, please let us know (1) when WD/Sandisk first contacted FADU to request documents relevant to its Local Patent Rule document production obligations and Polaris's RFPs, and (2) the volume of code in terms of gigabytes of FADU code that has now been produced?

We can continue to discuss these issues on our meet and confer today.

Thanks.

-Jeff

**Jeffrey Ahdoot** | Counsel
**Kramer LLP**
2121 Eisenhower Avenue
Suite 304
Alexandria, VA 22314
(D) 917.720.0295
(M) 703.608.9666
jahdoot@kramerllp.com | kramerllp.com | biography
Silicon Valley • New York • Austin • Boston • Washington, D.C.

Confidentiality Notice: This communication is for the intended recipient only and may be privileged. Unauthorized use is prohibited.

---

**From:** Aseem Mehta <AMehta@keker.com>
**Sent:** Thursday, November 5, 2026 8:54 PM
**To:** Jeffrey Ahdoot <jahdoot@kramerllp.com>
**Cc:** KramerLLP-Polaris-Sandisk <kramerllp-polaris-Sandisk@kramerllp.com>; Peggy Dayton <peggy@umklaw.com>; PPOWER-KVP <PPOWERKVP@keker.com>
**Subject:** RE: Polaris v. SanDisk - L.R. 37-1 Communication

Jeff,

Thank you for your message. Sandisk does not agree that an extension of discovery is warranted.

As stated in my October 5 email and discussed during our October 9 meet and confer, Sandisk committed to producing all responsive Fadu-related materials in its control on a rolling basis, as soon as possible, and by no later than one week prior to Mr. Sivasankaran's deposition. Sandisk followed through on its commitment.

As discussed previously, we do not agree with Polaris's suggestion that Sandisk's contractual agreement with Fadu grants Sandisk possession, custody or control over Fadu's entire technical document library regarding the accused Fadu controllers. [redacted]

[redacted]

Finally, in your email earlier today, you referenced a document produced by Fadu in response to Polaris's subpoena to Fadu and asserted that the document is not complete. Polaris has had Fadu's production for months. This is the first time we are hearing about this. Polaris has been and remains free to follow up with Fadu. This is not a basis to extend the discovery deadlines.

Accordingly, Sandisk does not agree to Polaris's proposal to extend discovery deadlines.

Regards,
Aseem

**Aseem Mehta** (he/him)
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2326 direct | 415 391 5400 main
amehta@keker.com | vcard | keker.com

---

**From:** Jeffrey Ahdoot <jahdoot@kramerllp.com>
**Sent:** Thursday, November 5, 2026 1:42 PM
**To:** Aseem Mehta <AMehta@keker.com>
**Cc:** KramerLLP-Polaris-Sandisk <kramerllp-polaris-Sandisk@kramerllp.com>; Peggy Dayton <peggy@umklaw.com>; PPOWER-KVP <PPOWERKVP@keker.com>
**Subject:** RE: Polaris v. SanDisk - L.R. 37-1 Communication

**[EXTERNAL]**

---

Aseem,

Thank you for the update regarding source code. As you know, we scheduled our reviewer/expert as quickly as possible to be there next week to review the FADU code. However, because of the late production and other issues noted below, there is still a reasonable basis for a limited extension of discovery for FADU as proposed in my previous email. For example, although our folks are scrambling to review the code (produced only today), it is not at all reasonable to expect that review take place and have printouts made for counsel's review in time for Mr. Sivasankaran's deposition.

In addition to source code, we've raised the issue of Sandisk's obligation to seek relevant documents directly from FADU. *See, e.g.*, Ms. Chan's Sept. 9, 2026 Letter to Mr. Mehta. [redacted]

[redacted] Sandisk cannot claim the small number of documents produced are sufficient to understand the accused functionality. [redacted] Please indicate whether Sandisk will request these and other relevant technical documents from FADU.

For these reasons, we maintain that a limited extension is necessary (and justified) under the circumstances.

We can discuss these issues on our meet and confer tomorrow, as appropriate.

Thanks.

-Jeff

**Jeffrey Ahdoot** | Counsel
**Kramer LLP**
2121 Eisenhower Avenue
Suite 304
Alexandria, VA 22314
(D) 917.720.0295
(M) 703.608.9666
jahdoot@kramerllp.com | kramerllp.com | biography
Silicon Valley • New York • Austin • Boston • Washington, D.C.

Confidentiality Notice: This communication is for the intended recipient only and may be privileged. Unauthorized use is prohibited.

---

**From:** Aseem Mehta <AMehta@keker.com>
**Sent:** Wednesday, November 4, 2026 1:38 PM
**To:** Jeffrey Ahdoot <jahdoot@kramerllp.com>
**Cc:** KramerLLP-Polaris-Sandisk <kramerllp-polaris-Sandisk@kramerllp.com>; Peggy Dayton <peggy@umklaw.com>; Rachael Chan <rchan@kramerllp.com>; PPOWER-KVP <PPOWERKVP@keker.com>
**Subject:** RE: Polaris v. SanDisk - L.R. 37-1 Communication

Jeff,

Thank you for your message. Fadu notified Sandisk late last night that Fadu will not seek a protective order at this time. Accordingly, we are working on making the relevant source code related to the accused Fadu controllers available for inspection at our office. The code will be available for inspection tomorrow, November 5.

As previously stated, Sandisk has produced the responsive documents related to the relevant FADU controllers after completing a reasonable and diligent search.

Regards,
Aseem

**Aseem Mehta** (he/him)
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2326 direct | 415 391 5400 main
amehta@keker.com | vcard | keker.com

---

**From:** Jeffrey Ahdoot <jahdoot@kramerllp.com>
**Sent:** Wednesday, November 4, 2026 10:12 AM
**To:** Aseem Mehta <AMehta@keker.com>

**Cc:** KramerLLP-Polaris-Sandisk <kramerllp-polaris-Sandisk@kramerllp.com>; Peggy Dayton <peggy@umklaw.com>; Rachael Chan <rchan@kramerllp.com>; PPOWER-KVP <PPOWERKVP@keker.com>
**Subject:** RE: Polaris v. SanDisk - L.R. 37-1 Communication

**[EXTERNAL]**

---

Aseem,

Thank you for your response. Do you have an update as to where things stand on the FADU source code issue?

At this point, the delays with the FADU discovery have significantly prejudiced Polaris's ability to proceed with its infringement case against those Sandisk products that use a FADU controller. Documents produced by Sandisk confirm that use of FADU controllers in the accused products is substantial, and Polaris has been seeking information regarding FADU for many months. Any issues that Sandisk may have had in obtaining documents or clearance to produce confidential materials should have been resolved long ago. And, after meeting and conferring on this issue several times, Polaris in good faith has not sought relief from the Court based on Sandisk's repeated assurances that it would produce the requested materials.

Since these delays continue, and in light of the upcoming close of fact discovery, we would like to work with you to reach a reasonable solution to these ongoing issues. Accordingly, we propose the parties agree to a limited extension of fact discovery to resolve (1) FADU's objections to the production of source code and (2) any remaining deficiencies in the production of FADU materials. This would include postponing Mr. Sivasankaran's deposition until those issues are resolved and allowing Polaris to supplement its expert reports to account for FADU.

If Sandisk is agreeable to an extension, we propose the following dates (limited to FADU related discovery):

Fact Discovery Cut-Off: November 13, 2026
Fact Discovery Cut-Off (FADU only): **December 8, 2026**
Supplemental Opening Expert Reports (FADU only): **December 15, 2026**
Supplemental Rebuttal Expert Reports (FADU only): **January 5, 2026**

If necessary, we are happy to meet and confer on these items and can do so this week when we discuss narrowing the issues in the case.

Thanks.

-Jeff

**Jeffrey Ahdoot** | Counsel
**Kramer LLP**
2121 Eisenhower Avenue
Suite 304
Alexandria, VA 22314
(D) 917.720.0295
(M) 703.608.9666
jahdoot@kramerllp.com | kramerllp.com | biography
Silicon Valley • New York • Austin • Boston • Washington, D.C.

Confidentiality Notice: This communication is for the intended recipient only and may be privileged. Unauthorized use is prohibited.

---

**From:** Aseem Mehta <AMehta@keker.com>
**Sent:** Friday, October 30, 2026 3:02 PM
**To:** Jeffrey Ahdoot <jahdoot@kramerllp.com>
**Cc:** KramerLLP-Polaris-Sandisk <kramerllp-polaris-Sandisk@kramerllp.com>; Peggy Dayton <peggy@umklaw.com>; Rachael Chan <rchan@kramerllp.com>; PPOWER-KVP <PPOWERKVP@keker.com>
**Subject:** RE: Polaris v. SanDisk - L.R. 37-1 Communication

*****Contains HC-AEO Information*****

Counsel,

[redacted]

Regards,
Aseem

**Aseem Mehta** (he/him)
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2326 direct | 415 391 5400 main
amehta@keker.com | vcard | keker.com

---

**From:** Aseem Mehta <AMehta@keker.com>
**Sent:** Tuesday, October 27, 2026 6:20 PM
**To:** Jeffrey Ahdoot <jahdoot@kramerllp.com>
**Cc:** KramerLLP-Polaris-Sandisk <kramerllp-polaris-Sandisk@kramerllp.com>; Peggy Dayton <peggy@umklaw.com>; Rachael Chan <rchan@kramerllp.com>; PPOWER-KVP <PPOWERKVP@keker.com>
**Subject:** RE: Polaris v. SanDisk - L.R. 37-1 Communication

Jeff,

Thanks for your message. Sandisk has produced the responsive documents related to the relevant FADU controllers after completing a reasonable and diligent search. The documents cover system architecture, ASIC architecture, firmware architecture, and controller modeling. Sandisk intends to provide an update this week regarding source code related to the relevant FADU controllers.

Regards,
Aseem

**Aseem Mehta** (he/him)
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2326 direct | 415 391 5400 main
amehta@keker.com | vcard | keker.com

---

**From:** Jeffrey Ahdoot <jahdoot@kramerllp.com>
**Sent:** Tuesday, October 27, 2026 12:28 PM
**To:** Aseem Mehta <AMehta@keker.com>
**Cc:** KramerLLP-Polaris-Sandisk <kramerllp-polaris-Sandisk@kramerllp.com>; Peggy Dayton <peggy@umklaw.com>; Rachael Chan <rchan@kramerllp.com>; PPOWER-KVP <PPOWERKVP@keker.com>
**Subject:** RE: Polaris v. SanDisk - L.R. 37-1 Communication

**[EXTERNAL]**

---

Aseem,

I write to follow-up on the status of Sandisk's collection and production of documents related to the FADU controllers. Sandisk's most recent production contained only a handful of technical documents related to the controllers. When

can we expect the production of the remaining FADU documents and source code?

Thanks.

-Jeff

**Jeffrey Ahdoot** | Counsel
**Kramer LLP**
2121 Eisenhower Avenue
Suite 304
Alexandria, VA 22314
(D) 917.720.0295
(M) 703.608.9666
jahdoot@kramerllp.com | kramerllp.com | biography
Silicon Valley • New York • Austin • Boston • Washington, D.C.

Confidentiality Notice: This communication is for the intended recipient only and may be privileged. Unauthorized use is prohibited.

---

**From:** Rachael Chan <rchan@kramerllp.com>
**Sent:** Friday, October 9, 2026 5:21 PM
**To:** Aseem Mehta <AMehta@keker.com>; PPOWER-KVP <PPOWERKVP@keker.com>
**Cc:** KramerLLP-Polaris-Sandisk <kramerllp-polaris-Sandisk@kramerllp.com>; Peggy Dayton <peggy@umklaw.com>
**Subject:** Re: Polaris v. SanDisk - L.R. 37-1 Communication

Aseem and Erin,

Thank you for the very productive call we had this afternoon. We wanted to quickly respond as to the FADU document and amendment of the infringement contentions issues.

We have chosen to not proceed at this time with the L.R. 37 motion to compel process concerning the issues identified in my September 29 L.R. 37-1 letter. This decision is based on your representations that you have identified and are investigating additional FADU-related documents sought, and that you will be producing FADU documents including relevant technical specifications, system architecture, and source code, as early as you can prior to the deposition of Mr. Sivasankaran.

Furthermore, on the amendments to the infringement contentions, we understand that you will get back to us with a timeline that works for Sandisk regarding Polaris' formal motion to amend the contentions, given that we will serve our proposed supplemented infringement contentions by end of next week. We understand that Sandisk's objections on the '968 patent was based on the source code citations, and as part of the proposed supplemented contentions, we plan on inserting pinpoint citations to the printed source code to remedy this issue.

Have a good weekend,

**Rachael Chan** | Counsel
**Kramer LLP**
303 Twin Dolphin Drive
Suite 600
Redwood City, CA 94065
(D) 212.835.6771
rchan@kramerllp.com | kramerllp.com | biography
Silicon Valley • New York • Austin • Boston • Washington, D.C.

Confidentiality Notice: This communication is for the intended recipient only and may be privileged. Unauthorized use is prohibited.

---

**From:** Rachael Chan <rchan@kramerllp.com>
**Sent:** Friday, October 9, 2026 11:57 AM
**To:** Aseem Mehta <AMehta@keker.com>; PPOWER-KVP <PPOWERKVP@keker.com>

**Cc:** KramerLLP-Polaris-Sandisk <kramerllp-polaris-Sandisk@kramerllp.com>; Peggy Dayton <peggy@umklaw.com>
**Subject:** Re: Polaris v. SanDisk - L.R. 37-1 Communication

Counsel:

If an October 19 motion filing date will not work for Sandisk, please propose an alternative timeline given that we expect to amend the infringement charts to at least add code citations from the code review taking place this week, and in light of the recent Rule 30(b)(6) deposition testimony.

Additionally, we would like to discuss Sandisk's reasoning as to why it intends to oppose the motion for leave to amend contentions, and we are willing to work cooperatively with Sandisk to amend the contentions in a way that's mutually fair to both parties.

[redacted]

On the '968 patent, at the time we served the '968 patent amended contentions on September 10, we did not have the source code printouts. Now that we have those source code printouts, we expect to update the contentions next week to add specific source code citations. Will Sandisk withdraw its opposition to the motion for leave to amend the '968 patent contentions upon Polaris' serving specific source code citations as you requested?

Finally, do you have a basis for opposing the motion for leave to amend contentions with respect to the '346 patent?

**Rachael Chan** | Counsel
**Kramer LLP**
303 Twin Dolphin Drive
Suite 600
Redwood City, CA 94065
(D) 212.835.6771
rchan@kramerllp.com | kramerllp.com | biography
Silicon Valley • New York • Austin • Boston • Washington, D.C.

Confidentiality Notice: This communication is for the intended recipient only and may be privileged. Unauthorized use is prohibited.

---

**From:** Aseem Mehta <AMehta@keker.com>
**Sent:** Thursday, October 8, 2026 8:58 PM
**To:** Rachael Chan <rchan@kramerllp.com>; PPOWER-KVP <PPOWERKVP@keker.com>
**Cc:** KramerLLP-Polaris-Sandisk <kramerllp-polaris-Sandisk@kramerllp.com>; Peggy Dayton <peggy@umklaw.com>
**Subject:** RE: Polaris v. SanDisk - L.R. 37-1 Communication

**** CONTAINS HC-AEO INFORMATION – SUBJECT TO PROTECTIVE ORDER *****

Counsel,

Thank you for your proposal. The timeline you have suggested – Polaris providing further proposed amended charts at the end of next week and filing a motion for leave to amend on October 19 – will not permit Sandisk sufficient time to review those further changes and provide a position on Polaris's motion.

We are amenable to conferring tomorrow regarding the *current* versions of Polaris's proposed amended contentions. To facilitate that discussion, we note that Sandisk opposes Polaris's proposed motion for leave to amend its infringement contentions for at least two reasons:

[redacted]

In addition, as to all portions of Polaris's proposed amended contentions not specifically addressed above, Sandisk does not agree that Polaris's proposed amendments are sufficient or meet the requirements of the N.D. Cal. Patent Local Rules. Sandisk reserves all rights to challenge the sufficiency of the assertions contained therein.

Regards,
Aseem

**Aseem Mehta** (he/him)
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2326 direct | 415 391 5400 main
amehta@keker.com | vcard | keker.com

---

**From:** Rachael Chan <rchan@kramerllp.com>
**Sent:** Thursday, October 8, 2026 10:15 AM
**To:** Aseem Mehta <AMehta@keker.com>; PPOWER-KVP <PPOWERKVP@keker.com>
**Cc:** KramerLLP-Polaris-Sandisk <kramerllp-polaris-Sandisk@kramerllp.com>; Peggy Dayton <peggy@umklaw.com>
**Subject:** Re: Polaris v. SanDisk - L.R. 37-1 Communication

**[EXTERNAL]**

---

Counsel:

We understand that you are still considering Polaris' second amended infringement contentions we served on September 21, and your position on our proposed motion for formal leave to amend the contentions.

As Polaris has now taken Rule 30(b)(6) depositions on some of the relevant accused technology and is in the process of reviewing the produced source code given the recent source code productions made by Sandisk, we expect to further amend the infringement contentions in light of information ascertained from the depositions and the code review. We will plan on serving those amended charts at the end of next week and file our motion for leave to amend contentions on October 19. (Polaris also reserves all rights to further amend contentions based on late produced documents in the litigation.)

Given this timeline, the parties should confer tomorrow about the contentions to see where we are in terms of any disputes and narrowing such disputes, and continue to confer next week so that any motion to the Court can be as narrow as possible to avoid unnecessarily burdening the Court with matters on which the parties can reasonably agree. We'll plan on raising this issue as an agenda item on our meet and confer call already scheduled for tomorrow.

Regards,

**Rachael Chan** | Counsel
**Kramer LLP**
303 Twin Dolphin Drive
Suite 600
Redwood City, CA 94065
(D) 212.835.6771
rchan@kramerllp.com | kramerllp.com | biography
Silicon Valley • New York • Austin • Boston • Washington, D.C.

Confidentiality Notice: This communication is for the intended recipient only and may be privileged. Unauthorized use is prohibited.

---

**From:** Rachael Chan <rchan@kramerllp.com>
**Sent:** Wednesday, October 7, 2026 2:27 PM
**To:** Aseem Mehta <AMehta@keker.com>; PPOWER-KVP <PPOWERKVP@keker.com>

**Cc:** KramerLLP-Polaris-Sandisk <kramerllp-polaris-westerndigital@kramerllp.com>; Peggy Dayton <peggy@umklaw.com>
**Subject:** Re: Polaris v. SanDisk - L.R. 37-1 Communication

Thank you, I just sent an invitation.

**Rachael Chan** | Counsel
**Kramer LLP**
303 Twin Dolphin Drive
Suite 600
Redwood City, CA 94065
(D) 212.835.6771
rchan@kramerllp.com | kramerllp.com | biography
Silicon Valley • New York • Austin • Boston • Washington, D.C.

Confidentiality Notice: This communication is for the intended recipient only and may be privileged. Unauthorized use is prohibited.

---

**From:** Aseem Mehta <AMehta@keker.com>
**Sent:** Wednesday, October 7, 2026 2:10 PM
**To:** Rachael Chan <rchan@kramerllp.com>; PPOWER-KVP <PPOWERKVP@keker.com>
**Cc:** KramerLLP-Polaris-Sandisk <kramerllp-polaris-westerndigital@kramerllp.com>; Peggy Dayton <peggy@umklaw.com>
**Subject:** RE: Polaris v. SanDisk - L.R. 37-1 Communication

Counsel,

We are available to meet and confer on Friday 10/9 from 12:30-1pm PT/3:30-4pm ET.

Regards,
Aseem

**Aseem Mehta** (he/him)
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2326 direct | 415 391 5400 main
amehta@keker.com | vcard | keker.com

---

**From:** Rachael Chan <rchan@kramerllp.com>
**Sent:** Wednesday, October 7, 2026 10:04 AM
**To:** Aseem Mehta <AMehta@keker.com>; PPOWER-KVP <PPOWERKVP@keker.com>
**Cc:** KramerLLP-Polaris-Sandisk <kramerllp-polaris-westerndigital@kramerllp.com>; Peggy Dayton <peggy@umklaw.com>
**Subject:** Re: Polaris v. SanDisk - L.R. 37-1 Communication

**[EXTERNAL]**

---

Aseem,

Thank you for your response. However, we disagree that Item II is resolved. Are you or your team available this Friday (October 9) any time between 3-5 Eastern, for a meet and confer pursuant to L.R. 37-1 on Item II and also the issues outlined in Jeremiah's email from September 28 and my follow up email from October 5?

Regards,

**Rachael Chan** | Counsel
**Kramer LLP**
303 Twin Dolphin Drive
Suite 600
Redwood City, CA 94065

(D) 212.835.6771
rchan@kramerllp.com | kramerllp.com | biography
Silicon Valley • New York • Austin • Boston • Washington, D.C.

Confidentiality Notice: This communication is for the intended recipient only and may be privileged. Unauthorized use is prohibited.

---

**From:** Aseem Mehta <AMehta@keker.com>
**Sent:** Monday, October 5, 2026 7:01 PM
**To:** Rachael Chan <rchan@kramerllp.com>; PPOWER-KVP <PPOWERKVP@keker.com>
**Cc:** KramerLLP-Polaris-Sandisk <kramerllp-polaris-westerndigital@kramerllp.com>; Peggy Dayton <peggy@umklaw.com>
**Subject:** RE: Polaris v. SanDisk - L.R. 37-1 Communication

Counsel,

We write in response to your letter dated September 29, 2026.

On Item I, "Source Code:" as set forth in my email earlier today and reserving all rights, Sandisk has made the requested modules available for Polaris's inspection on the code review computer.

On Item II, "Controller-Family Document Sets (FADU):" As noted in our prior correspondence, Sandisk contacted Fadu regarding Polaris's requests for technical documents, and Fadu produced documents responsive to Polaris's subpoena relevant to the implementation of the accused functionality on the Fadu controllers at issue. FADU_0000001- FADU_0000403. [redacted] is overbroad and exceeds the needs of this case, Sandisk's obligations under the applicable Patent Local Rules, and the scope of Polaris's own discovery requests. Separately, Sandisk is diligently searching for any remaining responsive technical documents in its possession concerning the operation of the Fadu controllers with respect to the accused functionality. Sandisk will produce any such documents at least one week before Mr. Sivasankaran's deposition.

In light of the foregoing, we are not aware of a live dispute between the parties on these issues. Please advise if you have a different view.

Regards,
Aseem

**Aseem Mehta** (he/him)
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2326 direct | 415 391 5400 main
amehta@keker.com | vcard | keker.com

---

**From:** Rachael Chan <rchan@kramerllp.com>
**Sent:** Tuesday, September 29, 2026 3:48 PM
**To:** PPOWER-KVP <PPOWERKVP@keker.com>; Aseem Mehta <AMehta@keker.com>
**Cc:** KramerLLP-Polaris-WesternDigital <kramerllp-polaris-westerndigital@kramerllp.com>; Peggy Dayton <peggy@umklaw.com>
**Subject:** Polaris v. SanDisk - L.R. 37-1 Communication

**[EXTERNAL]**

---

Counsel,

Please see the attached letter pursuant to L.R. 37-1.

Thank you,

**Rachael Chan** | Counsel
**Kramer LLP**

303 Twin Dolphin Drive
Suite 600
Redwood City, CA 94065
(D) 212.835.6771
rchan@kramerllp.com | kramerllp.com | biography
Silicon Valley • New York • Austin • Boston • Washington, D.C.

Confidentiality Notice: This communication is for the intended recipient only and may be privileged. Unauthorized use is prohibited.