KEKER, VAN NEST & PETERS LLP
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
ERIC B. HANSON #254570
ehanson@keker.com
KELLY S. KAUFMAN #328827
kkaufman@keker.com
ASEEM MEHTA #338020
amehta@keker.com
AMRUTHA DORAI #352697
adorai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants
Sandisk Corporation and
Sandisk Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

POLARIS POWERLED TECHNOLOGIES, LLC,

Plaintiff,

v.

SANDISK CORPORATION and SANDISK TECHNOLOGIES, INC.,

Defendants.

Case No. 2:24-cv-02864-ODW-MAR

**DECLARATION OF RYAN WONG IN SUPPORT OF DEFENDANTS' OPPOSITION TO POLARIS'S EX PARTE APPLICATION TO MODIFY SCHEDULING ORDER**

Dept: Courtroom 5D, 5th Floor
Judge: Hon. Otis D. Wright II

Date Filed: April 9, 2024

Trial Date: June 15, 2027

I, Ryan Wong, declare as follows:

1. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently as to them under oath.

2. I am an attorney licensed to practice law in the State of California and am a partner at Keker, Van Nest & Peters LLP, counsel for Defendants Sandisk Corporation and Sandisk Technologies, Inc. ("Sandisk") in the above-captioned action.

3. I make this declaration in support of Sandisk's Opposition to Polaris's Ex Parte Application to Modify Scheduling Order (Dkt. 176).

4. On May 26, 2026, counsel for Plaintiff served counsel for Sandisk with a Notice of Subpoena to FADU Technology, Inc., which included a copy of the subpoena and attachment seeking documents and testimony from non-party FADU Technology, Inc. ("FADU"). Attached hereto as **Exhibit A** is a true and correct copy of the Notice of Subpoena to FADU Technology, Inc. served upon my office by counsel for Plaintiff.

5. On September 16, 2026, I was copied on email correspondence from counsel for FADU directed to counsel for Plaintiff Polaris PowerLED Technologies, LLC. The email correspondence included as an attachment a letter dated September 16, 2026 regarding FADU's production of documents in response to Plaintiff's subpoena to FADU. Attached hereto as **Exhibit B** is a true and correct copy of the September 16, 2026 letter from FADU's counsel to Plaintiff's counsel.

6. Sandisk did not participate in any negotiations between FADU and Polaris related to the FADU subpoena.

7. At no point in the course of this litigation have I nor any counsel for Sandisk ever received notice from Plaintiff or Plaintiff's counsel regarding scheduling of a deposition of any witness or representative of FADU.

8. On June 23, 2026, a member of my office and counsel for Defendants sent an email to counsel for Plaintiff in response to Plaintiff's letter dated May 21,

2026 and email dated June 18, 2026. I was copied on those emails. Attached hereto as **Exhibit C** is a true and correct copy of that correspondence.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. Executed on November 10, 2026, in San Francisco, California.

*/s/ Ryan K. Wong*
Ryan K. Wong