# EXHIBIT B

bkl
BAE, KIM & LEE LLC
26 Ujeongguk-ro, Jongno-gu, Seoul 03161, Korea
T +82 2 3404 0000 F +82 2 3404 0001 bkl@bkl.co.kr

September 16, 2026

*Via Email*

Jeffrey Ahdoot
Kramer LLP
2121 Eisenhower Ave. Suite 304
Alexandra, VA 22314

**Re: Third-Party Subpoena**

Dear Counsel:

Pursuant to our correspondence regarding the above-referenced subpoena, attached please find documents bearing Bates Nos. FADU0000001–FADU0000403, which are being produced in response to the categories identified in your September 9, 2026 email.

It is FADU's understanding that the documents produced herewith relate to products referred to by Western Digital/SanDisk as "FADU-A0," which FADU understands may correspond to the Gen 5 products referenced in your request. FADU makes no representation regarding the accuracy of any such designation.

This production is based on the scope discussed and clarified between the parties. By providing these materials, FADU does not waive any objections, privileges, protections, or rights that may apply to any other documents or information.

Please note that SanDisk's counsel have also been copied on this communication. Please let us know if you have any questions.

Sincerely,

//Samuel Lee//
Samuel Sung Mok Lee

Cc:
Ryan Wong, Keker, Van Nest & Peters LLP
Aseem Mehta, Keker, Van Nest & Peters LLP