# EXHIBIT C

Outlook

## RE: Polaris v. Western Digital

**From** Samuel F. Koenig <SKoenig@keker.com>
**Date** Tue 6/23/2026 9:22 PM
**To** Safraz Ishmael <sishmael@kramerllp.com>
**Cc** KramerLLP-Polaris-WesternDigital <kramerllp-polaris-westerndigital@kramerllp.com>; PPOWER-KVP <PPOWERKVP@keker.com>

Safraz,

Thank you for your email. To reiterate what we explained on our meet and confer, and for the avoidance of doubt, we do not agree that all of the “code names” you identify in your letter are relevant to this litigation. Many of these “code names” have nothing to do with the accused products, and, for instance, pertain to controllers not used in the accused products. *See, e.g.*, Western Digital’s Supplemental Response to Interrogatory No. 1 (April 30, 2026). Moreover, as we explained on the meet and confer, there is no basis for your assumption that there exists for each “code name” “a similar set of document[s] as was produced for Snowbird.”

Regardless, we have been working to identify any potential additional technical documents that are responsive to Polaris’s document requests to which Western Digital has agreed to respond or subject to production under the Patent Local Rules, as we agreed to do on the meet and confer. We anticipate making an additional production of technical documents next week, and potentially an additional production or productions afterwards, depending on whether we continue to identify additional responsive documents.

Best,
Sam

**Samuel F. Koenig**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 676 2322 direct | 415 391 5400 main
skoenig@keker.com | [keker.com]keker.com

---

**From:** Safraz Ishmael <sishmael@kramerllp.com>
**Sent:** Thursday, June 18, 2026 1:54 PM
**To:** Samuel F. Koenig <SKoenig@keker.com>; PPOWER-KVP <PPOWERKVP@keker.com>
**Cc:** KramerLLP-Polaris-WesternDigital <kramerllp-polaris-westerndigital@kramerllp.com>
**Subject:** Re: Polaris v. Western Digital

**[EXTERNAL]**

Counsel for Western Digital:

I write regarding Polaris's May 21, 2026 letter (attached) addressing significant deficiencies in Western Digital's document production.

During our May 22 meet and confer, you indicated that you would investigate the issues raised in that letter with your client and provide a date by which Western Digital would make a supplemental document production. Please provide an update on that process, including a date certain for the supplemental production.

Thank you.

**Safraz Ishmael** | Partner
**Kramer LLP**
131 Dartmouth Street, 3rd Floor
Boston, MA 02116
(D) 617.510.4871
sishmael@kramerllp.com | kramerllp.com | biography
Silicon Valley • New York • Austin • Boston • Washington, D.C.

Confidentiality Notice: This communication is for the intended recipient only and may be privileged. Unauthorized use is prohibited.

---

**From:** Jay Guiliano <jguiliano@kramerllp.com>
**Sent:** Thursday, May 21, 2026 11:53 AM
**To:** Samuel F. Koenig <SKoenig@keker.com>
**Cc:** PPOWER-KVP <PPOWERKVP@keker.com>; KramerLLP-Polaris-WesternDigital <kramerllp-polaris-westerndigital@kramerllp.com>
**Subject:** Re: Polaris letter to Western Digital re Source Code Deficiencies

Sam - please see the attached. Please call to discuss at your earliest convenience.

Cheers,
Jay

Jay Guiliano | Counsel

**Kramer LLP**

2121 Eisenhower Ave.

Suite 304

Alexandria, VA 22314

Direct: (703) 304-1698

jguiliano@kramerllp.com | kramerllp.com | biography