KEKER, VAN NEST & PETERS LLP
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
ERIC B. HANSON #254570
ehanson@keker.com
KELLY S. KAUFMAN #328827
kkaufman@keker.com
ASEEM MEHTA #338020
amehta@keker.com
AMRUTHA DORAI #352697
adorai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants
Sandisk Corporation and
Sandisk Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SANDISK CORPORATION and SANDISK TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 2:24-cv-02864-ODW-MAR<br><br>**DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION**<br><br>Dept: Courtroom 5D, 5th Floor<br>Judge: Hon. Otis D. Wright II<br><br>Date Filed: April 9, 2024<br><br>Trial Date: June 15, 2027 |

Pursuant to Local Rule 79-5, Defendants Sandisk Corporation and Sandisk Technologies, Inc. ("Sandisk") hereby file this application (the "Application") for an order permitting it to file under seal an Opposition to Plaintiff's Ex Parte Application to Modify the Scheduling Order, as reflected in the attached versions of the document. This Application is accompanied by the Declaration of Aseem Mehta in Support of Sandisk's Application for Leave to File Under Seal ("Mehta Sealing Decl."). Sandisk seeks to seal only information that Plaintiff sought to seal when filing its Ex Parte Application and supporting documents, *see* Dkt. 177.

The portions Sandisk seeks to file under seal are as follows:

| Document | Portion to Seal | Basis for Sealing |
|---|---|---|
| Opposition to Plaintiff's Ex Parte Application | Portions highlighted in yellow | Mehta Sealing Decl. at ¶¶ 5-9 |

Sandisk seeks to file under seal references to materials Plaintiff sought to seal when filing its Ex Parte Application, which include information that Sandisk had designated as Highly Confidential-Attorneys' Eyes Only under the Protective Order in this action (Dkt. 61). Sandisk submitted a declaration (Declaration of Aseem Mehta) in support of sealing those materials. Sandisk submits an additional declaration concurrently with this Application in support of its request to seal reference to that information contained in Sandisk's Opposition brief. As set forth in the Mehta Sealing Declaration, these materials warrant sealing because they contain highly sensitive business information, including confidential technical documentation of the internal implementation, use, and functionality of Sandisk's proprietary components and systems. *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1097, 1099 (9th Cir. 2016); *Railware, Inc. v. Peninsula Corridor Joint Powers Bd.*, 2026 WL 2188316, at *2 (N.D. Cal. July 28, 2026); *JBF Interlude 2009 Ltd - Israel v. Quibi Holdings, LLC*, 2020 WL 3213735, at *2 (C.D. Cal. May 13, 2020).

Sandisk hereby requests that the Court grant Sandisk's Application and order that the requested portions of Sandisk's Opposition to Plaintiff's Ex Parte Application be deemed sealed.

Respectfully submitted,

Dated: November 10, 2026 KEKER, VAN NEST & PETERS LLP

By: */s/ Aseem Mehta*

RYAN K. WONG
ERIN E. MEYER
ERIC B. HANSON
KELLY S. KAUFMAN
ASEEM MEHTA
AMRUTHA DORAI

Attorneys for Defendants
Sandisk Corporation and
Sandisk Technologies, Inc.

## ARTIFICIAL INTELLIGENCE CERTIFICATION

The undersigned certifies that this submission X does not use __ uses generative artificial intelligence.

*/s/ Aseem Mehta*
Aseem Mehta

## CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Defendants, certifies that this brief contains 315 words, which complies with the word limit of L.R. 11-6.1.

*/s/ Aseem Mehta*
Aseem Mehta