KEKER, VAN NEST & PETERS LLP
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
ERIC B. HANSON #254570
ehanson@keker.com
KELLY S. KAUFMAN #328827
kkaufman@keker.com
ASEEM MEHTA #338020
amehta@keker.com
AMRUTHA DORAI #352697
adorai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants
Sandisk Corporation and
Sandisk Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

POLARIS POWERLED TECHNOLOGIES, LLC,

Plaintiff,

v.

SANDISK CORPORATION and SANDISK TECHNOLOGIES, INC.,

Defendants.

Case No. 2:24-cv-02864-ODW-MAR

**PROOF OF ELECTRONIC SERVICE OF UNREDACTED DOCUMENTS FILED UNDER SEAL PURSUANT TO L.R. 79-5.3**

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On November 10, 2026, I served the following document(s):

**DECLARATION OF ASEEM MEHTA IN SUPPORT OF DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL**

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION TO MODIFY THE SCHEDULING ORDER**

☑ by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| | |
|---|---|
| Robert F. Kramer<br>rkramer@kramerllp.com<br>Jeremiah A. Armstrong<br>mail@jeremiaharmstrong.com<br>KRAMER LLP<br>303 Twin Dolphin Drive, Suite 600<br>Redwood City, CA 94065<br><br>Jeffrey Ahdoot<br>jahdoot@kramerllp.com<br>KRAMER LLP<br>1133 Broadway, Suite 1510<br>New York, NY 10010<br><br>Robert C. Mattson<br>rmattson@kramerllp.com<br>KRAMER LLP<br>2121 Eisenhower Ave., Suite 304<br>Alexandria, VA 22314 | Attorneys for Plaintiff |

Safraz Ishmael
sishmael@kramerllp.com
KRAMER LLP
131 Dartmouth Street, 3rd Floor
Boston, MA 02116

kramerllp-polaris-westerndigital@kramerllp.com

Margaret E. Dayton
peggy@umklaw.com
Umhofer, Mitchell & King LLP
767 S. Alameda St., Suite 270
Los Angeles, CA 90021

Executed on November 10, 2026, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Alexandra Melendez