KEKER, VAN NEST & PETERS LLP
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
ERIC B. HANSON #254570
ehanson@keker.com
KELLY S. KAUFMAN #328827
kkaufman@keker.com
ASEEM MEHTA #338020
amehta@keker.com
AMRUTHA DORAI #352697
adorai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants
Sandisk Corporation and
Sandisk Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

POLARIS POWERLED TECHNOLOGIES, LLC,

Plaintiff,

v.

SANDISK CORPORATION and SANDISK TECHNOLOGIES, INC.,

Defendants.

Case No. 2:24-cv-02864-ODW-MAR

**SANDISK CORPORATION AND SANDISK TECHNOLOGIES, INC.'S NOTICE OF INTERESTED PARTIES AND RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Dept: Courtroom 5D, 5th Floor
Judge: Hon. Otis D. Wright II

Date Filed: April 9, 2024

Trial Date: June 15, 2027

The undersigned, counsel of record for Sandisk Corporation and Sandisk Technologies, Inc., certifies that no other parties have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Sandisk Technologies, Inc. states that Sandisk Corporation is its parent corporation and owns 10% or more of Sandisk Technologies, Inc.

Defendant Sandisk Corporation states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: November 17, 2026 KEKER, VAN NEST & PETERS LLP

By: */s/ Erin E. Meyer*
RYAN K. WONG
ERIN E. MEYER
ERIC B. HANSON
KELLY S. KAUFMAN
ASEEM MEHTA
AMRUTHA DORAI

Attorneys for Defendants
Sandisk Corporation and
Sandisk Technologies, Inc.