**The Court has made changes to this document.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

POLARIS POWERLED TECHNOLOGIES, LLC,

Plaintiff,

v.

SANDISK CORPORATION and SANDISK TECHNOLOGIES, INC.,

Defendants.

Case No. 2:24-cv-02864-ODW (MARx)

**ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL [156]**

Dept: Courtroom 5D, 5th Floor
Judge: Hon. Otis D. Wright II

Date Filed: April 9, 2024

Trial Date: June 15, 2027

Having considered Defendants' Application for Leave to File Under Seal a Statement of Non-Opposition and Supporting Exhibits and good cause being shown, it is **ORDERED** that Defendants' Application is granted.

Defendants shall file the portions of their Statement of Non-Opposition and Exhibits A and B to the Wong Declaration identified in the chart below in the manner set forth in Local Rule 79-5.2.2(c):

| Document | Portion to be Sealed | Basis for Sealing |
|---|---|---|
| Statement of Non-Opposition to Plaintiff's Motion for Leave to File Amended Infringement Contentions | Portions of pages 2 and 3 | Mehta Decl. at ¶¶ 5-7, 9-10 |
| Wong Declaration, Exhibit A | Entirely Under Seal | Mehta Decl. at ¶¶ 5-7, 10 |
| Wong Declaration, Exhibit B | Portions of pages 1, 2, and 3 | Mehta Decl. at ¶¶ 5-8, 10 |

Local Rule 79-5.2.2(c) provides in relevant part that if an application to seal is granted, "the Filing Party must thereafter file the document with whatever motion or other document the under-seal filing is intended to support. The Clerk will not convert the PROPOSED sealed document submitted with the Application into a new filing." The parties shall comply with this directive and all other requirements of Local Rule 79-5.2.2(c) no later than **November 23, 2026**.

Dated: November 18, 2026

HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE