**The Court has made changes to this document.**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

POLARIS POWERLED TECHNOLOGIES, LLC,

Plaintiff,

v.

SANDISK CORPORATION and SANDISK TECHNOLOGIES, INC.,

Defendants.

Case No. 2:24-cv-02864-ODW-MAR

**ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS, AND EXHIBITS 3, 4, AND 5 [170]**

Plaintiff Polaris PowerLED Technologies, LLC's Application for Leave to File Under Seal to Plaintiff's Reply in Support of its Motion for Leave to Amend Infringement Contentions, and Exhibits 3, 4, and 5 came on regularly before the Court.

Good cause being shown, it is ORDERED that Plaintiff's Application is granted. Plaintiff shall file Exhibits 3, 4, and 5, and the portions of its Reply in Support of its Motion for Leave to Amend Infringement Contentions identified in the chart below in the manner set forth in Local Rule 79-5.2.2(c):

| Document | Portion to be Sealed | Basis for Sealing |
| --- | --- | --- |
| Exhibit 3 | Entirely Under Seal | Chan Sealing Decl.<br><br>Sandisk's filing of a supporting declaration as required by L.R. 79-5.2.2(b)(i) |
| Exhibit 4 | Entirely Under Seal | Chan Sealing Decl.<br><br>Sandisk's filing of a supporting declaration as required by L.R. 79-5.2.2(b)(i) |
| Exhibit 5 | Entirely Under Seal | Chan Sealing Decl. at ¶¶ 2-3<br><br>Sandisk's filing of a supporting declaration as required by L.R. 79-5.2.2(b)(i) |
| Reply | Portions identified in yellow highlighting | Chan Sealing Decl. at ¶¶ 2-3<br><br>Sandisk's filing of a supporting declaration as required by L.R. 79-5.2.2(b)(i) |

Local Rule 79-5.2.2(c) provides in relevant part that if an application to seal is granted, "the Filing Party must thereafter file the document with whatever motion or other document the under-seal filing is intended to support. The Clerk will not convert the PROPOSED sealed document submitted with the Application into a new filing." The parties shall comply with this directive and all other requirements of Local Rule 79-5.2.2(c) no later than **November 23, 2026**.

Dated: November 18, 2026

Hon. Otis D. Wright, II
UNITED STATES DISTRICT JUDGE