KEKER, VAN NEST & PETERS LLP
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
ERIC B. HANSON #254570
ehanson@keker.com
KELLY S. KAUFMAN #328827
kkaufman@keker.com
ASEEM MEHTA #338020
amehta@keker.com
AMRUTHA DORAI #352697
adorai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants
Sandisk Corporation and
Sandisk Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SANDISK CORPORATION and SANDISK TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 2:24-cv-02864-ODW-MAR<br><br>**DEFENDANTS' NOTICE OF RELATED CASE (L.R. 83-1.3.1)**<br><br>Dept: Courtroom 5D, 5th Floor<br>Judge: Hon. Otis D. Wright II<br><br>Date Filed: April 9, 2024<br><br>Trial Date: June 15, 2027 |

Pursuant to Civil Local Rule 83-1.3.1, Defendants Sandisk Corporation and Sandisk Technologies, Inc. (collectively, "Sandisk") hereby give notice that this case be related to *Microchip Technology, Inc. v. Sandisk*, Case No. 2:26-mc-00121-ODW-MAR. L.R. 83-1.3.1. That matter concerns Microchip's motion to quash a subpoena that Sandisk served on Microchip in connection with this action on September 4, 2026. Sandisk's *ex parte* application and Microchip's motion to quash are fully briefed and pending in that matter. *See* Dkt. Nos. 20, 1, *Microchip v. Sandisk*, No. 2:26-mc-00121-ODW-MAR.

Dated:November 18, 2026 KEKER, VAN NEST & PETERS LLP

By: */s/Erin E. Meyer*

RYAN K. WONG
ERIN E. MEYER
ERIC B. HANSON
KELLY S. KAUFMAN
ASEEM MEHTA
AMRUTHA DORAI

Attorneys for Defendants
Sandisk Corporation and
Sandisk Technologies, Inc.