KRAMER LLP
Robert F. Kramer (SBN 181706)
rkramer@kramerllp.com
Jeremiah A. Armstrong (SBN 253705)
jarmstrong@kramerllp.com
303 Twin Dolphin Drive, Suite 600
Redwood City, CA 94065
Telephone: (415) 419-1895

Safraz Ishmael (*pro hac vice*)
sishmael@kramerllp.com
560 Harrison Avenue, Suite 214
Boston, MA 02118
Telephone: (212) 631-7565

Robert Mattson (*pro hac vice*)
rmattson@kramerllp.com
Jeffrey Ahdoot (*pro hac vice*)
jahdoot@kramerllp.com
2121 Eisenhower Avenue, Suite 304
Alexandria, VA 22314
Telephone: (917) 720-0295

Nicole Glauser (*pro hac vice*)
nglauser@kramerllp.com
Rachael Chan (SBN 265002)
rchan@kramerllp.com
500 W. 2nd Street, Suite 1900
Austin, TX 78701
Telephone: (212) 363-1492

Attorneys for Plaintiff
Polaris PowerLED Technologies, LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

POLARIS POWERLED TECHNOLOGIES, LLC,

Plaintiff,

v.

SANDISK CORPORATION and SANDISK TECHNOLOGIES, INC.,

Defendants.

Case No. 2:24-cv-02864-ODW-MAR

**PROOF OF ELECTRONIC SERVICE OF UNREDACTED DOCUMENTS FILD UNDER SEAL PURSUANT TO L.R. 79-5.3**

# CERTIFICATE OF SERVICE

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to this action. My business address is 303 Twin Dolphin Drive, Suite 600, Redwood City, California. My electronic service address is *gcayabyab@kramerllp.com.* Pursuant to L.R. 79-5.3, I served unredacted copies of document(s) filed under seal as described below:

- **(SEALED) PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS**
- **(SEALED) EXHIBIT 3**
- **(SEALED) EXHIBIT 4**
- **(SEALED) EXHIBIT 5**

on the following:

KEKER, VAN NEST & PETERS LLP
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
ERIC HANSON #254570
ehanson@keker.com
KELLY S. KAUFMAN #328827
kkaufman@keker.com
ASEEM MEHTA #338020
amehta@keker.com
AMRUTHA DORAI #352697
adorai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188
*Attorneys for Defendants SanDisk Corporation and SanDisk Technologies, Inc.*

**[X] ELECTRONIC MAIL:** I personally transmitted to the person(s) named in the above service list, who has/have previously consented in writing to receive documents via electronic mail to the e-mail address(es) shown on the service list, delivered on the date listed above, originating from an electronic e-mail address affiliated with Kramer LLP, which did not report any error in sending the transmission.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct.

Executed on November 18, 2026 at San Francisco, California.

Glenda R. Cayabyab