KEKER, VAN NEST & PETERS LLP
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
ERIC B. HANSON #254570
ehanson@keker.com
KELLY S. KAUFMAN #328827
kkaufman@keker.com
ASEEM MEHTA #338020
amehta@keker.com
AMRUTHA DORAI #352697
adorai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants
Sandisk Corporation and
Sandisk Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SANDISK CORPORATION and SANDISK TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 2:24-cv-02864-ODW-MAR<br><br>**PROOF OF ELECTRONIC SERVICE OF UNREDACTED DOCUMENTS FILED UNDER SEAL PURSUANT TO L.R. 79-5.3** |

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On November 20, 2026, I served the following document(s):

**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS FILED UNDER SEAL**

**EXHIBIT A TO RYAN WONG'S DECLARATION IN SUPPORT OF STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS FILED UNDER SEAL**

**EXHIBIT B TO RYAN WONG'S DECLARATION IN SUPPORT OF STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS FILED UNDER SEAL**

☑ by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| | |
|---|---|
| Robert F. Kramer<br>rkramer@kramerllp.com<br>Jeremiah A. Armstrong<br>mail@jeremiaharmstrong.com<br>KRAMER LLP<br>303 Twin Dolphin Drive, Suite 600<br>Redwood City, CA 94065<br><br>Jeffrey Ahdoot<br>jahdoot@kramerllp.com<br>KRAMER LLP<br>1133 Broadway, Suite 1510<br>New York, NY 10010 | Attorneys for Plaintiff |

Robert C. Mattson
rmattson@kramerllp.com
KRAMER LLP
2121 Eisenhower Ave., Suite 304
Alexandria, VA 22314

Safraz Ishmael
sishmael@kramerllp.com
KRAMER LLP
131 Dartmouth Street, 3rd Floor
Boston, MA 02116

kramerllp-polaris-westerndigital@kramerllp.com

Margaret E. Dayton
peggy@umklaw.com
Umhofer, Mitchell & King LLP
767 S. Alameda St., Suite 270
Los Angeles, CA 90021

Executed on November 20, 2026, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Alexandra Melendez