KEKER, VAN NEST & PETERS LLP
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
ERIC B. HANSON #254570
ehanson@keker.com
KELLY S. KAUFMAN #328827
kkaufman@keker.com
ASEEM MEHTA #338020
amehta@keker.com
AMRUTHA DORAI #352697
adorai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants
Sandisk Corporation and
Sandisk Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

POLARIS POWERLED TECHNOLOGIES, LLC,

Plaintiff,

v.

SANDISK CORPORATION and SANDISK TECHNOLOGIES, INC.,

Defendants.

Case No. 2:24-cv-02864-ODW-MAR

**DEFENDANT SANDISK'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**

Dept: Courtroom 5D, 5th Floor
Judge: Hon. Otis D. Wright II

Date Filed: April 9, 2024

Trial Date: June 15, 2027

Pursuant to Local Rule 79-5, Defendants Sandisk Corporation and Sandisk Technologies, Inc. ("Sandisk") hereby file this application (the "Application") for an order permitting Sandisk to file under seal the information highlighted in Sandisk's Ex Parte Application For Limited Modification Of The Scheduling Order To Permit A Three-Hour, One-Topic Deposition Of Microchip Technology Inc. Therefore, in compliance with the Civil Local Rules of this District, Sandisk is submitting under seal, along with this Administrative Motion, an unredacted copy of its Ex Parte Application.

Dated: November 24, 2026 KEKER, VAN NEST & PETERS LLP

By: */s/ Erin E. Meyer*

RYAN K. WONG
ERIN E. MEYER
ERIC B. HANSON
KELLY S. KAUFMAN
ASEEM MEHTA
AMRUTHA DORAI

Attorneys for Defendants
Sandisk Corporation and
Sandisk Technologies, Inc.