KEKER, VAN NEST & PETERS LLP
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
ERIC B. HANSON #254570
ehanson@keker.com
KELLY S. KAUFMAN #328827
kkaufman@keker.com
ASEEM MEHTA #338020
amehta@keker.com
AMRUTHA DORAI #352697
adorai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants
Sandisk Corporation and
Sandisk Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SANDISK CORPORATION and SANDISK TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 2:24-cv-02864-ODW-MAR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>Dept: Courtroom 5D, 5th Floor<br>Judge: Hon. Otis D. Wright II<br><br>Date Filed: April 9, 2024<br><br>Trial Date: June 15, 2027 |

The Court, having fully considered the papers and arguments presented by the parties, hereby rules on the Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed by Sandisk Corporation and Sandisk Technologies, Inc. The Court rules as follows:

| Document | Portions of Document to Be Sealed | Parties Claiming Confidentiality | Court's Ruling |
|---|---|---|---|
| Sandisk's Ex Parte Application For Limited Modification Of Scheduling Order To Permit Deposition Of Microchip Technology Inc. | Highlighted Portions | Microchip Technology Inc. ("Microchip") and Polaris PowerLED Technologies, LLC ("Polaris") | [GRANTED / DENIED] |

Dated:

HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE