KEKER, VAN NEST & PETERS LLP
RYAN K. WONG #267189
rwong@keker.com
ERIN E. MEYER #274244
emeyer@keker.com
ERIC B. HANSON #254570
ehanson@keker.com
KELLY S. KAUFMAN #328827
kkaufman@keker.com
ASEEM MEHTA #338020
amehta@keker.com
AMRUTHA DORAI #352697
adorai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants
Sandisk Corporation and
Sandisk Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SANDISK CORPORATION and SANDISK TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 2:24-cv-02864-ODW-MAR<br><br>**[PROPOSED] ORDER GRANTING SANDISK'S EX PARTE APPLICATION FOR LIMITED MODIFICATION OF SCHEDULING ORDER TO PERMIT DEPOSITION OF MICROCHIP TECHNOLOGY INC.**<br><br>Dept: Courtroom 5D, 5th Floor<br>Judge: Hon. Otis D. Wright II<br><br>Date Filed: April 9, 2024<br><br>Trial Date: June 15, 2027 |

Having considered Defendant Sandisk Corporation and Sandisk Technologies, Inc.'s Ex Parte Application For Limited Modification Of Scheduling Order To Permit Deposition Of Microchip Technology Inc., and all papers in support, the Court hereby **GRANTS** Sandisk's Ex Parte Application and **ORDERS** as follows:

1. Good cause exists for an extension of the fact discovery deadline of November 13, 2026, for the limited purpose of Sandisk's deposition of Microchip;

2. Sandisk will be permitted to depose Microchip within seven days of this Court's order; and

3. Microchip must present a corporate representative for deposition by Sandisk within seven days of this Court's order.

IT IS SO ORDERED.

Dated:

HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE