TRAVIS JENSEN (SBN 259925)
tjensen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: +1 650 614 7400
Facsimile: +1 650 614 7401

*Attorneys for Specially Appearing Interested Non-Party MICROCHIP TECHNOLOGY INC.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

POLARIS POWERLED TECHNOLOGIES, LLC,

Plaintiff,

v.

SANDISK CORPORATION AND SANDISK TECHNOLOGIES, INC.,

Defendants.

Case No.: 2:24-cv-02864-ODW-MAR

**[PROPOSED] ORDER DENYING SANDISK'S *EX PARTE* APPLICATION FOR LIMITED MODIFICATION OF SCHEDULING ORDER (DKT. 197)**

Judge: Hon. Otis D. Wright II

Defendants SanDisk Corporation and SanDisk Technologies, Inc. have filed an *Ex Parte* Application for Limited Modification of Scheduling Order to Permit a Three-Hour, One-Topic Deposition of Microchip Technology Inc. (Dkt. 197). Non-party Microchip Technology Inc. opposes. Having considered the papers, the Court DENIES the Application. All existing deadlines remain in effect.

**IT IS SO ORDERED.**

Dated:___________________________

HON. OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE