TRAVIS JENSEN (SBN 259925)
tjensen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: +1 650 614 7400
Facsimile: +1 650 614 7401

*Attorneys for Specially Appearing Interested Non-Party MICROCHIP TECHNOLOGY INC.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| POLARIS POWERLED TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SANDISK CORPORATION AND SANDISK TECHNOLOGIES, INC.,<br><br>Defendants. | Case No.: 2:24-cv-02864-ODW-MAR<br><br>**[PROPOSED] ORDER GRANTING SPECIALLY APPEARING INTERESTED NON-PARTY MICROCHIP TECHNOLOGY INC.'S REQUEST FOR JUDICIAL NOTICE**<br><br>Judge: Hon. Otis D. Wright II |

The Court, having considered the Request for Judicial Notice filed by non-party Microchip Technology Inc. ("Microchip"), appearing specially as an interested party, in support of its Opposition to Defendants Sandisk Corporation and Sandisk Technologies, Inc.'s *Ex Parte* Application for Limited Modification of Scheduling Order to Permit a Three-Hour, One-Topic Deposition of Microchip Technology Inc., and good cause appearing, hereby ORDERS as follows:

The Request for Judicial Notice is **GRANTED**. Pursuant to Federal Rule of Evidence 201, the Court takes judicial notice of Exhibit A to the Request, the Civil Minutes – General, Order re: *Ex Parte* Application and Motion to Quash Subpoena, entered November 20, 2026 by Magistrate Judge Margo A. Rocconi in *Microchip Technology Inc. v. SanDisk Corporation et al.*, No. 2:26-mc-00121-ODW-MAR (C.D. Cal.), Dkt. 30.

**IT IS SO ORDERED.**

Dated:__________________________

____________________________________

HON. OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE